Matthew Strugar (SBN 232951)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299
matthew@matthewstrugar.com

Jay R. Shooster (admitted *pro hac vice*)
jshooster@richmanlawpolicy.com
535 Mission Street
San Francisco, CA 94105
Telephone: (718) 705-4579
Facsimile: (718) 228-8522

*Attorneys for Plaintiff Marshall
and Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEZZI RAE MARSHALL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RED LOBSTER MANAGEMENT LLC and RED LOBSTER HOSPITALITY LLC,<br><br>Defendants. | Case No. 2:21-cv-04786-JAK-MAR<br><br>Judge John A. Kronstadt<br>Magistrate Judge Margo A. Rocconi<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Civil L.R. 7-3 |

Pursuant to Civil Local Rule 7-3(d) and in further support of Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint (ECF No. 25), Plaintiff respectfully submits the following relevant judicial opinion published after the date Plaintiff's Opposition was filed with the Court: the most recent ruling in *GMO Free USA d/b/a Toxin Free USA v. ALDI, Inc.*, No. 2021 CA 001694 B, 2022 D.C. Super. LEXIS 1 (Feb. 16, 2022) (Order on Motion to Dismiss). A copy of the February 16, 2022 Order is attached hereto as Exhibit A.

Dated: February 22, 2022

Respectfully submitted,

**LAW OFFICE OF MATTHEW STRUGAR**

 /s/ Matthew Strugar
Matthew Strugar (SBN 232951)
matthew@matthewstrugar.com
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299

**RICHMAN LAW & POLICY**

 /s/ Jay R. Shooster
Jay R. Shooster (admitted *pro hac vice*)
jshooster@richmanlawpolicy.com
535 Mission Street
San Francisco, CA 94105
T: (718) 705-4579
F: (718) 228-8522

*Attorneys for Plaintiff Marshall and Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and is available for viewing and downloading from the CM/ECF system. The foregoing document was served upon all counsel of record via the CM/ECF system on this 22nd day of February, 2022.

/s/ *Jay R. Shooster*
Jay Shooster