**ORDERED.**

**Dated: September 05, 2024**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER |
| | Lead Case |
| | |
| | Jointly Administered with |
| | |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

RL MARYLAND, INC.,                                         Case No. 6:24-bk-02497-GER
RED LOBSTER OF BEL AIR, INC.,                      Case No. 6:24-bk-02498-GER
RL SALISBURY, LLC,                                        Case No. 6:24-bk-02499-GER
RED LOBSTER INTERNATIONAL HOLDINGS LLC,    Case No. 6:24-bk-02500-GER

        Debtors.

_____/

### FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER (I) APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT ON A FINAL BASIS, (II) CONFIRMING THE JOINT CHAPTER 11 PLAN FOR RED LOBSTER MANAGEMENT LLC AND ITS DEBTOR AFFILIATES, (III) SETTING DEADLINES, AND (IV) SETTING POST-CONFIRMATION STATUS CONFERENCE

**THIS CASE** came before the Court (the "Bankruptcy Court" or "Court") on the 5th day of September, 2024, at 10:00 a.m. prevailing Eastern Time (the "Confirmation Hearing") in Orlando, Florida to consider (x) on a final basis, the adequacy of the Disclosure Statement,[2] and (y) confirmation of the *Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates*, dated July 29, 2024 [ECF No. 733] (as amended pursuant to that certain *Amended Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates*, dated as of August 22, 2024 [ECF No. 941, Exhibit H], and as further amended by that *Second Amended Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates*, dated as of September 4, 2024 [ECF No. 1124], and as further amended, supplemented or otherwise modified from time to time, the "Plan") filed by the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). The Court has further considered the following in further support of confirmation of the Plan and entry of this order (the "Confirmation Order"):

       (i)      *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral On a Limited Basis, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and*

---

[2] Capitalized terms not defined herein shall have the meanings set forth in the Plan.

*(VI) Granting Related Relief*, entered June 14, 2024 [ECF No. 393] (the "Final DIP Order");

(ii)      *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets; (II) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bidding Protections Thereunder, (III) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, (V) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (VI) Granting Related Relief*, entered June 14, 2024 [ECF No. 386] (the "Bidding Procedures Order");

(iii)      *Notice to Contract Parties of Potentially Assumed and Assigned Executory Contracts and Unexpired Leases and Any Cure Costs Associated Therewith in Connection with Sale of Debtors' Assets*, filed June 28, 2024 [ECF No. 476], as further supplemented by the *First Supplemental Notice to Contract Parties of Potentially Assumed and Assigned Executory Contracts and Unexpired Leases and Any Cure Costs Associated Therewith in Connection with Sale of Debtors' Assets* [ECF No. 484] (collectively, the "Cure Notice");

(iv)      *Order Granting Debtors' Expedited Motion for Entry of an Order (I) Conditionally Approving Disclosure Statement For the Proposed Joint Chapter 11 Plan of Red Lobster Management LLC and Its Debtor Affiliates, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Proposed Joint Chapter 11 Plan of Red Lobster Management LLC and Its Debtor Affiliates, and (III) Granting Related Relief*, entered July 29, 2024 [ECF No. 736] (the "Solicitation Procedures Order");

(v)      *Disclosure Statement for the Joint Chapter 11 Plan of Red Lobster Management LLC and Its Debtor Affiliates*, filed July 29, 2024 [ECF No. 734] (the "Disclosure Statement");

(vi)      *Certificate of Service re Affidavit of Publication in the Wall Street Journal With Respect to Notice of Joint Hearing to Consider (I) Final Approval Concerning Adequacy of the Disclosure Statement for Debtors' Joint Chapter 11 Plan of Red Lobster Management LLC and Its Debtor Affiliates and (II) Confirmation of Debtors' Joint Chapter 11 Plan of Red Lobster Management LLC and Its Debtor Affiliates (Including the Approval of Certain Release, Exculpation, and Injunction Provisions Contained Therein)*, filed August 2, 2024 [ECF No. 777] (the "Proof of Publication");

(vii)      *Notice of (I) Cancellation of Auction and (II) Designation of Successful Bidder*, filed July 22, 2024 [ECF No. 645];

(viii)      *Plan Supplement to Joint Chapter 11 Plan of Red Lobster Management LLC and Its Debtor Affiliates*, filed August 22, 2024 [ECF No. 941] (collectively with the Plan Supplement Amendment (defined below), the "Plan Supplement") which, among other things, appends a schedule of Retained Causes of Action as Exhibit C,

Amended Assumed Executory Contracts and Unexpired Leases Lists as Exhibit D, a Plan Administrator Agreement as Exhibit E and a GUC Trust Agreement as Exhibit F;

(ix) *Notice of (I) Filing Exhibit I to Plan Supplement; and (II) Selection of Plan Administrator*, filed August 26, 2024 [ECF No. 972] (the "Plan Supplement Amendment");

(x) *Amended and Restated Purchase Agreement*, dated as of August 22, 2024, by and among Red Lobster Management LLC and certain of its subsidiaries named herein and RL Investor Holdings LLC as Purchaser [Plan Supplement, Exhibit A] (the "Purchase Agreement");

(xi) *Debtors' Notice of Intent to Proceed with Reorganized Equity Sale*, filed on August 30, 2024 [ECF No. 1055] (the "Reorganized Equity Sale Notice");

(xii) *Declaration of Emily Young, On Behalf of Epiq Corporate Restructuring, LLC, Regarding Solicitation and Tabulation of Ballots Cast on Joint Chapter 11 Plan of Red Lobster Management LLC and Its Debtor Affiliates*, filed September 3, 2024 [ECF No. 1101] (the "Tabulation Declaration");

(xiii) *Declaration of Nicholas Haughey in Support of the Joint Chapter 11 Plan of Red Lobster Management LLC and Its Debtor Affiliates*, filed August 29, 2024 [ECF No. 1039] (the "Haughey Declaration");

(xiv) *Declaration of Teri Stratton in Support of the Joint Chapter 11 Plan of Red Lobster Management LLC and Its Debtor Affiliates*, filed August 29, 2024 [ECF No. 1040] (the "Stratton Declaration");

(xv) *Memorandum of Law in Support of Confirmation of Debtors' Amended Joint Chapter 11 Plan*, filed by the Debtors on August 29, 2024 [ECF No. 1041] (the "Confirmation Memorandum");

(xvi) *Memorandum of Law in Reply to Objections to Confirmation of Debtors' Amended Joint Chapter 11 Plan*, filed September 3, 2024 [ECF No. 1102] (the "Debtors' Reply Brief");

(xvii) *The Official Committee of Unsecured Creditors' Response to the United States Trustee's Objection to Confirmation of Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates*, filed September 3, 2024 [ECF No. 1098] (the "Committee Response");

(xviii) The affidavits or other proofs of service of notices with respect to the Confirmation Hearing, cure amounts (the "Cure Amounts") of Executory Contracts and Unexpired Leases to be assumed, and solicitation of voting on the Plan (the "Solicitation Service Filings").

The Bankruptcy Court having (i) conducted the Confirmation Hearing to consider on a

final basis, the adequacy of the Disclosure Statement, and confirmation of the Plan, pursuant to Bankruptcy Rule 3018 and sections 1126, 1128, and 1129 of the Bankruptcy Code, as set forth in the Solicitation Procedures Order; (ii) reviewed the Plan, Disclosure Statement, all of the other documents listed above, and all other filed pleadings, exhibits, affidavits, hearing transcripts, documents, filings and other evidence regarding confirmation of the Plan, including all objections, statements and reservations of rights; (iii) heard the statements, oral representations and arguments made by counsel in respect of confirmation of the Plan and the objections thereto; and (iv) taken judicial notice of all pleadings and other documents filed, all orders entered, and all evidence and arguments presented in these Chapter 11 Cases and other relevant proceedings, all of which are incorporated herein,

NOW, THEREFORE, it appearing to the Bankruptcy Court that notice of the Confirmation Hearing and the opportunity for any party in interest to object to confirmation of the Plan have been adequate and appropriate as to all parties affected or to be affected by the Plan and the transactions contemplated thereby, and the legal and factual bases set forth in the documents filed in support of final approval of the Disclosure Statement and confirmation of the Plan and other evidence presented at the Confirmation Hearing establish just cause for the relief granted herein; and after due deliberation thereon and good cause appearing therefor, it is DETERMINED, FOUND, ADJUDGED, DECREED, AND ORDERED THAT:

## **FINDINGS OF FACT AND CONCLUSIONS OF LAW**

A.     <u>Findings and Conclusions</u>. The findings of fact and conclusions of law set forth herein and on the record of the Confirmation Hearing constitute the Bankruptcy Court's findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, as made applicable herein by Bankruptcy Rules 7052 and 9014. This Court incorporates by reference all findings of fact and conclusions of law set forth on the record at the Confirmation Hearing as

if set forth fully herein. To the extent any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such.

B.    Jurisdiction; Venue; Core Proceeding (28 U.S.C. §§ 157(b)(2) and 1334(a)). The Bankruptcy Court has jurisdiction over the Chapter 11 Cases pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Final approval of the Disclosure Statement, confirmation of the Plan, and approval of any and all resolutions, settlements, and/or agreements provided for therein, are each core proceedings within the meaning of 28 U.S.C. § 157(b) and the Bankruptcy Court may enter a final order consistent with Article III of the United States Constitution. The Bankruptcy Court has jurisdiction to determine whether the Plan complies with the applicable provisions of the Bankruptcy Code and should be confirmed. The Debtors are proper plan proponents under sections 1121(a) and (c) of the Bankruptcy Code.

C.    Commencement and Joint Administration of the Debtors' Chapter 11 Cases. On May 19, 2024 (the "Petition Date"), each of the above-captioned Debtors commenced a case under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). By prior order of this Court, the Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015. The Debtors have operated their businesses and managed their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

D.    Appointment of Creditors' Committee. On May 31, 2024, the U.S. Trustee appointed an official committee of unsecured creditors in these Chapter 11 Cases [ECF No. 250] (the "Committee").

E.    <u>Judicial Notice</u>. The Bankruptcy Court takes judicial notice of (and deems admitted into evidence for purposes of confirmation of the Plan) the docket of these Chapter 11 Cases maintained by the Clerk of the Bankruptcy Court or its duly appointed agent, including, without limitation, all pleadings and other documents filed, all orders entered, all adversary proceedings and all evidence and arguments made, proffered or adduced at the hearings held before the Bankruptcy Court during the pendency of the Chapter 11 Cases.

**Filing of Disclosure Statement and Plan**

F.    <u>Adequacy of Disclosure Statement</u>. The Disclosure Statement contains "adequate information," as such term is defined in section 1125(a) of the Bankruptcy Code and is used in Bankruptcy Code section 1126(b)(2), with respect to the Debtors' Plan and the transactions contemplated therein, and is approved on a final basis.

G.    <u>Modifications to Plan</u>. The modifications made to the Plan since the entry of the Solicitation Procedures Order, as reflected at Exhibit H of ECF No 941 and as further set forth herein, are consistent with all of the provisions of the Bankruptcy Code, including sections 1122, 1123, 1125, and 1127 of the Bankruptcy Code. The modifications do not adversely affect the proposed treatment of any holder of a Claim or Interest. Accordingly, pursuant to section 1127(a) of the Bankruptcy Code, none of the modifications require additional disclosure under section 1125 of the Bankruptcy Code or re-solicitation of votes under section 1126 of the Bankruptcy Code in accordance with Bankruptcy Rule 3019. The filing of the modifications to the Plan, as reflected in Exhibit H of the Plan Supplement, and the discussion of the modifications on the record at or prior to the Confirmation Hearing, constitute due and sufficient notice of any and all such modifications. No additional solicitation or disclosure is required on account of such modifications, and such modifications are deemed accepted by all holders of Claims and Interests

who voted to accept the Plan or who are deemed to have accepted the Plan. Therefore, the Plan as modified shall constitute the Plan submitted for confirmation.

**Plan Supplement**

H.      The filing and notice of the Plan Supplement and any amended or revised versions in connection therewith were appropriate and satisfactory based upon the circumstances of the Chapter 11 Cases and in compliance with the provisions of the Plan, the Solicitation Procedures Order, the Bankruptcy Code, the Bankruptcy Rules and applicable non-bankruptcy law, rules and regulations, and no other or further notice is or shall be required.

I.      Subject to the terms of the Plan and the terms of the documents included in the Plan Supplement, the Debtors' rights to alter, amend, update or modify any of the documents contained in the Plan Supplement before the Plan Effective Date are reserved.

**Solicitation of the Plan and Voting Results**

J.      <u>Publication of Confirmation Hearing Notice</u>. On August 1, 2024, the Debtors, as evidenced by the Proof of Publication, caused the Confirmation Hearing Notice (in a form suitable for publishing in a newspaper) to be published in the *Wall Street Journal*.

K.      <u>Solicitation and Notice</u>. On July 29, 2024, the Bankruptcy Court entered the Solicitation Procedures Order, which, among other things, conditionally approved the Disclosure Statement, finding that it contained "adequate information" within the meaning of section 1125(a)(1) of the Bankruptcy Code, and established procedures for the Debtors' solicitation and tabulation of votes on the Plan.

L.      <u>Service of Solicitation Package, including Confirmation Hearing Notice</u>. The Debtors, through the Solicitation Agent, caused the solicitation packages, including the Solicitation Procedures Order (without exhibits), the Confirmation Hearing Notice, and applicable ballot(s) (the "<u>Ballots</u>") or Notice of Non-Voting Status (as such term is used in the Solicitation

Procedures Order), to be served and distributed as required by the Solicitation Procedures Order, Bankruptcy Code section 1125, Bankruptcy Rules 3017 and 3018, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Middle District of Florida (the "Local Rules"), all other applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and all other applicable rules, laws and regulations applicable to such solicitation. The solicitation packages were transmitted to all creditors entitled to vote on the Plan and sufficient time was prescribed for creditors to accept or reject the Plan. The transmittal of the solicitation packages and Ballots was adequate and sufficient under the circumstances and no other or further notice is or shall be required.

M.     Notice of Cure Objection Deadline. On (i) June 28, 2024, as evidenced by the *Certificate of Service*, dated July 3, 2024 [ECF No. 492], and (ii) July 2, 2024, as evidenced by the *Certificate of Service*, dated July 5, 2024 [ECF No. 498], certain counterparties to Executory Contracts and Unexpired Leases were served by the Solicitation Agent with the Cure Notice, which constituted notice of the Debtors' potential assumption or assumption and assignment of the identified Executory Contracts and Unexpired Leases, proposed prepetition Cure Amounts relating thereto, and the applicable deadline to object to assumption/assignment or the proposed Cure Amounts.

N.     Resolution of Cure Objections. Following filing of the Cure Notice, the Debtors received formal and informal objections to the Cure Amounts listed on the Cure Notice (collectively, the "Cure Objections"). The Debtors have resolved all filed Cure Objections except those Cure Objections filed by (i) EEC Acquisition, LLC d/b/a Smart Care Equipment Solutions and Restaurant Equipment Maintenance Company LLC d/b/a/ REMCO at ECF No. 521, as amended at ECF No. 597, and (ii) Johnson Controls Security Solutions, LLC, *et al*. at ECF 546

(collectively, the "Unresolved Cure Objections").[3] Due to the voluminous nature of the invoices involved in the Unresolved Cure Objections, the Debtors need additional time to resolve the Unresolved Cure Objections. The final evidentiary hearing on the Unresolved Cure Objections, if necessary, is scheduled for **October 16, 2024 at 1:30 p.m. prevailing Eastern Time at the United States Bankruptcy Court, 400 W. Washington Street, 6th Floor, Courtroom 6D, Orlando, Florida 32801** (the "Continued Cure Evidentiary Hearing"). The Debtors will file a status report at least two (2) days prior to the Continued Cure Evidentiary Hearing apprising the Court of the status of the Unresolved Cure Objections.

O.     Confirmation Hearing Notice. Adequate and sufficient notice of the Confirmation Hearing was provided in compliance with the Bankruptcy Code, the Bankruptcy Rules, and the Solicitation Procedures Order. All parties required to be given notice of the Confirmation Hearing (including the deadline for filing and serving objections to confirmation of the Plan) have been provided due, proper, timely, and adequate notice and have had an opportunity to appear and be heard with respect thereto. No other or further notice is required.

P.     Solicitation. Solicitation for votes on the Plan occurred after disclosure of "adequate information" as defined in section 1125(a)(1) of the Bankruptcy Code, in good faith, and in compliance with Bankruptcy Code sections 1125 and 1126, Bankruptcy Rules 3017 and 3018, the Disclosure Statement, the Solicitation Procedures Order, the Local Rules, all other applicable provisions of the Bankruptcy Code and Bankruptcy Rules, and all other applicable rules, laws, and regulations applicable to such solicitation. Pursuant to the Solicitation Procedures Order, the Debtors transmitted Solicitation Packages to those holders of Claims and Interests entitled to

---

[3] Certain of the Cure Objections relate to Unexpired Leases or Executory Contracts that the Debtors are rejecting, including those Cure Objections (i) filed by Thai Union Public Company Limited and Tri-Union Frozen Products, Inc. at ECF No. 533; (ii) filed by Rubin Postaer and Associates, Inc. at ECF No. 559; and (iii) filed by R&H Properties at ECF No. 584. As a result, such Cure Objections are moot.

vote on the Plan as of the Voting Record Date (as defined in the Solicitation Procedures Order). As evidenced by the Tabulation Declaration, votes to accept or reject the Plan have been solicited and tabulated fairly, in good faith and in a manner consistent with the Solicitation Procedures Order, the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.

Q.      Voting. Votes on the Plan were solicited after disclosure of "adequate information" as defined in section 1125 of the Bankruptcy Code. On September 3, 2024, the Solicitation Agent filed the Tabulation Declaration. The Tabulation Declaration provides complete transparency as to the voting and tabulation procedures and reflects compliance by the Debtors, in reaching the determinations reflected therein, with the requirements of Bankruptcy Code sections 1126(c) and (d) and Bankruptcy Rule 3018(a) and (c). As reflected by the Tabulation Declaration, votes to accept or reject the Plan have been solicited and tabulated fairly, in good faith and in a manner consistent with the Solicitation Procedures Order, the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

### Confirmation

R.      Bankruptcy Rule 3016. The Plan is dated and identifies the entities submitting it, thereby satisfying Bankruptcy Rule 3016(a).

S.      Plan Compliance with the Bankruptcy Code (11 U.S.C. § 1129(a)(1)). The Plan complies with all applicable provisions of the Bankruptcy Code as required by Bankruptcy Code section 1129(a)(l), including compliance with Bankruptcy Code sections 1122 and 1123.

(i)      Bankruptcy Code Section 1122 – Proper Classification. The Plan properly classifies claims and equity interests in satisfaction of Bankruptcy Code section 1122. Article III of the Plan sets forth five classes of claims and one class of interests, as follows: Miscellaneous Secured Claims (Class 1), Other Priority Claims (Class 2), Prepetition Term Loan Claims (Class 3), General Unsecured Claims (Class 4), Intercompany Claims (Class 5), and Interests in

the Debtors (Class 6). Valid reasons exist for separately classifying the various Classes of Claims and Interests created under the Plan, and, accordingly, the Plan properly classifies claims and equity interests, satisfying the requirements of Bankruptcy Code section 1122.

(ii)     <u>Bankruptcy Code Section 1123(a)(1) - Designation of Classes of Non-Priority Claims and Interests</u>. Article III of the Plan satisfies Bankruptcy Code section 1123(a)(1) by designating classes of Claims and Interests, and by not classifying Administrative Expense Claims (entitled to priority under Bankruptcy Code section 507(a)(2)) or Priority Tax Claims (entitled to priority under Bankruptcy Code section 507(a)(8)). Article II of the Plan separately specifies the statutorily required treatment for Administrative Expense Claims and Priority Tax Claims.

(iii)     <u>Bankruptcy Code Section 1123(a)(2) – Specified Classes of Unimpaired Claims</u>. Article III of the Plan satisfies Bankruptcy Code section 1123(a)(2) by specifying that Class 1 (Miscellaneous Secured Claims) and Class 2 (Other Priority Claims) are Unimpaired.

(iv)     <u>Bankruptcy Code Section 1123(a)(3) – Treatment of Impaired Claims and Interests</u>. Article III of the Plan satisfies Bankruptcy Code section 1123(a)(3) by specifying the treatment of the Impaired Claims and Interests in Class 3 (Prepetition Term Loan Claims), Class 4 (General Unsecured Claims), Class 5 (Intercompany Claims), and Class 6 (Interests).

(v)     <u>Bankruptcy Code section 1123(a)(4) – No Discrimination</u>. Article III of the Plan satisfies Bankruptcy Code section 1123(a)(4) by providing identical treatment for all holders of Claims or Interests within each Class unless a holder of a Claim or Interest in that Class agrees or agreed to less favorable treatment for such Claim or Interest.

(vi)     <u>Bankruptcy Code section 1123(a)(5) – Adequate Means for Plan Implementation</u>. Pursuant to the Reorganized Equity Sale Notice, the Debtors have advised this

Court that the Purchaser intends to proceed with a Sale Transaction in the form of a Reorganized Equity Sale. If consummated, the Reorganized Equity Sale will result in the preservation of as many as 545 restaurant locations in the United States, Canada, and franchised locations in Asia and Latin America. The Reorganized Debtors will continue to employ as many as 32,000 people. The Plan provides adequate and proper means for the implementation of the Sale Transaction (in particular, the Reorganized Equity Sale) as required by section 1123(a)(5) of the Bankruptcy Code. The Plan satisfies Bankruptcy Code section 1123(a)(5) by setting forth the means of its implementation in, among other provisions, Article IV of the Plan, as well as in the various documents and agreements set forth in the Plan Supplement.

(vii)     <u>Bankruptcy Code section 1123(a)(6) – Non-Voting Equity Securities.</u> Article IV.B.2(c) of the Plan expressly provides for compliance with such section, thereby satisfying Bankruptcy Code section 1123(a)(6).

(viii)     <u>Bankruptcy Code section 1123(a)(7) – Directors and Officers.</u> The Debtors have properly and adequately disclosed the identity and affiliations of the individuals proposed to serve on or after the Plan Effective Date as officers or directors of the Reorganized Debtors, as set forth in article IV.C.6 of the Plan, in the Plan Supplement and/or the Plan Supplement Amendment, thereby satisfying Bankruptcy Code section 1123(a)(7). The identification, appointment, employment, or manner of selection of such individuals or entities and the proposed compensation and indemnification arrangements for officers and directors are consistent with the interests of holders of Claims and Interests and with public policy.

(ix)     <u>Additional Plan Provisions (11 U.S.C. §1123(b)).</u> The other provisions of the Plan are appropriate and consistent with the applicable provisions of the Bankruptcy Code, thereby satisfying section 1123(b) of the Bankruptcy Code. The failure to specifically address a

provision of the Bankruptcy Code in this Confirmation Order shall not diminish or impair the effectiveness of this Confirmation Order.

(x)     <u>Bankruptcy Code section 1123(b)(1) – Claims.</u> The Plan is consistent with Bankruptcy Code section 1123(b)(1) because under Article III of the Plan, Class 1 (Miscellaneous Secured Claims) and Class 2 (Other Priority Claims) are Unimpaired and treated as the Bankruptcy Code requires, while Class 3 (Prepetition Term Loan Claims), Class 4 (General Unsecured Claims), Class 5 (Intercompany Claims), and Class 6 (Interests) are Impaired based on the Plan's modification of the rights of the holders of Claims and Interests within such Classes.

(xi)    <u>Bankruptcy Code section 1123(b)(2) – Executory Contracts and Unexpired Leases</u>. The Plan is consistent with Bankruptcy Code section 1123(b)(2) because article V.A of the Plan addresses the assumption and rejection of Executory Contracts and Unexpired Leases.

(xii)   <u>Bankruptcy Code section 1123(b)(3) – Settlement, Releases, Exculpation, Injunction and Preservation of Claims and Causes of Action</u>. This Court has jurisdiction under sections 1334(a) and (b) of title 28 of the United States Code to approve the compromise and settlement, release, exculpation, and injunction provisions set forth in articles VIII.A through and including VIII.E of the Plan. The Plan is consistent with Bankruptcy Code section 1123(b)(3) because the Plan's discretionary provisions, including certain release and exculpation provisions, are appropriate and consistent with the applicable provisions of the Bankruptcy Code.

a.      <u>Debtors' Release</u>. In accordance with section 1123(b)(3)(A) of the Bankruptcy Code, the releases of Claims and Causes of Action by the Debtors described in article VIII.A.2 of the Plan (the "<u>Debtors' Release</u>") represent a valid exercise of the Debtors' business judgment. The Debtors' pursuit of any such claims against the Released Parties is not in the best interests of the Estates' various constituencies and is fair and equitable. The Plan, including the

Debtors' Release, was negotiated by sophisticated parties represented by able counsel and financial advisors. The Debtors' Release is, therefore, the result of an arm's length negotiation and appropriately offers protection to parties that participated in the Debtors' restructuring process. Specifically, the Released Parties under the Plan made significant concessions and contributions to the Chapter 11 Cases, including, as applicable, entering into the RSA and related term sheet and agreements, the Restructuring Transactions and related agreements, actively supporting the Plan and the Chapter 11 Cases, settling and compromising substantial rights and Claims against the Debtors under the Plan and providing postpetition financing, as the case may be. The Debtors' Release for the Debtors' current directors, managers, and officers is appropriate because the Debtors' directors, managers, and officers share an identity of interest with the Debtors, supported the Plan and the Chapter 11 Cases, actively participated in meetings, negotiations, and implementation of the restructuring and sale processes during the Chapter 11 Cases, and have provided other valuable consideration to the Debtors in the period leading up to and throughout the Chapter 11 Cases. The scope of the Debtors' Release is appropriately tailored under the facts and circumstances of the Chapter 11 Cases. In light of, among other things, the value provided by the Released Parties to the Debtors' Estates and the critical nature of the Debtors' Release to the Plan, the Debtors' Release is appropriate.

b.    <u>Third Party Release</u>. The release by the Releasing Parties (the "<u>Third Party Release</u>"), set forth in article VIII.A.3 of the Plan, is an essential provision of the Plan. The Third Party Release is: (1) consensual; (2) in exchange for the good and valuable consideration provided by the Released Parties; (3) a good-faith settlement and compromise of the claims and Causes of Action released by the Third Party Release (see article VIII.A.3 of the Plan); (4) mutually beneficial to, and in the best interests of, the Debtors, their Estates, and their

stakeholders, and is important to the overall objectives of the Plan to finally resolve certain Claims among or against certain parties in interest in the Chapter 11 Cases; (5) fair, equitable and reasonable; (6) given and made after due notice and opportunity for hearing; (7) a bar to any of the Releasing Parties asserting any claim or Cause of Action released by the Third Party Release against any of the Released Parties; and (8) consistent with sections 105, 524, 1123, 1129 and 1141 and other applicable provisions of the Bankruptcy Code. Like the Debtors' Release, the Third Party Release facilitated participation of the Released Parties in both the Plan and the Chapter 11 Cases generally. The Third Party Release is instrumental to and an integral part of the Plan, the Restructuring Transactions it implements, and was critical in incentivizing the Released Parties to support the Plan and preventing potentially significant and time-consuming litigation regarding the parties' respective rights and interests. The Third Party Release was instrumental in developing a plan that maximized value for all of the Debtors' stakeholders and preserved the Debtors' business as a going concern. The Third Party Release appropriately offers certain protections to parties who constructively participated in the Chapter 11 Cases. The projected recovery under the Plan for holders of Class 3 and 4 Claims derives from the global resolution outlined in the Final DIP Order and embodied in the Plan, and the releases contemplated therein, which are also the result of the agreement of parties to such settlement that bargained, in exchange, to be Released Parties under the Plan. Further, the Third Party Release is consensual as the definition of Releasing Parties does not include any holder of Claims who did not affirmatively vote in support of the Plan, and the release provisions of the Plan were conspicuous in the Confirmation Hearing Notice, the Plan, the Disclosure Statement, the Ballots and the Notice of Non-Voting Status. There is an identity of interests between the Debtors and the entities that will benefit from the Third Party Release. Each of the Released Parties, as stakeholders and critical participants in the Chapter 11

Cases, share a common goal with the Debtors in seeing the Plan succeed and the Restructuring Transactions consummated. The scope of the Third Party Release is appropriately tailored to the facts and circumstances of the Chapter 11 Cases, and parties received due and adequate notice of the Third Party Release. Among other things, the Plan provides appropriate and specific disclosure with respect to the claims and Causes of Action that are subject to the Third Party Release, and no other disclosure is necessary. In light of the foregoing, the Third Party Release is appropriate.

           c.    <u>Exculpation, Injunction and Preservation of Claims and Causes of Action</u>. The exculpation, injunction, and preservation of Claims and Causes of Action provisions are integral to the Plan and the Restructuring Transactions it implements and were critical in incentivizing parties in interest to support the Plan and preventing potentially significant and time-consuming litigation regarding the parties' respective rights and interests. The exculpation, injunction, and preservation of Claims and Causes of Action provisions are key components of developing a plan that maximized value for all of the Debtors' stakeholders and preserved the Debtors' business as a going concern, and are appropriately tailored to the facts and circumstances of the Chapter 11 Cases.

        T.    <u>Debtors' Compliance with the Bankruptcy Code (11 U.S.C. § 1129(a)(2))</u>. The Debtors have complied with the applicable provisions of the Bankruptcy Code (including sections 1125 and 1126), the Bankruptcy Rules (including Bankruptcy Rules 3017 and 3018), the Solicitation Procedures Order, and other Orders of this Court, thereby satisfying Bankruptcy Code section 1129(a)(2). Additionally, the Debtors are proper debtors under Bankruptcy Code section 109.

        U.    <u>Plan Proposed in Good Faith (11 U.S.C. § 1129(a)(3))</u>. The Plan has been proposed in good faith and not by any means forbidden by law, and thereby complies with Bankruptcy Code

section 1129(a)(3). The Plan (i) is the result of extensive, good faith, arm's length negotiations among the Debtors, the Prepetition Term Loan Parties, and the Committee, (ii) bears the support of a Class of impaired creditors (Class 3 Prepetition Term Loan Claims), and (iii) implements a result that is in keeping with (and, indeed, central to) the goals of the Bankruptcy Code. Indeed, the Plan is designed to rehabilitate the Red Lobster restaurant chain, de-lever its balance sheet, and optimize its financial performance going forward, thereby maximizing the going concern value of the enterprise for the benefit of all stakeholders. The Plan contains only provisions that are consistent with the Bankruptcy Code.

  V. <u>Payment for Services or Costs and Expenses (11 U.S.C. § 1129(a)(4))</u>. Pursuant to the interim compensation procedures previously approved by this Court and established in these Chapter 11 Cases pursuant to section 331 of the Bankruptcy Code, all payments made or to be made by the Debtors for services or for costs and expenses in connection with these Chapter 11 Cases, or in connection with the Plan and incident to the Chapter 11 Cases, have been approved by, or are subject to the approval of, this Court as reasonable, thereby satisfying section 1129(a)(4) of the Bankruptcy Code.

  W. <u>Directors, Officers, and Insiders (11 U.S.C. § 1129(a)(5))</u>. The Debtors have complied with section 1129(a)(5) of the Bankruptcy Code. The identity and affiliation of any individuals proposed to serve after confirmation of the Plan have been disclosed, as the name of the (i) GUC Trustee has been disclosed in the Form of GUC Trust Agreement which was attached to the Plan Supplement as Exhibit F; and (ii) Plan Administrator has been disclosed in the Plan Supplement Amendment, both filed prior to the Confirmation Hearing. As such, the Plan satisfies section 1129(a)(5) of the Bankruptcy Code.

X. <u>No Rate Changes (11 U.S.C. § 1129(a)(6))</u>. No governmental regulatory commission has jurisdiction, after confirmation of the Plan, over the rates of the Debtors. Thus, section 1129(a)(6) of the Bankruptcy Code is not applicable in these Chapter 11 Cases.

Y. <u>Best Interests of Creditors (11 U.S.C. § 1129(a)(7))</u>. As demonstrated by the Haughey Declaration, the Stratton Declaration, the Tabulation Declaration and the Liquidation Analysis attached as Exhibit B to the Disclosure Statement, the "best interests of creditors" test of Bankruptcy Code 1129(a)(7) is satisfied as to all holders of Claims and Interests in Impaired Classes under the Plan because each such holder of a Claim or Interest is projected and estimated to receive or retain under the Plan a distribution of not less than the distribution that such holder is projected and estimated to receive if the Chapter 11 Cases were converted to cases under chapter 7 of the Bankruptcy Code. Because the non-accepting holders would not receive any greater recovery in a chapter 7 liquidation than under the Plan, the Plan satisfies the "best interests of creditors" test.

Z. <u>Acceptance by Certain Classes (11 U.S.C. § 1129(a)(8))</u>. Bankruptcy Code section 1129(a)(8) is satisfied because Class 1 (Miscellaneous Secured Claims) and Class 2 (Other Priority Claims) are Unimpaired, were not entitled to vote and are deemed to have accepted the Plan pursuant to the conclusive presumption mandated by Bankruptcy Code section 1126(f) and, as reflected in the Tabulation Declaration and based on votes tabulated in accordance with Bankruptcy Code section 1126(c) and (d) and Bankruptcy Rule 3018(a) and (c), the Plan has been accepted by Class 3 (Prepetition Term Loan Claims).

AA. <u>Treatment of Priority Claims (11 U.S.C. § 1129(a)(9))</u>. The treatment of Administrative Expense Claims and Priority Tax Claims pursuant to Article II of the Plan satisfies the requirements of sections 1129(a)(9) of the Bankruptcy Code.

BB.     Acceptance By At Least One Impaired Class of Claims (11 U.S.C. § 1129(a)(10)).

100% of the voting members of Class 3 (Prepetition Term Loan Claims), exclusive of any claims

of Insiders (as defined in the Bankruptcy Code), all of which are Impaired under the Plan and

entitled to vote, have unanimously voted in favor of the Plan, therefore satisfying the requirements

of Bankruptcy Code section 1129(a)(10).

CC.     Feasibility of the Plan (11 U.S.C. § 1129(a)(11)). The information in the Disclosure

Statement and the evidence proffered or adduced at the Confirmation Hearing and set forth in the

Haughey Declaration and the Stratton Declaration: (i) is persuasive and credible; (ii) has not been

controverted by other evidence; and (iii) establishes that the Plan is feasible. As a result, there is a

reasonable likelihood that the Debtors, Reorganized Debtors, the Wind-Down Debtors, and/or

GUC Trust, as the case may be, will meet their respective financial obligations under the Plan.

Confirmation of the Plan is not likely to be followed by any additional liquidation or need for

further financial reorganization of the Debtors, thereby satisfying the requirements of section

1129(a)(11) of the Bankruptcy Code.

DD.     Payment of Bankruptcy Fees (11 U.S.C. § 1129(a)(12)). All fees payable under

section 1930 of title 28 of the United States Code (the "UST Fees") have been or will be paid on

or after the Plan Effective Date, thereby satisfying the requirements of section 1129(a)(12) of the

Bankruptcy Code. After the Plan Effective Date, such fees shall only be payable until such time as

a final decree is entered closing the Chapter 11 Cases, a Final Order converting such cases to cases

under chapter 7 of the Bankruptcy Code is entered, or a Final Order dismissing the Chapter 11

Cases is entered. As set forth herein, after the Plan Effective Date, the Debtors, the Wind-Down

Debtors, and the Reorganized Debtors, as applicable, shall pay the appropriate sums required

pursuant to 28 U.S.C. § 1930(a)(6), when due and payable, and shall file with the Bankruptcy

Court quarterly reports in a form reasonably acceptable to the U.S. Trustee, until the earliest of the date on which the final Chapter 11 Cases are converted, dismissed, or closed. Notwithstanding any term or provision in the Plan, the Plan Supplement, or this Confirmation Order, the Court retains jurisdiction over, and the U.S. Trustee and the GUC Trust each reserves all of their respective rights concerning, any and all disputes and issues that may arise relating to UST Fees on (and reporting obligations relating to) disbursements of any GUC Trust Assets and GUC Litigation Proceeds. Either the U.S. Trustee or the GUC Trust may seek appropriate relief from the Court in the event disputes or issues arise relating to UST Fees on (or reporting obligations relating to) disbursements of GUC Trust Assets and GUC Litigation Proceeds

EE.    <u>Retiree Benefits (11 U.S.C. § 1129(a)(13))</u>. The Debtors have no obligations with respect to retiree benefits. Accordingly, section 1129(a)(13) of the Bankruptcy Code is inapplicable in these Chapter 11 Cases.

FF.    <u>No Domestic Support Obligations (11 U.S.C. § 1129(a)(14))</u>. The Debtors are not required by a judicial or administrative order, or by statute, to pay a domestic support obligation. Accordingly, section 1129(a)(14) of the Bankruptcy Code is inapplicable in these Chapter 11 Cases.

GG.    <u>Debtors Are Not Individuals (11 U.S.C. § 1129(a)(15))</u>. The Debtors are not individuals. Accordingly, section 1129(a)(15) of the Bankruptcy Code is inapplicable in these Chapter 11 Cases.

HH.    <u>No Applicable Nonbankruptcy Law Regarding Transfers (11 U.S.C. § 1129(a)(16))</u>. The Debtors are moneyed, business, or commercial corporations, and/or partnerships, as the case may be. Accordingly, section 1129(a)(16) of the Bankruptcy Code is inapplicable in these Chapter 11 Cases.

II.     <u>No Unfair Discrimination; Fair and Equitable (11 U.S.C. § 1129(b))</u>. The Debtors have satisfied the requirements of sections 1129(b)(1) and (b)(2) of the Bankruptcy Code with respect to Class 4 (General Unsecured Claims) (the "<u>Rejecting Class</u>") and Class 5 (Intercompany Claims) and Class 6 (Interests) (the "<u>Presumed Rejecting Classes</u>," and collectively with the Rejecting Class, the "<u>Rejecting Classes</u>"). Based on the evidence proffered or adduced at the Confirmation Hearing and in the Haughey Declaration, the Plan does not discriminate unfairly with respect to the Rejecting Classes, as required by section 1129(b)(1) of the Bankruptcy Code, because the legal rights of such Claims and Interests held in the Rejecting Classes are substantially dissimilar from the Classes of Claims receiving distributions under the Plan as well as substantially similar to each other within, respectively, Classes 4, 5 and 6. Further, the Plan is fair and equitable with respect to the Rejecting Classes, as required by sections 1129(b)(1) and (b)(2) of the Bankruptcy Code because, notwithstanding the fact that the Rejecting Classes have not accepted the Plan, (i) the treatment provided under the Plan to Class 4 contemplates the possibility of a Distribution depending on the outcome of the liquidation of the Equityholder Litigation Claims, and (ii) no holder of a Claim or Interest that is junior to the Claims in Classes 4 or 5 or junior to the Interests in Class 6 will receive or retain any property on account of such Claim or Interest. Accordingly, the Plan may be confirmed even though section 1129(a) of the Bankruptcy Code is not fully satisfied.

JJ.     <u>Only One Plan (11 U.S.C. § 1129(c))</u>. The Plan is the only plan filed in these Chapter 11 Cases for each of the Debtors. Accordingly, section 1129(c) of the Bankruptcy Code is inapplicable in these Chapter 11 Cases.

KK.     <u>Principal Purpose of the Plan (11 U.S.C. § 1129(d))</u>. The Plan satisfies the requirements of Bankruptcy Code section 1129(d) because it reflects a consensual restructuring

and Sale Transaction negotiated among the Debtors, the Prepetition Term Loan Parties, and the Committee to sell the Debtors' business operations as a going-concern with an improved capital structure and distribute the Sale Proceeds in accordance with the Plan. The principal purpose of the Plan is not, therefore, the avoidance of taxes or avoidance of the requirements of section 5 of the Securities Act of 1933, and there has been no filing by any governmental agency asserting such avoidance.

LL.     <u>Small Business Case (11 U.S.C. §1129(e))</u>. None of the Chapter 11 Cases is a "small business case," as that term is defined in the Bankruptcy Code, and, accordingly, section 1129(e) of the Bankruptcy Code is inapplicable.

MM.     <u>Good Cause Exists to Waive the Stay of the Order</u>. Good cause exists for waiving and eliminating any stay of the Confirmation Order pursuant to Bankruptcy Rules 3020, 6004, and 6006 so that the Confirmation Order will be effective immediately upon its entry. Moreover, cause also exists to waive the fourteen-day stay under Bankruptcy Rule 3020(e) based on the absence of unresolved objections of any holder of a Claim or Interest. As a result, no party will likely be seeking to obtain a stay on implementation of the Confirmation Order pending appeal, and an automatic temporary stay is not needed to protect any appellate rights.

NN.     <u>Burden of Proof and Satisfaction of Confirmation Requirements</u>. Based upon the foregoing, the Debtors, as proponents of the Plan, have met their burden of proving compliance with each element of Bankruptcy Code sections 1125 and 1129(a) and (b) by a preponderance of the evidence.

OO.     <u>Good Faith</u>. The Debtors, the Purchaser, the Committee, the DIP Lenders, and the Prepetition Term Loan Parties, and each of their respective members, employees, officers, directors, agents, advisors, attorneys, and financial advisors, have acted in good faith and in

compliance with the applicable provisions of the Bankruptcy Code pursuant to sections 363(m), 1125(e), and 1129(a)(3) of the Bankruptcy Code, with respect to the administration of the Plan, the solicitation of acceptances with respect thereto, and the property to be distributed thereunder and are entitled to the protections afforded by section 1125(e) of the Bankruptcy Code and the exculpation, injunction, and release provisions set forth in the Plan.

PP.     <u>Conduct of the Marketing and Sale Process</u>. As demonstrated by the Stratton Declaration, the prepetition and postpetition marketing and sale process described in the First Day Declaration and authorized in the Bidding Procedures Order was implemented, conducted, and executed in a good faith manner in accordance with the Bidding Procedures Order. On or about August 22, 2024, the Debtors and the Purchaser entered into an amended and restated Purchase Agreement, which replaced and superseded the Stalking Horse Purchase Agreement. The Amended and Restated Purchase Agreement is the Purchase Agreement. The Purchase Agreement allows for the possibility of a Sale Transaction either by way of asset sale pursuant to section 363 of the Bankruptcy Code or through the Plan by way of Reorganized Equity Sale. The Purchase Agreement and the transactions contemplated thereby were negotiated at arm's length and entered into by the Debtors and the Purchaser in good faith. Neither the Debtors nor the Purchaser have engaged in any conduct that would cause or permit the Purchase Agreement or the Sale Transaction to be avoided under section 363(n) of the Bankruptcy Code. The Purchaser is entitled to the protections afforded a good faith purchaser under section 363(m) of the Bankruptcy Code.

QQ.     <u>Consideration for Purchased Assets</u>. The Debtors have adequately marketed the Purchased Assets for sale, and the consideration to be received by the Debtors under the Purchase Agreement (i) is fair and reasonable, (ii) is the highest and best offered for the Purchased Assets, and (iii) constitutes reasonably equivalent value and fair and reasonable consideration under the

Bankruptcy Code and under the laws of the United States, any state, territory, or possession thereof, and the District of Columbia.

RR.     Liquor Licenses. Alcohol purchases and sales currently are conducted by the Debtors at locations that will continue to be operated by the Reorganized Debtors, the Purchaser or their respective affiliates, as applicable, after the Plan Effective Date (such locations, collectively, the "Retained Locations"). Such purchases and sales of alcohol are made pursuant to the respective alcoholic beverage licenses governing such purchases and sales at each such Retained Location (collectively, the "Liquor Licenses"). The purchase and sale of alcohol is an important component of the operation of the Retained Locations. This Court finds that it is in the best interests of the Debtors' Estates and all other parties in interest for alcohol purchases and sales to continue uninterrupted during the transition of operation of the Retained Locations pursuant to the Plan, subject to reasonable, timely and good faith efforts to either transfer existing Liquor Licenses (as well as Liquor Licenses associated with closed stores) or apply for new liquor licenses equivalent to the Liquor Licenses that are not subject to transfer.

SS.     GUC Trust is Not a Successor to the Debtors. Except with respect to the rights provided to the GUC Trust (including, but not limited to the Equityholder Litigation Claims), the GUC Trust shall not be the successor to the Debtors and their Estates. Except with respect to the rights of the GUC Trust expressly provided for in the Plan (including, but not limited to, the investigation and pursuit of the Equityholder Litigation Claims), the GUC Trust Agreement and this Confirmation Order, (i) the GUC Trust shall not assume, incur or be responsible for any claims or liabilities of the Debtors or any of their affiliates, and (ii) the GUC Trust shall not be, nor deemed to be, a successor or successor in interest of the Debtors, nor incur any successor or transferee liability of any kind, nature or character, including, without limitation, in relation to (a) any and

all liabilities arising or resulting from or relating to the transactions contemplated by the Plan, (b) any and all Claims, Liens, liabilities, encumbrances, charges and other interests arising from or relating to any conduct, liabilities, or obligations of the Debtors, and (c) any and all Claims, Liens, liabilities, encumbrances, charges and other interests and any and all right, title, and interests related thereto, of governmental entities relating to any tax or similar liabilities.

TT.     <u>No Successor Liability for Purchaser or Reorganized Debtors</u>. By consummating the Sale Transaction (via a Reorganized Equity Sale), neither the Purchaser nor the Reorganized Debtors are a mere continuation of any or all of the Debtors or the Estates, and there is no continuity or identity of ownership, and, with respect to the Wind-Down Debtors and RL Management, no continuity of enterprise. Neither the Purchaser nor the Reorganized Debtors or their respective affiliates are successors to the Debtors or the Estates by reason of any theory of law or equity, and the Sale Transaction (via a Reorganized Equity Sale) does not amount to a consolidation, merger, or *de facto* merger. Neither the Purchaser nor the Reorganized Debtors or their respective affiliates are or should be deemed to be an alter ego, a mere continuation, or substantial continuation of the Debtors or the Estates. Except for the Assumed Liabilities set forth in the Purchase Agreement, neither the Purchaser nor the Reorganized Debtors have agreed to assume or in any way be responsible for any obligation or liability of the Debtors and/or the Estates.

UU.     <u>Plan Modifications</u>.

i.     Article V.B of the Plan is stricken and replaced with the following:

Entry of the Confirmation Order shall, subject to and upon the occurrence of the Plan Effective Date, constitute the Bankruptcy Court's approval of the assumptions, assignments or rejections, as applicable, of the Executory Contracts and Unexpired Leases under the Plan. Any motion of the Debtors to assume an Executory Contract or Unexpired Lease pending on the Plan Effective Date

shall be subject to approval by the Bankruptcy Court by a Final Order.

Notwithstanding anything to the contrary in the Plan, the Debtors and the Reorganized Debtors, as applicable, reserve the right to amend, modify, or supplement the Assumed Executory Contracts and Unexpired Leases List to add or remove any Executory Contract or Unexpired Lease to such list at any time prior to the Plan Effective Date (with respect to Executory Contracts) or the date of entry of the Confirmation Order (with respect to Unexpired Leases), as applicable, unless it is a Post-Confirmation Date Negotiated Lease, as defined in the Confirmation Order, subject to the consent of the Purchaser. The Debtors or the Reorganized Debtors shall provide notice of any amendments to the Assumed Executory Contracts and Unexpired Leases List to their counterparties affected thereby.

ii.    Article V.C of the Plan is stricken and replaced with the following:

Unless otherwise provided by a Final Order, Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to the Plan, if any, must be Filed with the Bankruptcy Court within thirty (30) days after the later of (1) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection, (2) the effective date of such rejection, or (3) the Plan Effective Date.

**Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed with the Bankruptcy Court shall be released, discharged, and forever barred from assertion, and such Claim shall not be enforceable against the Purchaser, the Debtors, the Reorganized Debtors, the Debtors' Estates, the Wind-Down Debtor(s), or the GUC Trustee, as applicable, or their respective properties (including the Purchased Assets).**

iii.    Article V.D of the Plan is stricken and replaced with the following:

Pursuant to section 365(b)(1) of the Bankruptcy Code, all monetary and non-monetary defaults under each Executory Contract and Unexpired Lease to be assumed pursuant to the Plan shall be fully and completely satisfied by the Purchaser or applicable Debtor(s) party to such Executory Contract or Unexpired Lease by payment of the Cure Amount in Cash on the earlier of (i) the Plan Effective Date, (ii) the consummation of a 363 Asset Sale, if applicable, or (iii) at such time and on such other terms as the parties to such Executory Contracts or Unexpired Leases may agree, with the consent of the Purchaser. In the event of an unresolved dispute

regarding (1) the amount of any payments to cure such a default, (2) the ability of the Reorganized Debtors or Purchaser(s) (as applicable) or any assignee to provide "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code), or (3) any other matter pertaining to assumption or assignment, the payment of the Cure Amount shall not be made until such time as the dispute is resolved by a Final Order.

The Debtors served on the applicable counterparties notices of proposed assumption and proposed Cure Amounts pursuant to the terms of the Bidding Procedures. **Any objection by a counterparty to an Executory Contract or Unexpired Lease to the proposed assumption or Cure Amount must be Filed and served to be actually received by no later than the applicable objection deadline set forth in the Bidding Procedures Order or the Solicitation Procedures Order, as applicable**. Any counterparty to an Executory Contract or Unexpired Lease designated for assumption that fails to object timely to the proposed assumption, Cure Amount or adequate assurance of future performance shall be deemed to have consented to all of the foregoing.

## ORDER

BASED ON THE FOREGOING FINDINGS OF FACT AND CONCLUSIONS OF LAW, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1.      <u>Adequate Information</u>. The Disclosure Statement (i) contains "adequate information" (as such term is defined in section 1125(a)(1)) with respect to the Debtors, the Plan, and the transactions contemplated therein, and (ii) is approved on a final basis.

2.      <u>Confirmation</u>. The Plan, as further amended at ECF No. 1124, including all exhibits, and each of the documents comprising the Plan Supplement, each as may be amended, modified or supplemented from time to time prior to or after the date hereof in accordance with, and subject to the approvals and consents set forth in the Plan, and each of which are incorporated by reference into and are an integral part of this Confirmation Order (except for the documents contained in the Plan Supplement), are approved in their entirety and confirmed under section 1129 of the Bankruptcy Code, subject to the modifications set forth herein. The Debtors are authorized to take all actions necessary or appropriate to enter into, implement, and consummate

the contracts, instruments, releases, and other agreements or documents created in connection with the Plan, including (but not limited to) entry into the agreements contained in the Plan Supplement.

3. <u>Objections</u>. All parties in interest have had a full and fair opportunity to litigate objections to the adequacy of the Disclosure Statement and to contest confirmation of the Plan. All formal and informal objections, responses, statements, and comments in opposition to the Disclosure Statement or Plan, other than those withdrawn in their entirety prior to the Confirmation Hearing or otherwise resolved on the record of the Confirmation Hearing and/or herein, are overruled on the merits for the reasons stated on the record at the Confirmation Hearing.

4. <u>Omission of Reference to Particular Plan Provisions</u>. The failure to specifically describe or include any particular provision of the Plan in this Confirmation Order shall not diminish or impair the effectiveness of such provision, it being the intent of this Bankruptcy Court that the Plan, including, without limitation, each of the documents comprising the Plan Supplement, each as may be amended, modified or supplemented from time to time after the date hereof in accordance with, and subject to the approvals and consents set forth in the Plan, be approved and confirmed in its entirety.

5. <u>Plan Documents</u>. The Plan, the Purchase Agreement and any amendments, modifications, and supplements thereto, the other Definitive Documents, and any other documents and agreements provided by the Debtors in support of confirmation of the Plan (including all exhibits and attachments thereto and documents referred to therein) (collectively, the "<u>Plan Documents</u>"), and the execution, delivery, and performance thereof by the Debtors, the Reorganized Debtors, the Wind-Down Debtors, the Plan Administrator, the Purchaser, the GUC Trust or the GUC Trustee, as the case may be, are authorized and approved when they are finalized, executed and delivered. Without further order or authorization of this Court, the Debtors, the GUC

Trustee, and the Plan Administrator and their respective successors and agents are authorized and empowered to make all modifications to all Plan Documents that are consistent with the Plan. Execution versions of the documents comprising the Plan Documents shall constitute legal, valid, binding, and authorized obligations of the respective parties thereto, enforceable in accordance with their terms.

6. <u>Immediate Binding Effect</u>. Except as otherwise provided in the Plan or this Confirmation Order, notwithstanding Bankruptcy Rules 3020(e), 6004(h), 7062, or otherwise, upon the occurrence of the Plan Effective Date, the terms of the Plan and the final, executed versions of the Definitive Documents shall be immediately effective and enforceable and deemed binding upon and inure to the benefit of the Debtors, the Reorganized Debtors, the Wind-Down Debtors, the GUC Trustee, the Plan Administrator, the Purchaser, the holders of Claims and Interests, the Released Parties, the Exculpated Parties, and each of their respective affiliates, successors and assigns.

7. <u>Vesting of Assets in the Reorganized Debtors, the Purchaser, the GUC Trust, and the Wind-Down Debtors</u>. Except as otherwise provided in the Plan or this Confirmation Order, on the Plan Effective Date, all property of each Debtor's Estate, including Purchased Assets, shall vest in the Purchaser (or its designee),[4] a Reorganized Debtor, or the GUC Trust as applicable, free and clear of all Liens, Claims, Causes of Action, charges and/or other encumbrances, purchase rights, options or rights of first refusal, and specifically: (a) all Purchased Assets shall vest in the Purchaser and the Reorganized Debtors, as applicable, free and clear of all Liens, Claims, Causes of Action, charges or other encumbrances, purchase rights, options or rights of first refusal; (b) all Wind-Down Assets shall vest in the Wind-Down Debtors, free and clear of all Liens, Claims,

---

[4] For the avoidance of doubt, any reference to the Purchaser shall be deemed to include any of its designees.

Causes of Action, charges or other encumbrances, purchase rights, options or rights of first refusal; and (c) all GUC Trust Assets shall vest in the GUC Trust free and clear of all Liens, Claims, Causes of Action, Interests, charges or other encumbrances, purchase rights, options or rights of first refusal. Notwithstanding anything in the Plan or this Confirmation Order to the contrary, to the extent it is impractical to effect the transfer of property to the Purchaser, the Reorganized Debtor, the GUC Trust, or the Wind-Down Debtors, as the case may be, on the Plan Effective Date, the transfer of such property (including the Liquor Licenses currently held by the Debtors) and the pre-transfer operation of the Debtors' shall be governed by the Definitive Documents, including, without limitation, the Purchase Agreement, the transition services agreement entered in connection therewith (the "Transition Services Agreement"), and this Confirmation Order. Except as may be otherwise provided in the Plan, on and after the Plan Effective Date, the Purchaser (and its designees) and the Reorganized Debtors, as applicable, may own and operate the Purchased Assets and business and may use, acquire or dispose of property without supervision, oversight or approval by the Bankruptcy Court. Likewise, on and after the Plan Effective Date, RL Management may continue to operate its business, including with respect to the performance of services under the Transition Services Agreement, to facilitate Plan administration and as may be necessary to assist the Wind-Down Debtors in connection with the winding up of their remaining affairs. Additionally, the GUC Trustee may institute, litigate, compromise, settle, liquidate, or otherwise monetize or dispose of the Equityholder Litigation Claims without supervision or approval by the Bankruptcy Court and free of any restrictions of the Bankruptcy Code or Bankruptcy Rules, other than those restrictions expressly imposed by the GUC Trust Agreement, the Plan, and this Confirmation Order. Without limiting the foregoing, from and after the Plan Effective Date, RL Management, the Wind-Down Debtors, the Purchaser, the Reorganized

31

Debtors, the GUC Trustee on behalf of the GUC Trust, and the Plan Administrator on behalf of RL Management and the Wind-Down Debtors, if any, shall each pay its own reasonable and documented Professionals' fees, disbursements, expenses or related support services (including reasonable and documented fees relating to the preparation of professional fee applications) in the ordinary course of business and without application or notice to, or order of, the Bankruptcy Court.

8.      <u>Maintenance of Bank Accounts</u>. The Plan Administrator, on behalf of RL Management and the Wind-Down Debtors, shall, pursuant to the Transition Services Agreement, cooperate with the Purchaser and Reorganized Debtors to (i) facilitate the transfer of certain of the Debtors' bank accounts, and (ii) transition the Debtors' cash management system and to account for and turn over all cash receipts generated by the Red Lobster business on and after the Plan Effective Date (in accordance with the Purchase Agreement). The GUC Trustee, on behalf of the GUC Trust, and the Plan Administrator, on behalf of RL Management and the Wind-Down Debtors, shall be authorized to open such bank or other depository accounts as may be necessary or appropriate in the discretion of the GUC Trustee or the Plan Administrator to enable either to carry out the provisions of the Plan.

9.      <u>Free and Clear Transfers</u>. Subject to the terms of the Plan (and Purchase Agreement), to the fullest extent permitted by the Bankruptcy Code, including, without limitation, sections 363, 1123(a)(5), and 1123(b)(4), all right, title and interest of the Debtors' and their respective Estates in and to any and all assets, property, Unexpired Leases and Executory Contracts of every kind and nature to be sold, assigned, transferred or otherwise disposed of under the Plan, including the Purchased Assets, shall be sold, assigned, transferred and disposed of free and clear of any and all Liens, Claims, Causes of Action, Interests, charges or other encumbrances, purchase rights, options, rights of first refusal and other interests of any Person or entity.

10. <u>No Successor Liability for Purchaser or Reorganized Debtors</u>. Neither the Purchaser (or its designees) nor the Reorganized Debtors shall be deemed or considered to (a) be a successor (or other such similarly situated party), or otherwise be deemed a successor to the Debtors or the Estates, including a "successor employer" for purposes of the Internal Revenue Code of 1986, ERISA, or other applicable laws; (b) have any responsibility or liability for any obligations of the Debtors or the Estates, or any affiliate of the Debtors, based on any theory of successor or similar theories of liability; (c) have, *de facto* or otherwise, merged with or into any of the Debtors; (d) be an alter ego or a mere continuation or substantial continuation of any of the Debtors or the Estates (and there is no continuity of enterprise with respect to the Wind-Down Debtors and RL Management), including within the meaning of any foreign, federal, state, or local revenue, pension, ERISA, tax, labor, employment, environmental, or other law, rule, or regulation (including filing requirements under any such laws, rules, or regulations), or under any products liability law or doctrine with respect to the Debtors' liability under such law, rule, or regulation or doctrine. Except for the Assumed Liabilities set forth in the Purchase Agreement, neither the Purchaser (including its designees) nor the Reorganized Debtors will assume or in any way be responsible for any obligation or liability of the Debtors and/or the Estates.

11. <u>Corporate Existence</u>. Except as otherwise provided in the Purchase Agreement, the Plan, the Plan Supplement or this Confirmation Order, the Reorganized Debtors and the Wind-Down Debtors all shall continue to exist after the Plan Effective Date as separate legal entities, with all of the powers of corporations, limited liability companies, memberships and partnerships pursuant to the applicable laws in their states of incorporation or organization, as the case may be, subject to the terms of, and except as otherwise provided in or by, the Plan. The respective limited liability company agreements, articles or certificates of incorporation and by-laws (or other

applicable formation documents) in effect prior to the Plan Effective Date for each Debtor shall continue to be in effect after the Plan Effective Date except to the extent amended or modified in connection with the Plan. On or after the Plan Effective Date, the respective certificate of incorporation and bylaws (or other formation documents) of one or more of the Reorganized Debtors may be amended or modified in accordance with their terms without supervision or approval by the Bankruptcy Court and free of any restrictions of the Bankruptcy Code or Bankruptcy Rules. On or after the Plan Effective Date, one or more of the Wind-Down Debtors or the Reorganized Debtors may be disposed of, dissolved, wound down, or liquidated without supervision or approval by the Bankruptcy Court and free of any restrictions of the Bankruptcy Code or Bankruptcy Rules. On or immediately prior to the Plan Effective Date, the New Organizational Documents shall be adopted automatically by the Reorganized Debtors. To the extent required under the Plan or applicable non-bankruptcy law, the Reorganized Debtors shall file their respective New Organizational Documents with the applicable Secretaries of State and/or other applicable authorities in their respective states, provinces, or countries of incorporation. The New Organizational Documents shall, among other things: (1) authorize the issuance of the New Reorganized Debtor Equity and (2) pursuant to and only to the extent required by section 1123(a)(6) of the Bankruptcy Code, include a provision prohibiting the issuance of non-voting equity securities of the Debtors. After the Plan Effective Date, each Reorganized Debtor may amend and restate its limited liability company agreement, certificate of incorporation and other formation and constituent documents as permitted by the laws of its respective jurisdiction of formation and the terms of the New Organizational Documents.

12. <u>Corporate Action</u>. Except as otherwise provided in the Plan or this Confirmation Order, each of the Debtors, the Purchaser, the Reorganized Debtors, the Wind-Down Debtors, the

Plan Administrator, or the GUC Trustee, as applicable, may take any and all actions to execute, deliver, File or record such contracts, instruments, releases and other agreements or documents and take such actions as may be necessary or appropriate to effectuate and implement the provisions of the Plan and the Restructuring Transactions contemplated therein. Other actions necessary to effect the Restructuring Transactions may include: (a) the execution and delivery of appropriate agreements or other documents of merger, amalgamation, consolidation, restructuring, conversion, disposition, transfer, arrangement, continuance, dissolution, sale, purchase or liquidation containing terms that are consistent with the terms of the Plan and that satisfy the applicable requirements of applicable law and any other terms to which the applicable Debtors or Reorganized Debtors may agree; (b) the execution and delivery of appropriate instruments of transfer, assignment, assumption or delegation of any asset, property, right, liability, debt or obligation on terms consistent with the terms of the Plan (and Purchase Agreement) and having other terms to which the applicable parties agree; (c) the filing of appropriate certificates or articles of incorporation, reincorporation, merger, consolidation, conversion, amalgamation, arrangement, continuance or dissolution pursuant to applicable state or provincial law; and (d) all other actions that the applicable Debtors or Reorganized Debtors determine to be necessary or appropriate, including making filings or recordings that may be required by applicable law in connection with the Restructuring Transactions. If and to the extent necessary, any controlling organization or formation documents or agreements for the Reorganized Debtors shall be deemed amended to authorize the foregoing. Prior to, on, or after the Plan Effective Date (as appropriate), all matters provided for pursuant to the Plan (and Purchase Agreement) that would otherwise require approval of the stockholders, directors, managers or members of any Debtor (as of or prior to the Plan Effective Date) shall be deemed to have been so approved and shall be in effect prior to, on or after

the Plan Effective Date (as appropriate) pursuant to applicable law and without any requirement of further action by the stockholders, directors, managers or members of such Debtors, or the need for any approvals, authorizations, actions, or consents of any Person. All matters provided for in the Plan involving the legal or corporate structure of any Debtor or any Reorganized Debtor, as applicable, and any legal or corporate action required by any Debtor or any Reorganized Debtor, as applicable in connection with the Plan, shall be deemed to have occurred and shall be in full force and effect in all respects, in each case without further notice to or order of the Bankruptcy Court, act or action under applicable law, regulation, order, or rule or any requirement of further action, vote, or other approval or authorization by the security holders, officers or directors of any Debtor or any Reorganized Debtor, as applicable, or by any other Person. On the Plan Effective Date, the appropriate officers of each Debtor and each Reorganized Debtor, as applicable, are authorized to issue, execute, deliver, and consummate the transactions contemplated by, the contracts, agreements, documents, guarantees, pledges, consents, securities, certificates, resolutions and instruments contemplated by or described in the Plan (and the Purchase Agreement) in the name of and on behalf of the Debtor, and each Reorganized Debtor, as applicable, in each case without further notice to or order of the Bankruptcy Court, act or action under applicable law, regulation, order, or rule or any requirement of further action, vote or other approval or authorization by any Person. The secretary, any assistant secretary, director, manager, or managing member of each Debtor and each Reorganized Debtor, as applicable, shall be authorized to certify or attest to any of the foregoing actions.

13.     Further Assurances. The Debtors, RL Management, the Wind-Down Debtors, the Reorganized Debtors, as applicable, all holders of Claims and Interests receiving distributions hereunder and all other entities shall, from time to time, prepare, execute and deliver any

agreements or documents and take any other actions as may be necessary or advisable to effectuate the provisions and intent of the Plan or this Confirmation Order. On and after the Plan Effective Date, RL Management, the Debtors, the Reorganized Debtors, the Wind-Down Debtors, the Plan Administrator, and the GUC Trustee shall each use commercially reasonable efforts to effectuate the allocation of assets and liabilities contemplated by the Plan.

14. <u>DIP Facility</u>. As set forth in article II.C of the Plan and except as otherwise provided in the Plan or this Confirmation Order, on the Plan Effective Date, in full satisfaction, settlement, discharge and release of, and in exchange for, such DIP Claims (in an amount outstanding determined as of the Plan Effective Date), all DIP Claims shall be indefeasibly paid and satisfied in full (a) in the event that the Sale Transaction is consummated pursuant to the Purchase Agreement, through a credit bid by the Purchaser of all DIP Claims for the Purchased Assets in accordance with section 363(k) of the Bankruptcy Code, or (b) in the event that the Sale Transaction is consummated through a Reorganized Equity Sale conducted pursuant to the Plan, through the transfer of Purchased Assets, other specified assets, assumption and assignment of specified contracts and leases, assumption of specified liabilities, issuance of equity in the Reorganized Debtors (except in RL Management) and issuance of Takeback Loans, all in accordance with the Purchase Agreement.

15. <u>Takeback Loans</u>. As contemplated in article IV.A.2 and II.C of the Plan, and as provided in Exhibit J of the Plan Supplement, this Confirmation Order shall be deemed approval of the form of Takeback Loans and all transactions contemplated thereby, and authorization of all actions to be taken, undertakings to be made, and obligations to be incurred by the Reorganized Debtors (except RL Management) in connection therewith, including, without limitation, the payment of all reasonable and documented fees, indemnities, and expenses provided for therein,

and authorization of the Reorganized Debtors to enter into and execute definitive documents in connection with the Takeback Loans and such other documents as may be required to effectuate the treatment afforded by the Takeback Loans (collectively, the "Takeback Loan Documents"). On the Plan Effective Date, the Reorganized Debtors (excluding RL Management) shall be and are authorized to execute and deliver the Takeback Loan Documents and any related documents, and shall be and are authorized to execute, deliver, file, record, and issue any other notes, guarantees, deeds of trust, security agreements, documents (including UCC financing statements), amendments to the foregoing, or agreements in connection therewith, in each case without further notice to or order of the Bankruptcy Court, act or action under applicable law, regulation, order, or rule or the vote, consent, authorization or approval of any entity, subject to any limitations set forth herein or in the Plan. The obligations of the Reorganized Debtors (and any subsidiaries or affiliates that are parties to the Takeback Loans, excluding RL Management) under the Takeback Loans shall be secured by substantially all of their assets, whether now existing or hereafter acquired. Notwithstanding the foregoing, the Takeback Loans shall not be secured by the Reorganized Debtors' real property leases (but shall be secured by all proceeds of such leases) solely to the extent that the grant of a lien securing the Takeback Loans is prohibited or restricted by the terms of such real property lease and applicable nonbankruptcy law to attach to such real property lease. On the Plan Effective Date, all of the Liens and security interests to be granted in accordance with the Takeback Loan Documents (a) shall be deemed to be granted in good faith, for legitimate business purposes, and for reasonably equivalent value, (b) shall be legal, binding, and enforceable Liens on, and security interests in, the collateral granted thereunder in accordance with the terms of the Takeback Loan Documents, (c) shall be deemed automatically perfected on the Plan Effective Date and have a first priority, subject only to such Liens and security interests

as may be permitted under the Takeback Loan Documents, and (d) shall not be subject to avoidance, recharacterization, or equitable subordination for any purposes whatsoever and shall not constitute preferential transfers, fraudulent transfers, or fraudulent conveyances under the Bankruptcy Code or any applicable non-bankruptcy law. Notwithstanding anything to the contrary herein, nothing in this Confirmation Order shall authorize the Takeback Loan Documents to (i) grant a lien or other security interest in leasehold interests if it would be a default or otherwise prohibited by the underlying lease agreement, (ii) afford the lenders under the Takeback Loans any greater access rights with respect to the Reorganized Debtors' leasehold interests than those access rights permitted under (x) applicable nonbankruptcy law including, without limitation, applicable leases, (y) any prepetition or postpetition landlord waivers or consents, or (z) further order of this Court on motion and notice appropriate under the circumstances, or (iii) afford the lenders under the Takeback Loans access rights with respect the Reorganized Debtors' leasehold interests to the extent such access would violate the terms of the applicable real property lease or applicable state law.

16.   **Section 1145 Exemption.** To the extent that any such instruments constitute "securities" under applicable securities laws, the offer and sale of the Takeback Loans and/or the New Reorganized Debtor Equity, and any stock, warrants, options or other equity securities, shall be effected without registration under Section 5 of the Securities Act, and without registration under any applicable state securities or "blue sky" law, in reliance upon the exemption from such registration requirements afforded by section 1145 of the Bankruptcy Code.

17.   **Cancellation of Notes, Certificates and Instruments.** Except as otherwise set forth in the Purchase Agreement, the Plan or this Confirmation Order, and as set forth in article IV.A.5 of the Plan, except for the purpose of evidencing a right to a distribution under the Plan and except

as otherwise set forth in the Plan, on the Plan Effective Date, all agreements, instruments, Securities and other documents evidencing any prepetition Claim against or Interest in the Debtors and any rights of any holder in respect thereof shall be deemed cancelled, discharged, and of no force or effect. Except for the purpose of evidencing a right to a distribution under the Plan and except as otherwise set forth in the Plan, the holders of or parties to such cancelled instruments, Securities, and other documentation shall have no rights arising from or related to such instruments, Securities, or other documentation or the cancellation thereof and the obligations of the Debtors thereunder or in any way related thereto shall be fully released, terminated, extinguished and discharged, in each case without further notice to or order of the Bankruptcy Court, act or action under applicable law, regulation, order, or rule or any requirement of further action, vote or other approval or authorization by any Person.

18.   <u>Release of Liens</u>. Except as otherwise provided in the Purchase Agreement, the Plan, this Confirmation Order, or in any contract, instrument, release or other agreement or document entered into or delivered in connection with the Plan, on the Plan Effective Date and concurrently with the applicable distributions made pursuant to the Plan, all Liens, Claims, Interests, mortgages, deeds of trust, or other security interests against the property of the Estates shall be fully released, terminated, extinguished and discharged, in each case without further notice to or order of the Bankruptcy Court, act or action under applicable law, regulation, order, or rule or the vote, consent, authorization or approval of any entity. Any entity holding such Liens or Interests will, pursuant to section 1142 of the Bankruptcy Code, promptly execute and deliver to the Purchaser (or its designees), Reorganized Debtors or the Wind-Down Debtors, as the case may be, such instruments of termination, release, satisfaction and/or assignment (in recordable form)

as may be reasonably requested by the Reorganized Debtors, Wind-Down Debtors, the Purchaser, the Plan Administrator, or the GUC Trustee, as the case may be.

19.     <u>Directors, Managers, and Officers</u>. Pursuant to and in accordance with articles IV.C.6 and IV.C.8 of the Plan, effective as of the Plan Effective Date, automatically and without further action, the term of each current officer, member of the boards of directors or managers or any managing member of each Debtor, as applicable, shall expire and/or shall be deemed to have resigned, and (a) the New Board and the officers or managers of each of the Reorganized Debtors shall be appointed in accordance with the respective New Organizational Documents, and (b) the Plan Administrator shall be appointed as the sole manager, sole director, sole member, and sole officer of RL Management and the Wind-Down Debtors, as applicable, and shall, in accordance therewith, succeed to the powers of the Debtors' directors, managers, members, and officers. From and after the Plan Effective Date, the Plan Administrator shall be the sole representative of, and shall act for, RL Management and the Wind-Down Debtors. For the avoidance of doubt, the foregoing shall not limit the authority of the Wind-Down Debtors, the Plan Administrator, the Purchaser, or the Reorganized Debtors, as applicable, to continue the employment of any former member, manager, director, or officer, including pursuant to the Transition Services Agreement or any other agreement, in each case, to the extent permitted by applicable law.

20.     <u>Plan Administrator</u>. The Plan Administrator shall be appointed, as of the Plan Effective Date, and have all the rights, duties and obligations as set forth in the Plan and the Plan Administrator Agreement, which is approved in all respects. Pursuant to section 1123(b)(3)(B) of the Bankruptcy Code, the Plan Administrator shall be the representative of the Debtors' Estates with respect to RL Management, the Wind-Down Debtors, and the Wind-Down Assets, and without limiting the foregoing, the Plan Administrator shall (a) cause RL Management to conduct

its business consistent with the Plan, Purchase Agreement and Transition Services Agreement; (b) hold, liquidate, invest, supervise, and protect the Wind-Down Assets; (c) effectuate the distributions contemplated by the Plan Administrator under the Plan; (d) object to or settle Disputed Claims against the Debtors (except General Unsecured Claims); (e) prosecute any or all of the Causes of Action retained by the Wind-Down Debtors; (f) pay all reasonable fees, expenses, debts, charges, and liabilities of the Wind-Down Debtors; (g) file tax returns for, pay taxes of, and represent the interests of the Wind-Down Debtors or the Debtors' Estates, as applicable, before any taxing authority in all matters, including any action, suit, proceeding, or audit; (h) File the operating report for the Debtors' Estates for the month in which the Plan Effective Date occurs and all subsequent post-confirmation quarterly reports; (i) take any action necessary to wind down the business and affairs of the Wind-Down Debtors; and (j) file appropriate certificates of dissolution of the Wind-Down Debtors pursuant to applicable state or provincial law. The Plan Administrator shall act for RL Management and the Wind-Down Debtors in the same fiduciary capacity and shall have all of the rights, powers, and obligations as applicable to a board of directors, board of managers, member/manager and officers, subject to the provisions hereof (and all certificates of formation, membership agreements, and related documents are deemed amended by the Plan to permit and authorize the same). Notwithstanding any provision in the Plan Administrator Agreement to the contrary, the Plan Administrator shall have no affirmative obligation to bring any litigation claims against any third party and he may do so or forbear from doing so in his discretion. Nothing in this Confirmation Order shall limit the rights of the Plan Administrator to dissolve the Wind-Down Debtors or merge one or more of them into another, in each instance in accordance with applicable state law. The limitation of liability set forth in section 4.6(b) of the Plan Administrator Agreement shall not apply to claims and liabilities resulting from

any act or omission that is determined in a Final Order by a court of competent jurisdiction to have constituted actual fraud, willful misconduct, or gross negligence by the parties referred to in such section.

21. <u>GUC Trustee</u>. The GUC Trustee shall be appointed, as of the Plan Effective Date, and have all the rights, duties and obligations as set forth in the Plan and the GUC Trust Agreement, which is approved in all respects. The GUC Trustee shall administer the GUC Trust and the GUC Trust Assets in accordance with this Plan, this Confirmation Order, the GUC Trust Agreement, and the other GUC Trust Documents and shall be responsible for, among other things, making certain Distributions required under this Plan. From and after the Plan Effective Date and continuing through the date of entry of a Final Decree, the GUC Trustee shall: (a) possess the rights of a party in interest pursuant to section 1109(b) of the Bankruptcy Code for all matters arising in, arising under, or related to the Chapter 11 Cases and, in connection therewith, shall (i) have the right to appear and be heard on matters brought before the Bankruptcy Court or other courts, (ii) be entitled to notice and opportunity for hearing on all such issues, (iii) participate in all matters brought before the Bankruptcy Court, and (iv) receive notice of all applications, motions, and other papers and pleadings filed in the Bankruptcy Court and (b) have the authority to retain such personnel or professionals (including, without limitation, legal counsel, financial advisors or other agents) as it deems appropriate and compensate such personnel and professionals as it deems appropriate in accordance with the Plan, all without prior notice to or approval of the Bankruptcy Court. Professionals and personnel retained or employed by the GUC Trust or the GUC Trustee need not be disinterested as that term is defined in the Bankruptcy Code, and may include Professionals who had been employed by the Committee or the Debtors. The powers of the GUC Trustee shall include any and all powers and authority necessary or helpful to implement

and carry out the provisions of the Plan and any applicable orders of the Bankruptcy Court relating to the GUC Trust Assets. The GUC Trustee shall be the representative of the Debtors' Estates with respect to the GUC Trust Assets appointed pursuant to section 1123(b)(3)(B) of the Bankruptcy Code. Without limiting the foregoing, the GUC Trustee shall (a) hold, liquidate, invest, supervise, and protect the GUC Trust Assets; (b) effectuate the distributions contemplated by the GUC Trustee under the Plan; (c) object to or settle Disputed General Unsecured Claims against the Debtors; (d) investigate, prosecute, resolve, liquidate, or otherwise monetize the Equityholder Litigation Claims, as appropriate; (e) pay all reasonable fees, expenses, debts, charges, and liabilities of the GUC Trust; (f) file tax returns for, pay taxes of (if any), and represent the interests of the GUC Trust before any taxing authority in all matters, including any action, suit, proceeding, or audit; (g) take any action necessary to administer the GUC Trust; and (h) file appropriate certificates of dissolution of the GUC Trust, if any, pursuant to applicable state or provincial law. The exculpation provisions set forth in the GUC Trust Agreement will be the same as the ones in the Plan.

22. <u>Distributions Under the Plan</u>. All Distributions under the Plan shall be made in accordance with Article VI of the Plan and such methods of Distribution are approved in all respects.

23. <u>Disputed Claims</u>. The provisions of Article VII of the Plan, including, without limitation, the provisions governing procedures for resolving Disputed Claims, are found to be fair and reasonable and are approved. Distributions on account of Disputed Claims shall be made, if at all, in accordance with Article VI of the Plan to the extent any such Disputed Claim becomes Allowed.

24. <u>Treatment is in Full Satisfaction</u>. All Distributions under the Plan shall be made in accordance with the Plan. Except as set forth in the Plan, the treatment afforded to the holder of each Claim and Interest is in full satisfaction of the legal, contractual, and equitable rights (including any liens) that each holder of a Claim or Interest may have in or against the Debtors, the Estates, or their respective property. This treatment supersedes and replaces any agreements or rights those holders may have in or against the Debtors, the Estates, or their respective property.

**<u>Settlement, Release, Injunctions and Related Provisions</u>**

25. In accordance with section 1123(b)(3)(A) of the Bankruptcy Code and Bankruptcy Rule 9019, and in consideration for the classification, distributions, releases, and other benefits provided under the Plan, upon the Plan Effective Date, the provisions of the Plan shall constitute a good-faith compromise and settlement of all Claims, Interests, Causes of Action, and controversies released, settled, compromised, discharged, satisfied, or otherwise resolved pursuant to the Plan. Such compromise and settlement is the product of extensive arm's length, good faith negotiations that represent a fair and reasonable compromise of all Claims, Interests, and controversies and entry into which represented a sound exercise of the Debtors' business judgment and the Debtors' assumption of such agreements are approved. Such compromise and settlement is fair, equitable, reasonable, and in the best interests of the Debtors and their Estates.

26. This Confirmation Order shall constitute the Bankruptcy Court's finding and determination that the settlements reflected in the Plan are (a) the good and valuable consideration and substantial contributions provided by the Released Parties; (b) a good faith settlement and compromise of the Claims released by the Third Party Release; (c) in the best interests of the Debtors and all holders of Claims and Interests; (d) fair, equitable, and reasonable; (e) given and made after due notice and opportunity for a hearing; (f) a bar to any of the Releasing Parties asserting any Claim released pursuant to the Third Party Release; (g) supported by the Debtors'

sound exercise of business judgment; (h) supported by the Prepetition Term Loan Parties and the Committee; and (i) approved by the Bankruptcy Court pursuant to sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019. This Confirmation Order shall approve the releases in the Plan of all contractual, legal and equitable subordination rights or Causes of Action that are satisfied, compromised and settled pursuant hereto.

27. <u>Discharge of Claims and Termination of Interests</u>. Except as otherwise provided in the Plan or this Confirmation Order, upon the Plan Effective Date, the Reorganized Debtors, shall (i) be deemed to have received a discharge under section 1141(d) of the Bankruptcy Code and release from any and all Claims and any other obligations, suits, judgments, damages, debts, rights, remedies, Causes of Action or liabilities, and any Interests or other rights of a holder of any Security or other ownership interest, of any nature whatsoever, including, without limitation, liabilities that arose before the Plan Effective Date (including prior to the Petition Date), and all debts of the kind specified in sections 502(g), 502(h) or 502(i) of the Bankruptcy Code, whether or not (a) a Proof of Claim based upon such debt is filed or deemed filed under section 501 of the Bankruptcy Code, (b) a Claim based upon such debt is Allowed under section 502 of the Bankruptcy Code (or is otherwise resolved), or (c) the holder of a Claim based upon such debt voted to accept the Plan; and (ii) terminate and cancel all rights of any Security holder in any of the Debtors and all Interests (including Interests in RL Management, which shall be cancelled and New Reorganized Debtor Equity shall be shall be issued to the Plan Administrator or its designee). Except as expressly provided in the Plan or this Confirmation Order, this Confirmation Order constitutes a judicial determination, as of the Plan Effective Date, of such discharge, pursuant to sections 524 and 1141 of the Bankruptcy Code, and such discharge shall void and extinguish any judgment obtained against any Debtor, or any of their respective assets, property and Estates at

any time, to the extent such judgment is related to a discharged Claim, Cause of Action, debt, liability or Interest of any kind in any of the Debtors (including any terminated Interest).

28. <u>Setoffs and Recoupment</u>. Except as expressly provided in the Plan or this Confirmation Order, each Reorganized Debtor, the Purchaser (or its designees), Wind-Down Debtors, and the GUC Trust, as applicable, may, pursuant to section 553 of the Bankruptcy Code, set off and/or recoup against any Plan Distributions or other payments to be made on account of an Allowed Claim any and all Claims, rights, and Causes of Action that such Reorganized Debtor, Purchaser (or its designees), Wind-Down Debtor, or the GUC Trust may hold against the holder of such Allowed Claim; <u>provided</u>, <u>however</u>, that neither the failure to effectuate a setoff or recoupment nor the allowance of any Claim shall constitute a waiver or release by a Reorganized Debtor, the Purchaser (or its designees), a Wind-Down Debtor, the GUC Trust, or its successor of any and all Claims, rights, and Causes of Action that such Reorganized Debtor, Wind-Down Debtor, or the GUC Trust may have against the applicable claimholder. With respect to any Executory Contract or Unexpired Lease that has been rejected under the Plan, nothing shall modify the rights, if any, of any counterparty to such Executory Contract or Unexpired Lease to assert any right of setoff or recoupment that such party may have, including but not limited to, the (a) ability, if any, of such parties to setoff or recoup a security deposit held pursuant to the terms of their Unexpired Lease(s) with the Debtors under the Plan, (b) assertion of rights of setoff or recoupment, if any, in connection with Claims reconciliation, or (c) assertion of setoff or recoupment as a defense, if any, to any Claim or action by the Debtors, the Reorganized Debtors, or any successors of the Debtors.

29.  <u>Settlement, Release, Injunction and Related Provisions</u>. The following releases, injunction, exculpation and related provisions, as set forth in Article VIII of the Plan, are approved and authorized in their entirety, except as otherwise provided in this Confirmation Order:

(i)  <u>Exculpation</u>. As set forth in article VIII.A.4 of the Plan and except as otherwise provided in this Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is exculpated from, any Claims and Causes of Action related to any act or omission occurring between and including the Petition Date and the Plan Effective Date in connection with, relating to, or arising out of: the Debtors' Chapter 11 Cases (including the Filing thereof); the Canadian Proceeding (including the Filing thereof); the formulation, preparation, dissemination, negotiation, Filing, or termination of the Plan, the Disclosure Statement, the Bidding Procedures Order, the DIP Facility, or any contract, instrument, release or other agreement or document created or entered into in connection with the Debtors' Chapter 11 Cases or Canadian Proceeding, whether or not included in the Plan Supplement or constituting a Definitive Document; the Restructuring Transactions contemplated by the Plan and any prepetition transactions relating to any of the foregoing; the pursuit of Confirmation of the Plan, the pursuit of Consummation of the Plan, the administration and implementation of the Plan, including the issuance and distribution of Securities pursuant to the Plan, or the distribution of property under the Plan; the Purchase Agreement; or any other related act or omission, transaction, event, or other occurrence taking place on or before or in connection with the Plan Effective Date, except for Claims and liabilities resulting therefrom related to any act or omission that is determined in a Final Order by a court of competent jurisdiction to have constituted actual fraud, willful misconduct, or gross negligence by an Exculpated Party. The Exculpated Parties shall be entitled

to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan in all respects.

(ii) <u>Releases by the Debtors</u>. Subject to paragraph 31 of this Confirmation Order and as set forth in article VIII.A.2 of the Plan, and except as otherwise provided in this Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, in exchange for good and valuable consideration, the adequacy of which is confirmed, on and after the Plan Effective Date, each Released Party is, and is deemed to be, conclusively, absolutely, unconditionally, irrevocably, and forever released by each of the Debtors, their respective Estates, and any Person seeking to exercise the rights of any of the Debtors or their Estates (including any successors to any of the Debtors or their Estates or any Estate representatives appointed or selected pursuant to section 1123(b)(3) of the Bankruptcy Code), in each case, on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Persons who may purport to assert any Cause of Action, derivatively, by, through, for, or because of any of the foregoing Persons, from any and all Claims and Causes of Action, whether known or unknown, foreseen or unforeseen, matured or unmatured, existing or hereafter arising, contingent or non-contingent, in law, equity, contract, tort or otherwise, that any of the Debtors, their Estates, the Reorganized Debtors or Wind-Down Debtors, as applicable, or any successors to or representatives of the foregoing appointed or selected pursuant to section 1123(b)(3) of the Bankruptcy Code, would have been legally entitled to assert in their own right (whether individually or collectively) or that any holder of any Claim against or any Interests in, any of the Debtors could have asserted on behalf of any of the Debtors or their Estates, based on, relating to, or in any manner arising from, in whole or in part: any of the Debtors (including the capital structure, management, ownership, or operations thereof); any Security of any of the Debtors; the subject matter of, or the transactions or events giving rise to,

any Claim, Cause of Action or Interest; the business or contractual arrangements between any Debtor and a Released Party; any of the Debtors' restructuring efforts; any Avoidance Actions held by any of the Debtors or their Estates; any intercompany transactions performed by any of the Debtors; the Debtors' Chapter 11 Cases (including the Filing thereof and any relief obtained by the Debtors therein); the formulation, preparation, dissemination, negotiation, or Filing of the Plan, the Plan Supplement, the DIP Facility, the Disclosure Statement, or the Bidding Procedures Order (and the procedures approved thereby); any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Person regarding any transaction, contract, instrument, document or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or the Confirmation Order with respect to the Plan in lieu of such legal opinion) created or entered into in connection with the Plan or the Bidding Procedures Order; the solicitation of votes on the Plan, the pursuit of Confirmation of the Plan, the pursuit of Consummation of the Plan, the implementation of the Plan, including the issuance or distribution of Securities or any other property pursuant to the Plan; or any other act or omission, transaction, agreement, event, or other occurrence related or relating to any of the foregoing taking place on or before the Plan Effective Date other than Claims and liabilities resulting therefrom arising out of or relating to any act or omission of a Released Party that constitutes actual fraud, willful misconduct, or gross negligence, in each case, solely to the extent determined by a Final Order of a court of competent jurisdiction. Notwithstanding anything to the contrary in the foregoing, the releases set forth above do not release (i) any post-Plan Effective Date Claims or obligations of any Person under the Plan, the Confirmation Order with respect to the Plan, any Restructuring Transaction, any Definitive Document, or any document, instrument,

or agreement (including those set forth in the Plan Supplement) executed to implement the Plan or (ii) the Equityholder Litigation Claims.

(iii)     Releases by Holders of Claims Against the Debtors. Subject to paragraph 31 of this Confirmation Order and as set forth in article VIII.A.3 of the Plan, and except as otherwise expressly set forth in this Confirmation Order, on and after the Plan Effective Date, in exchange for good and valuable consideration, the adequacy of which is confirmed, each Released Party is, and is deemed to be, conclusively, absolutely, unconditionally, irrevocably and forever, released by each Releasing Party from any and all Causes of Action, whether known or unknown, foreseen or unforeseen, matured or unmatured, existing or hereafter arising, contingent or non- contingent, in law, equity, contract, tort, or otherwise, including any derivative claims asserted on behalf of the Debtors, that such Person would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, in whole or in part: any of the Debtors (including the capital structure, management, ownership, or operation thereof); any security of any of the Debtors or any of the Reorganized Debtors; the subject matter of, or the transactions or events giving rise to, any Claim that is treated in the Plan; the business or contractual arrangements between any Debtor and any Released Party; the assertion or enforcement of rights and remedies against any of the Debtors; the Debtors' in- or out-of- court restructuring efforts; any Avoidance Actions held by any of the Debtor(s) or their Estates; intercompany transactions between or among a Debtor and another Debtor; the Chapter 11 Cases; the Canadian Proceeding; the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Bidding Procedures Order, the Plan, or the Plan Supplement; any Restructuring Transaction, contract, instrument, release, or other agreement or document created or entered into in connection with the DIP Facility, the Disclosure Statement, the Bidding

Procedures Order, the Plan, or the Plan Supplement; the Filing of the Debtors' Chapter 11 Cases;

the Filing of the Canadian Proceeding; the Disclosure Statement, the Plan, the solicitation of votes

with respect to the Plan, the pursuit of Confirmation of the Plan, the pursuit of Consummation of

the Plan, the administration and implementation of the Plan, including the issuance or distribution

of securities pursuant to the Plan, the distribution of property under the Plan or any other related

agreement, or any cancellation of debt income realized in connection with the Plan; or upon any

other act or omission, transaction, agreement, event, or other occurrence related or relating to any

of the foregoing taking place on or before the Plan Effective Date, other than Claims and liabilities

resulting therefrom arising out of or relating to any act or omission of a Released Party that

constitutes actual fraud, willful misconduct, or gross negligence, each solely to the extent as

determined by a Final Order of a court of competent jurisdiction. Notwithstanding anything to the

contrary in the foregoing, the releases set forth above do not release (i) any party of any obligations

related to customary banking products, banking services or other financial accommodations

(except as may be expressly amended or modified by the Plan or any other financing document

under and as defined therein), (ii) the Equityholder Litigation Claims, or (iii) any post-Plan

Effective Date obligations of any Person under the Plan, the Confirmation Order, any Stand-Alone

Restructuring Transaction, any Definitive Document or any document, instrument, or agreement

(including those set forth in the Plan Supplement) executed to implement the Plan, including the

Purchase Agreement or any Claim or obligation arising under the Plan. Entry of the Confirmation

Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the

Third Party Release, which includes by reference each of the related provisions and definitions

contained in the Plan, and, further shall constitute the Bankruptcy Court's finding that the third

party release by those creditors or interest holders who vote to accept the Plan is: (I) the good and

52

valuable consideration and substantial contributions provided by the Released Parties; (II) a good faith settlement and compromise of the Claims released by the third party release; (III) in the best interests of the Debtors and all holders of Claims and Interests; (IV) fair, equitable and reasonable; (V) given and made after due notice and opportunity for a hearing; and (IV) a bar to any of the Releasing Parties asserting any Claim released pursuant to the third party release.

(iv)     Confirmation Date Injunction. **AS SET FORTH IN ARTICLE VIII.D OF THE PLAN AND EXCEPT AS OTHERWISE PROVIDED IN THIS CONFIRMATION ORDER, ALL INJUNCTIONS OR STAYS IN EFFECT IN THE CHAPTER 11 CASES PURSUANT TO SECTIONS 105 OR 362 OF THE BANKRUPTCY CODE OR ANY ORDER OF THE BANKRUPTCY COURT IN EFFECT ON THE APPLICABLE CONFIRMATION DATE (EXCLUDING ANY INJUNCTIONS OR STAYS CONTAINED IN THE PLAN OR THE CONFIRMATION ORDER), SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL THE PLAN EFFECTIVE DATE**.

(v)     Injunction. **AS SET FORTH IN ARTICLE VIII.A.5 OF THE PLAN AND EXCEPT AS OTHERWISE EXPRESSLY PROVIDED IN THIS CONFIRMATION ORDER WITH RESPECT TO THE PLAN, ALL PERSONS WHO HAVE HELD, HOLD, OR MAY HOLD ANY CLAIMS OR CAUSES OF ACTION AGAINST, OR INTERESTS IN, ANY OF THE DEBTORS THAT HAVE BEEN RELEASED, DISCHARGED, OR ARE SUBJECT TO RELEASE OR EXCULPATION HEREUNDER ARE PERMANENTLY ENJOINED, FROM AND AFTER THE PLAN EFFECTIVE DATE, FROM TAKING ANY OF THE FOLLOWING ACTIONS AGAINST ANY OF THE DEBTORS, THE PURCHASER (INCLUDING ANY ASSIGNEES CONTEMPLATED PURSUANT TO THE PURCHASE AGREEMENT), THE REORGANIZED DEBTORS, THE WIND-**

DOWN DEBTORS, THE GUC TRUST, THE GUC TRUSTEE, AS APPLICABLE, OR ANY OF THE OTHER EXCULPATED PARTIES OR ANY OF THE RELEASED PARTIES: (1) COMMENCING OR CONTINUING IN ANY MANNER ANY ACTION OR OTHER PROCEEDING OF ANY KIND ON ACCOUNT OF OR IN CONNECTION WITH ANY SUCH CLAIM, CAUSE OF ACTION OR INTEREST; (2) ENFORCING, ATTACHING, COLLECTING, OR RECOVERING BY ANY MANNER OR MEANS ANY JUDGMENT, AWARD, DECREE, OR ORDER AGAINST THE PURCHASED ASSETS OR ANY OF THE EXCULPATED PARTIES OR RELEASED PARTIES ON ACCOUNT OF OR IN CONNECTION WITH ANY SUCH CLAIM, CAUSE OF ACTION OR INTEREST; (3) CREATING, PERFECTING, OR ENFORCING ANY LIEN OR ENCUMBRANCE OF ANY KIND AGAINST THE PURCHASED ASSETS OR ANY OF THE EXCULPATED PARTIES, RELEASED PARTIES OR THEIR PROPERTY ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY SUCH CLAIM, CAUSE OF ACTION OR INTEREST; AND (4) ASSERTING ANY RIGHT OF SETOFF OR SUBROGATION AGAINST ANY OBLIGATION DUE FROM ANY OF THE EXCULPATED PARTIES, RELEASED PARTIES OR AGAINST THEIR PROPERTY ON ACCOUNT OF OR IN CONNECTION WITH ANY SUCH CLAIM, CAUSE OF ACTION OR INTEREST UNLESS, WITH RESPECT TO SETOFF, SUCH HOLDER HAS (I) FILED A MOTION REQUESTING THE RIGHT TO PERFORM SUCH SETOFF ON OR BEFORE THE PLAN EFFECTIVE DATE OR FILED A PROOF OF CLAIM THAT ASSERTS OR PRESERVES ANY SUCH RIGHT, AND UNTIL SUCH MOTION HAS BEEN GRANTED OR THE FILED PROOF OF CLAIM IS ALLOWED, OR (II) ASSERTS SUCH RIGHT IN CONNECTION WITH AN UNEXPIRED LEASE OF NON-

**RESIDENTIAL REAL PROPERTY THAT IS REJECTED UNDER THE PLAN. UPON ENTRY OF THE CONFIRMATION ORDER WITH RESPECT TO THE PLAN, ALL HOLDERS OF CLAIMS AND CAUSES OF ACTION AGAINST, AND INTERESTS IN, ANY OF THE DEBTORS AND THEIR RESPECTIVE RELATED PARTIES SHALL BE ENJOINED FROM TAKING ANY ACTIONS TO INTERFERE WITH THE IMPLEMENTATION OF THE PLAN OR THE SALE TRANSACTION. FOR THE AVOIDANCE OF DOUBT, NOTHING IN THE PLAN OR THIS ORDER SHALL ENJOIN, WAIVE, LIMIT OR IMPAIR THE RIGHT OF SETOFF AND RECOUPMENT IN THE ORDINARY COURSE UNDER THE TERMS OF ASSUMED LEASES OR REQUIRE A LANDLORD TO FILE A MOTION OR OTHER PLEADING TO PRESERVE ANY SUCH RIGHTS.**

30.    <u>Subordinated Claims</u>. Except as expressly provided in the Plan or this Confirmation Order, the allowance, classification, and treatment of all Allowed Claims and Allowed Interests and the respective treatment thereof under the Plan take into account the relative priority of the Claims in each Class, whether arising under a contract, principles of equitable subordination, section 510(b) of the Bankruptcy Code, or otherwise. Pursuant to section 510 of the Bankruptcy Code, the Debtors reserve the right to reclassify any Allowed Claim or Allowed Interest in accordance with any contractual, legal, or equitable subordination relating thereto.

31.    <u>Preservation of Causes of Action</u>. As set forth in article IV.A.7 of the Plan and except as otherwise provided in this Confirmation Order, in accordance with section 1123(b) of the Bankruptcy Code, unless expressly waived, relinquished, exculpated, released, compromised, or settled in the Plan or assigned to the Purchaser in the Sale Transaction, the Reorganized Debtors, the Wind-Down Debtors, or the GUC Trust, as applicable, shall retain and may enforce all rights

55

to commence or pursue any and all Causes of Action of the applicable Debtors' Estates, not otherwise so waived, relinquished, exculpated, released, compromised, settled or assigned (as the case may be), whether arising before or after the Petition Date, including, but not limited to, any actions specifically enumerated in the Schedule of Retained Causes of Action, and the Reorganized Debtors', the Wind-Down Debtors', or the GUC Trustee's rights to commence, prosecute, compromise, settle or release such Causes of Action shall be preserved notwithstanding the occurrence of the Plan Effective Date, other than the Claims and Causes of Action released pursuant to the releases and exculpations contained in Article VIII of the Plan. Unless any Cause of Action is expressly waived, relinquished, exculpated, released, compromised, or settled under the Plan or a Final Order, pursuant to section 1123(b) of the Bankruptcy Code, such Cause of Action is preserved for later adjudication, and no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to any such Cause of Action upon, after, or as a consequence of the Confirmation of the Plan or the occurrence of the Plan Effective Date. For the avoidance of doubt, any Equityholder Litigation Claims shall be contributed to the GUC Trust by the Debtors in accordance with the Plan. No Person may rely on the absence of a specific reference in the Plan, the Plan Supplement, or the Disclosure Statement to any Cause of Action against it as any indication that the Debtors, the Reorganized Debtors or the Wind-Down Debtors, as applicable, will not pursue any and all available Causes of Action against it. The Debtors, the Reorganized Debtors, the Wind-Down Debtors, and the GUC Trustee, as applicable, expressly reserve all rights to prosecute any and all Causes of Action against any Person, except as otherwise expressly provided in the Plan, including Article VIII of the Plan. The Reorganized Debtors, the Wind-Down Debtors, and the GUC Trustee, as applicable, (i) reserve and shall retain all Causes of Action

56

notwithstanding the rejection of any Executory Contract or Unexpired Lease during the Chapter 11 Cases or pursuant to the Plan and (ii) shall have the exclusive right, authority, and discretion to determine and to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment any such Causes of Action and to decline to do any of the foregoing without the consent or approval of any third party or further notice to or action, order, or approval of the Bankruptcy Court.

## **Executory Contracts and Leases**

32.     <u>Assumption and Rejection of Executory Contracts and Unexpired Leases</u>. The Executory Contract and Unexpired Lease provisions of Article V of the Plan are approved as modified herein.

33.     <u>Assumption of Contracts and Leases</u>. As set forth in article V.A. of the Plan and except as otherwise provided in the Purchase Agreement, the Plan or this Confirmation Order, as of the Plan Effective Date, each of the Executory Contracts and Unexpired Leases of the Debtors identified on **Exhibit A** to this Confirmation Order (the "<u>List of Purchased Contracts</u>") (as such Executory Contracts and Unexpired Leases may have been modified through and including the Plan Effective Date (with respect to Executory Contracts) or the date of entry of this Order (with respect to Unexpired Leases), collectively, the "<u>Purchased Contracts</u>") shall be deemed assumed by the applicable Reorganized Debtor or assumed and assigned to the Purchaser in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy, unless such executory contract or unexpired lease: (i) is not identified on the List of Purchased Contracts; (ii) has been rejected pursuant to an Order of the Bankruptcy Court entered prior to the Plan Effective Date, or (iii) is identified on the Schedule of Post-Confirmation Date Negotiated Leases, attached hereto as **Exhibit B**, as an Unexpired Lease as to which the counterparty has consented in writing to the Debtors' deferral of their decision to assume or reject for the pendency of the Post-

Confirmation Date Lease Negotiation Period (as agreed to between the Debtors and the non-Debtor counterparties to such Post-Confirmation Date Negotiated Leases). For the purposes of this paragraph, (x) "Post-Confirmation Date Negotiated Leases" means the schedule of all Unexpired Leases, including any amendments or modifications thereto, as to which the applicable counterparty has consented in writing to the Debtors' deferral of their decision on assumption or rejection during the Post-Confirmation Date Lease Negotiation Period, as filed with this Court on September 4, 2024, and as such schedule may be amended from time to time up to and including the Confirmation Date, and (y) "Post-Confirmation Date Lease Negotiation Period" means (a) the consented to forty-five (45) day period immediately following the Confirmation Date or (b) any period of less than forty-five (45) days immediately following the Confirmation Date consented to by a counterparty to an Unexpired lease, as such period is set forth in Exhibit B, during which time the Debtors shall be entitled to file one or more Lease Rejection Notices with respect to the Unexpired Leases listed on the Schedule of Post-Confirmation Date Negotiated Leases. For the avoidance of doubt, the Debtors will continue to timely comply with all obligations arising under the Post-Confirmation Date Negotiated Leases during the Post-Confirmation Date Lease Negotiation Period.

34.     Subject only to payment of the corresponding Cure Amounts set forth on Exhibit A to this Confirmation Order, on the Plan Effective Date, each Purchased Contract shall be deemed to be in good standing and free from all defaults. Without amending or altering any prior order of the Bankruptcy Court approving the assumption or rejection of any Executory Contract or Unexpired Lease, entry of this Confirmation Order by the Bankruptcy Court shall constitute approval of the Cure Amounts set forth on Exhibit A to this Confirmation Order, the assumptions, assumptions and assignments, and rejections pursuant to sections 365(a) and 1123 of the

Bankruptcy Code. For the avoidance of doubt, to the extent of a conflict between Exhibit A of this Confirmation Order and an Order of this Court resolving a Cure Objection (such order, a "Cure Order"), the Cure Amount (including any terms and conditions set forth therein) provided in the Cure Order shall control.

35.     To the extent any provision in any Purchased Contract assumed or assumed and assigned hereunder restricts or prevents, or purports to restrict or prevent, or is breached or deemed breached by, the Debtors' assumption or assumption and assignment, then application of such provision shall be deemed waived such that the transactions contemplated by the Plan shall not entitle the non-debtor counter-party thereto to assert a default or terminate such Purchased Contract or to exercise any other default-related rights with respect thereto. Each Purchased Contract shall revest in and be fully enforceable by the Reorganized Debtors or Purchaser, as applicable.

36.     <u>Cure of Defaults for Assumed Executory Contracts and Unexpired Leases</u>. Except as otherwise provided in the Plan or this Confirmation Order, any monetary and non-monetary defaults arising under or in connection with any Purchased Contract shall be fully and completely satisfied, under section 365(b)(1) of the Bankruptcy Code, by the Debtors by payment of the Cure Amount in Cash on the earlier of (i) the Plan Effective Date or (ii) the consummation of a 363 Asset Sale, if applicable, or (iii) on such other terms as the parties to such Executory Contracts or Unexpired Leases agree, with the consent of the Purchaser.  In the event of an unresolved dispute regarding (1) the amount of any Cure Amount, (2) the ability of the Reorganized Debtors or Purchaser(s) (as applicable) or any assignee to provide "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code), or (3) any other matter pertaining to assumption, the payment of the Cure Amount shall not be required until such time as the dispute is resolved by a Final Order.

37.     Subject to the terms of Paragraph 38 below with respect to Purchased Contracts that are Unexpired Leases of non-residential real property, upon payment of the Cure Amount in Cash, if applicable, any Claims or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the assignment, change in control, bankruptcy, or other defaults under such Purchased Contract shall be fully and completely satisfied through and including the Plan Effective Date and the counterparty to the applicable Assumed Executory Contract or Unexpired Lease shall be forever barred, estopped, and enjoined from asserting any Claim on account of such default by, and such Claim shall not be enforceable against, the Debtors, their Estates, the Reorganized Debtors, the Purchaser, the Wind-Down Debtors, the Plan Administrator, the GUC Trust or the GUC Trustee, or any of their respective property, successors or assigns, and such Claims shall be forever discharged from any and all indebtedness and liability with respect to such Claim unless otherwise ordered by the Bankruptcy Court or as otherwise provided in the Plan. All such Claims will, as of the Plan Effective Date, be subject to the permanent injunction set forth in Article VIII of the Plan. Any Proofs of Claim Filed with respect to a Purchased Contract that has been assumed or assumed and assigned shall not be Allowed for Distribution purposes pursuant to the Plan, unless the Claims Objection Bar Date passes without an objection or other proceeding to disallow, or otherwise eliminate or reduce, such Claim having been initiated.

38.     With respect to any Purchased Contract that is an Unexpired Lease of non-residential real property, the Debtors (or, if after the Plan Effective Date, the applicable Reorganized Debtor or Purchaser) shall remain liable for all obligations arising under the Unexpired Leases that were not otherwise required to be asserted as a cure cost, including: (a) for amounts owed or accruing under such Unexpired Lease that are unbilled and/or not yet due as of the applicable cure objection deadline (the "Cure Objection Deadline") or the Plan Effective Date

60

regardless of when such amounts or obligations accrued, on account of common area maintenance, insurance, taxes, and similar charges; (b) any regular or periodic adjustment or reconciliation of charges under such Unexpired Lease that are not due and have not been determined as of the applicable Cure Objection Deadline; (c) any percentage of rent that is not yet due under such Unexpired Lease as of the Plan Effective Date; (d) obligations arising after the Plan Effective Date under such Unexpired Lease; and (e) any obligations to indemnify the non-Debtor counterparty under such Unexpired Lease for any claims of third parties pursuant to the terms of the Unexpired Lease, which were not known, asserted, or liquidated by the time of the applicable Cure Objection Deadline. Notwithstanding anything to the contrary in the Plan, this Confirmation Order, or the Amended Cure Notice, in the event that prior to the Plan Effective Date, a Debtor entered into any written settlement or lease amendment (a "Landlord Agreement"), then the affected Purchased Contract shall be governed and determined by the terms and conditions of the applicable Landlord Agreement.

39. Nothing in the Plan or the Confirmation Order shall modify the rights, if any, of landlords with Claims arising under unexpired real property leases, including for damage to the leased premises or personal injuries lawsuits, to seek payment from non-debtor third party guarantors, insurance companies or the proceeds of insurance policies, if any.

40. Rejection of Executory Contracts or Unexpired Leases. This Confirmation Order shall constitute an order of the Bankruptcy Court approving the rejection of those Executory Contracts and Unexpired Leases that: (i) are not identified on the List of Purchased Contracts; (ii) have been rejected pursuant to an Order of the Bankruptcy Court entered prior to the Plan Effective Date; or (iii) are not identified on the Schedule of Post-Confirmation Date Negotiated Leases.

41.     With respect to Post-Confirmation Date Negotiated Leases, the parties are currently working to memorialize lease modifications, the terms of which have been agreed upon in principle. Upon execution of mutually acceptable lease modifications, each such Post-Confirmation Date Negotiated Lease shall be deemed a Purchase Contract. A failure to timely execute a lease modification on or before the end of the Post-Confirmation Date Lease Negotiation Period will result in deemed rejection of such Post-Confirmation Date Negotiated Lease unless the period is extended with the prior written consent of the applicable landlord and Purchaser.

42.     Notwithstanding anything to the contrary provided in the Plan, this Confirmation Order, or any Definitive Document, if the Plan Effective Date does not occur on a Business Day, any payment that is required to be made by the Debtors, the Reorganized Debtors, the Wind-Down Debtors, the Purchaser, the Plan Administrator, or the GUC Trustee, as the case may be, on the Plan Effective Date shall be considered timely made if it is made on or before the next Business Day following the Plan Effective Date.

43.     **All Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to the Plan, if any, must be Filed with the Bankruptcy Court within thirty (30) days after the later of (1) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection, (2) the effective date of such rejection, or (3) the Plan Effective Date. The Debtors shall provide notice of such rejection and specify the appropriate deadline for the filing of such Proof of Claim. The deadline for filing a Proof of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to a prior order of the Bankruptcy Court shall be as set forth in such order. Each Claim arising from the rejection of any Executory Contract or Unexpired Lease shall be treated as a General**

**Unsecured Claim subject to any applicable limitation or defense under the Bankruptcy Code and applicable law. Any entity that is required to File a Proof of Claim arising from the rejection of an Executory Contract or an Unexpired Lease that fails to do so shall be forever barred, estopped, and enjoined from asserting such Claim, and such Claim shall not be enforceable, against the Debtors, their Estates, the Reorganized Debtors, the Purchaser, the Wind-Down Debtors, the Plan Administrator, the GUC Trust or the GUC Trustee, or any of their respective property, successors or assigns, and such Claims shall be forever discharged from any and all indebtedness and liability with respect to such Claim unless otherwise ordered by the Bankruptcy Court or as otherwise provided in the Plan. All such Claims will, as of the Plan Effective Date, be subject to the permanent injunction set forth in Article VIII of the Plan. If such Claim is untimely Filed, it shall not be Allowed for distribution purposes pursuant to the Plan, unless the Claims Objection Bar Date passes without an objection or other proceeding to disallow, or otherwise eliminate or reduce, such Claim having been initiated**.

44. <u>Abandoned Property</u>. The Debtors are authorized but not directed, at any time on or before the effective date of such rejection (the "<u>Rejection Date</u>"), to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to an Unexpired Lease that is rejected. For the avoidance of doubt, any and all property located on the Debtors' leased premises on the Rejection Date shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Notwithstanding anything herein to the contrary, landlords may, without further notice or order of this Bankruptcy Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

45.     <u>Workers' Compensation</u>. As set forth in article IV.A.3(e) of the Plan and except as otherwise provided in the Plan or this Confirmation Order, as of the Plan Effective Date, the applicable Debtor, Reorganized Debtor, or Wind-Down Debtor, as the case may be, shall continue to honor its obligations under: (a) all applicable workers' compensation laws in states in which the applicable Debtor, Reorganized Debtor, or Wind-Down Debtor, operates; and (b) the Debtors' written contracts, agreements, agreements of indemnity, self-insurer workers' compensation bonds, and any other policies, programs, and plans regarding or relating to workers' compensation and workers' compensation insurance. All such contracts and agreements are treated as Executory Contracts under the Plan and, unless rejected pursuant to Article V of the Plan, on the Plan Effective Date shall be assumed and assigned to the applicable Reorganized Debtor, Purchaser or Purchaser designee(s), pursuant to the provisions of sections 365 and 1123 of the Bankruptcy Code. Notwithstanding anything to the contrary contained in the Plan, confirmation of the Plan shall not impair or otherwise modify any rights of the Debtor, Reorganized Debtor, Purchaser, Wind-Down Debtor, or Plan Administrator (as applicable) under any such contracts, agreements, policies, programs or plans regarding or relating to workers' compensation or workers' compensation insurance.

46.     <u>Return of Deposits</u>. Notwithstanding any state or local law to the contrary, all utilities and other Persons or entities who received a Cash deposit or other form of "adequate assurance" of performance pursuant to section 366 of the Bankruptcy Code prior to or during the Chapter 11 Cases (collectively, the "<u>Deposits</u>"), whether pursuant to the *Order Conditionally Granting Debtors' Emergency Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 366(b) and Local Rule 2081-1(g)(7): (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, (II) Deeming Utilities Adequately Assured of Future Performance, (III)*

*Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief* [ECF No. 139] (the "Utilities Order") or otherwise, including, gas, electric, telephone, data, cable, trash, water and sewer services, are directed to return such Deposits, to the extent not already applied to prepetition or postpetition invoices, as applicable, to the Reorganized Debtors or, on behalf of RL Management, the Purchaser, as applicable, within thirty (30) days following the Plan Effective Date or as otherwise agreed in writing. Additionally, upon expiration of the 30-day period in the immediately preceding sentence for return of unapplied Deposits (by setoff or Cash payment), the Debtors, Reorganized Debtors, Wind-Down Debtors, Purchaser, or Plan Administrator, as applicable, are authorized to close the Adequate Assurance Account (as defined in the Utilities Order) and utilize such funds in the operation of their businesses thirty (30) days following the Plan Effective Date.

47.     Insurance Policies. Notwithstanding anything to the contrary in this Confirmation Order, the Plan (including, without limitation, Article IV.A.3 of the Plan), the Disclosure Statement, the Plan Supplement, the Bidding Procedures Motion, the Purchase Agreement, any other Definitive Document, any other order of the Court, and/or any document related to any of the foregoing (other than the Zurich Agreement (as defined below)) or any other order of the Bankruptcy Court, and subject to (x) the execution of the Zurich Agreement, and (y) the occurrence of the Agreement Effective Date (as defined in the Zurich Agreement):

> a.  that certain form of *Assumption and Assignment Agreement*, by and among RL Management, on behalf of itself and its affiliated insureds, the Purchaser, and Zurich (the "Zurich Agreement"), a copy of which is attached to this Confirmation Order as **Exhibit C**, is hereby approved and, effective as of the Closing Date (as defined in the Purchase Agreement), the Debtors and the Reorganized Debtors, as

applicable, are authorized to and shall assign the Zurich Insurance Program to the Purchaser and to enter into the Zurich Agreement with respect to such assignment;

b.  effective upon the assignment of the Zurich Insurance Program and as more fully set forth in the Zurich Agreement:

 i.  the Purchaser assumes and shall be liable for any and all now existing or hereafter arising duties, terms, provisions, covenants, responsibilities, monetary and non-monetary obligations of any of the Debtors and the Reorganized Debtors, as applicable, under the Zurich Insurance Program, including, without limitation, any and all liabilities and obligations to pay or reimburse losses, defenses costs, expenses, and/or other amounts within any applicable deductibles and/or self-insured retentions, provide collateral and/or security as required by Zurich, pay premiums to Zurich, and pay service fees and/or other amounts to any applicable third party administrator;

 ii.  the rights and interests of the Debtors and the Reorganized Debtors, as applicable, in the Zurich Insurance Program shall be transferred and assigned to the Purchaser, and all right, title and interest of the Debtors and the Reorganized Debtors, as applicable, in the Zurich Insurance Program shall at the same time terminate; provided, however, that the Purchaser shall not be entitled to coverage under the Zurich Insurance Program for claims against or by the Purchaser where the date of loss preceded the Closing Date (as defined in the Zurich Agreement) (or as to claims-made policies, for claims made on or before the Closing Date); provided, further, that the

Debtors (or the Reorganized Debtors, as applicable) shall remain entitled to the coverage, if any, to which they were entitled under the Zurich Insurance Program for claims against or by the Debtors (or the Reorganized Debtors, as applicable) where the date of loss preceded the Closing Date (or as to claims-made policies, for claims made prior to the Closing Date);

iii. the right, if any, to any return premiums, loss payments, expense adjustments, return of loss funds, and other benefits previously available to the Debtors (or the Reorganized Debtors, as applicable) under the Zurich Insurance Program Contracts shall belong exclusively to the Purchaser and not to the Debtors (or the Reorganized Debtors, as applicable);

iv. the Debtors and the Reorganized Debtors, as applicable, convey, transfer, and assign to the Purchaser and the Purchaser accepts and assumes, subject to the continuing security interests and liens of Zurich, all of the rights, claims, title, and interest, including, without limitation, any residual or contingent interest, of the Debtors and the Reorganized Debtors, as applicable, in, to, under, in connection with or relating to the Transferred Collateral (as defined in the Zurich Agreement), the Debtors and the Reorganized Debtors, as applicable, hereby waive and release, and shall not have, any right, claim, title, or interest, including, without limitation, any residual or contingent interest, in, to, under, in connection with or relating to the Transferred Collateral, and the Transferred Collateral shall be deemed to have been provided by and/or on behalf of the Purchaser to Zurich, provided, that the Draw Funds (as defined in the Zurich Agreement) are not

67

and shall not be deemed to be property of any and all of respective bankruptcy estates of any of the Debtors, the Reorganized Debtors, and/or the Purchaser that exist, or that may exist, now, hereafter, or at any time; provided, further, that any and all of the Purchaser's reversionary interest, in, to, under, in connection with or relating to the Transferred Collateral is preserved;

v. the Debtors and the Reorganized Debtors, as applicable, jointly and severally, on behalf of themselves, their bankruptcy estates and all parties claiming by, through or under each of them and each of their respective agents, employees, representatives, officers, attorneys, shareholders, members, partners, directors, successors, assigns, trustees, estates and predecessors in interest of each of the foregoing (collectively, and including any chapter 7 trustee appointed pursuant to the Bankruptcy Code, the "Debtors Entities") and the Purchaser, jointly and severally, on behalf of itself and all parties claiming by, through or under it and its respective agents, employees, representatives, officers, attorneys, shareholders, members, partners, directors, successors, assigns, trustees, estates and predecessors in interest of each of the foregoing (collectively and together with the Debtor Entities, the "Zurich Releasors") hereby waive, release, acquit and forever discharge Zurich and each of its respective agents, employees, representatives, officers, attorneys, shareholders, directors, parents, subsidiary corporations, affiliates, successors, assigns, trustees and predecessors in interest (collectively, the "Zurich Releasees") from any and

68

all claims, counterclaims, rights, demands, obligations, causes of action, actions, costs, damages, losses, liabilities, and attorneys' fees, arising under any statute, federal, state, or local regulation, ordinance or common law, whether asserted or unasserted, known or unknown, suspected or unsuspected, fixed or contingent, liquidated or unliquidated, matured or unmatured, foreseen or unforeseen, which exist or may exist that the Zurich Releasors may have against any or all of the Zurich Releasees from the beginning of time through the Effective Date (as defined in the Zurich Agreement), arising out of or in any way related to the Zurich Insurance Program (including, but not limited to, any and all of such pursuant to §§ 362, 363, 364, 365, 542, 544, 547, 548, 549, and 550 of the Bankruptcy Code); provided, however, that the foregoing release shall not apply to (i) Zurich's obligations under, in connection with or relating to the Zurich Insurance Program; and (ii) the obligations expressly contained in the Zurich Agreement; and

c. except to the extent specifically addressed in this paragraph or in the Zurich Agreement (once effective in accordance with its terms), nothing shall amend, modify or otherwise alter the terms and conditions of the Zurich Insurance Program; provided, however, for the avoidance of doubt, any discharge and/or release granted to the Debtors or any of their successors pursuant to the Plan, this Confirmation Order, any order granting the Bidding Procedures Motion, and/or the Bankruptcy Code shall not prohibit any third-party claimants with claims against any of the Debtors or the Reorganized Debtors from seeking relief from the

injunctions set forth in Article VIII.A of the Plan from the Bankruptcy Court to proceed with their claims nominally against any of the Debtors or the Reorganized Debtors in the appropriate judicial or administrative forum to recover under the Zurich Insurance Program including, without limitation, with respect to any deductibles or self-insured retentions in accordance with the terms and conditions of the Zurich Insurance Program and applicable non-bankruptcy law. The Debtors, Reorganized Debtors, the Purchaser, and Zurich reserve any and all rights to oppose, respond, and/or reply to such requests for relief and any oppositions thereto.

**Bar Dates, Fees and Expenses**

48. <u>Administrative Expense Claims Bar Date</u>. Other than holders of (a) DIP Claims, (b) Professional Fee Claims, (c) Administrative Expense Claims Allowed by an order of the Bankruptcy Court on or before the Plan Effective Date, or (d) Administrative Expense Claims that arose in the ordinary course of business under assumed Unexpired Leases or Executory Contracts, holders of any Administrative Expense Claim must File and serve a request for allowance and payment of such Administrative Expense Claim by no later than the Administrative Expense Claims Bar Date, **which shall be thirty (30) days after the Plan Effective Date**. Holders of Administrative Expense Claims that are required to File and serve a request for payment of such Claims that fail to do so shall be forever barred, estopped, and enjoined from asserting such Administrative Expense Claims against the Debtors, the Reorganized Debtors, Wind-Down Debtors, or the GUC Trustee, as applicable, or their respective property, and such Administrative Expense Claims shall be deemed discharged as of the Plan Effective Date without the need for any objection or any notice to any Person or an order of the Bankruptcy Court.

49. <u>Professional Fee Claims</u>. As set forth in article II.B. of the Plan and except as otherwise provided in the Plan or this Confirmation Order, the Professional Fee Escrow Account shall be maintained in trust solely for the Professionals in respect of Allowed Professional Fee Claims until all Allowed Professional Fee Claims have been paid in full, and the funds held in the Professional Fee Escrow Account shall not be considered property of the Debtors' Estates; provided, that when all Allowed Professional Fee Claims have been paid in full, any funds remaining in the Professional Fee Reserve shall be disbursed to the Purchaser. No Liens, Claims, or Interests shall encumber the Professional Fee Escrow Account or Cash held therein. From and after the Confirmation Date until the Plan Effective Date, the Debtors, without the necessity for any approval by the Bankruptcy Court, shall pay the reasonable fees and necessary and documented expenses of the Professionals during such period, up to the amount in the Professional Fee Escrow Amount. Upon the Plan Effective Date, the Reorganized Debtors, RL Management, the Plan Administrator, and the GUC Trustee, as applicable, may each employ and compensate any Professional in the ordinary course of business without any further notice to or action, order, or approval of the Bankruptcy Court.

50. <u>Statutory Fees</u>. Each Reorganized Debtor and Wind-Down Debtor shall remain obligated to pay its respective UST Fees to the U.S. Trustee until the earliest of such Reorganized Debtor's or Wind-Down Debtor's particular chapter 11 bankruptcy case is closed, dismissed or converted to a case under chapter 7 of the Bankruptcy Code. After the Plan Effective Date, the Plan Administrator for and on behalf of each Reorganized Debtor and Wind-Down Debtor, shall File with the Bankruptcy Court separate UST Form 11-PCR reports when they become due. On the Plan Effective Date, the Purchaser shall remit to the Plan Administrator sufficient funding to pay all statutory fees that are anticipated to be payable under 28 U.S.C. § 1930(a)(6) for the period

71

from July 1, 2024 through September 30, 2024, which the Plan Administrator shall use to satisfy such fees. On or before the date that such fees become due, the Purchaser shall further remit to the Plan Administrator sufficient funding to pay all UST Fees on account of the Wind-Down Debtors and the Reorganized Debtors for the period from October 1, 2024 through December 31, 2024, which the Plan Administrator shall use to satisfy such fees. All UST Fees on account of any Reorganized Debtor (excluding RL Management) for periods after December 31, 2024, shall be payable first from the remaining amount (if any) of the Plan Funding Amount held by the Plan Administrator, and then by the applicable Reorganized Debtor. All UST Fees on account of any Wind-Down Debtor or RL Management for periods after December 31, 2024, shall be payable from the Wind-Down Amount. Notwithstanding anything in the GUC Trust Agreement or Plan Administrator Agreement to the contrary, each Debtor, Reorganized Debtor, and Wind-Down Debtor, as applicable, shall have full discretion as to when to seek to close, dismiss, or convert its chapter 11 bankruptcy case; *provided, however*, that the last remaining Wind-Down Debtor with an open chapter 11 bankruptcy case shall not close such case without prior written consent of the GUC Trustee. The GUC Trust shall indemnify and reimburse the Reorganized Debtors and the Wind-Down Debtors, as applicable, for any statutory fees paid by such Reorganized Debtor or Wind-Down Debtor pursuant to 28 U.S.C. § 1930(a) that accrued for a period for which such Reorganized Debtor's or Wind-Down Debtor's chapter 11 bankruptcy case remained open due to the failure by the GUC Trustee to, upon written request, provide written consent to the closure of such chapter 11 bankruptcy case of such Reorganized Debtor or Wind-Down Debtor, as applicable. The U.S. Trustee shall not be required to File any Administrative Expense Claim in these Chapter 11 Cases and shall not be treated as providing any release under the Plan. Notwithstanding any term or provision in the Plan, the Plan Supplement, or this Confirmation Order, the Court retains

jurisdiction over, and the U.S. Trustee and the GUC Trust each reserves all of their respective rights concerning, any and all disputes and issues that may arise relating to UST Fees on (and reporting obligations relating to) disbursements of any GUC Trust Assets and GUC Litigation Proceeds. Either the U.S. Trustee or the GUC Trust may seek appropriate relief from the Court in the event disputes or issues arise relating to UST Fees on (or reporting obligations relating to) disbursements of GUC Trust Assets and GUC Litigation Proceeds.

51. <u>Exemption from Certain Transfer Taxes and Recording Fees</u>. As set forth in article IV.A.4 of the Plan and except as otherwise provided in the Plan or this Confirmation Order, to the maximum extent permitted pursuant to section 1146(a) of the Bankruptcy Code, any transfer of property (whether from a Debtor to a Reorganized Debtor, the Purchaser, the GUC Trust, or to any other Person) under, in furtherance of, or in connection with the Plan, including pursuant to any Sale Transaction or (1) the issuance, distribution, transfer, or exchange of any debt, equity Security, or other interest in the Debtors, the Reorganized Debtors, or the GUC Trust, including the New Reorganized Debtor Equity and Takeback Loans, if applicable, (2) the Restructuring Transactions; (3) the creation, modification, consolidation, termination, refinancing, and/or recording of any mortgage, deed of trust, or other security interest, or the securing of additional indebtedness by such or other means; (4) the making, assignment, or recording of any lease or sublease; or (5) the making, delivery, or recording of any deed or other instrument of transfer under, in furtherance of, or in connection with, the Plan, including any deeds, bills of sale, assignments, or other instrument of transfer executed in connection with any transaction arising out of, contemplated by, or in any way related to the Plan, shall not be subject to any tax or governmental assessment under any law imposing a document recording tax, stamp tax, conveyance tax, intangibles or similar tax, mortgage tax, real estate transfer tax, mortgage

recording tax, Uniform Commercial Code filing or recording fee regulatory filing or recording fee, sales and use tax, or other similar tax or governmental assessment, and upon entry of the Confirmation Order, the appropriate state or local governmental officials or agents shall forgo the collection of any such tax or governmental assessment against the Debtors and accept for filing and recordation any of the foregoing instruments or other documents pursuant to such transfers of property without the payment of any such tax, recordation fee, or governmental assessment. All filing or recording officers (or any other Person with authority over any of the foregoing), wherever located and by whomever appointed, shall comply with the requirements of section 1146(c) of the Bankruptcy Code, shall forgo the collection of any such tax, recordation fee, or governmental assessment, and shall accept for filing and recordation any of the foregoing instruments or other documents without the payment of any such tax, recordation fee, or governmental assessment. The Bankruptcy Court shall retain specific jurisdiction with respect to these matters.

## **Miscellaneous and Other Provisions**

52. <u>Transfer of Liquor Licenses</u>. To the extent any license or permit necessary for the operation of any of the Retained Locations (including, without limitation, any Liquor Licenses necessary for the purchase or sale of alcohol at any of the Retained Locations) is not immediately assumable or assignable, the Reorganized Debtors or the Purchaser, as applicable, shall be permitted to operate the Retained Locations under the Liquor Licenses and other related permits, and shall be permitted to purchase and sell alcohol under such Liquor Licenses and related permits until such time that (i) said Liquor Licenses and permits are transferred to the Reorganized Debtors, the Purchaser, or any of their respective affiliates, as applicable, or (ii) the Reorganized Debtors, the Purchaser, or any of their respective affiliates, as applicable, obtain replacement licenses and permits.

53.     Pursuant to this Confirmation Order, the Reorganized Debtors, the Purchaser, or their respective affiliates, directors and officers, as applicable, shall make reasonable efforts to apply for and obtain any such Liquor License or permit promptly after the Plan Effective Date and, prior to and after the Plan Effective Date, the Debtors, the Wind-Down Debtors, the Plan Administrator, and the applicable directors and officers shall cooperate reasonably in those efforts. All existing Liquor Licenses or permits shall remain in place for the benefit of the Reorganized Debtors, the Purchaser, and their respective affiliates, as applicable, until either new licenses and permits are obtained or existing licenses and permits are transferred in accordance with applicable Law. Similarly, Liquor Licenses held by any of the Debtors prior to the Plan Effective Date associated with any closed store locations shall remain in place for the benefit of the Purchaser (and its designees), the Reorganized Debtors and the Wind-Down Debtors, and their respective affiliates, as applicable, until sold, and the Reorganized Debtors, the Purchaser (and its designees), the Plan Administrator, and the Wind-Down Debtors and their respective affiliates, as applicable, shall use reasonable efforts to sell such Liquor Licenses in an expeditious but commercially reasonable manner.

54.     With regard to the purchase and sale of alcohol at the Retained Locations, pursuant to the Plan, the Debtors and all other parties in interest (including without limitation, each governmental and regulatory agency with jurisdiction over the Retained Locations) shall cooperate fully with and support the Reorganized Debtors, the Purchaser, the Plan Administrator, and their respective agents and affiliates, as applicable, in executing such applications and furnishing such documents as are necessary for the Reorganized Debtors, the Purchaser, the Plan Administrator, or their respective agents and affiliates, as applicable, to obtain, in the applicable name, a temporary new alcohol beverage license or transferred Liquor License. Moreover, each of the

governmental and regulatory agencies with jurisdiction over the Retained Locations (including without limitation, law enforcement and regulatory agencies), shall not (except to the extent that those governmental and regulatory agencies are exercising their police powers under applicable law) interrupt the operations conducted at the Retained Locations, including the purchase and sale of alcohol by the Reorganized Debtors, the Purchaser, or their respective affiliates, as applicable, without first obtaining relief from this Court. The Reorganized Debtors, the Purchaser, or their respective affiliates, as applicable, may continue to operate at the Retained Locations under existing ABC Licenses, state food service licenses, local occupational licenses, and any other licenses or permits needed to operate at the Retained Locations, with no interruption of the business conducted at the premises, until the ABC Licenses and other licenses and permits have been transferred to the Reorganized Debtors, the Purchaser, or their respective affiliates, as applicable, or new alcohol beverage licenses and other licenses and permits have been issued to the Reorganized Debtors, the Purchaser, or their respective affiliates, as applicable.

55.    This Confirmation Order stays, and orders the maintenance of, all licenses and permits, including Liquor Licenses and other related permits, of the Debtors, and does not in any way void or cancel same.

56.    To the maximum extent permitted by the Bankruptcy Code, no Governmental Unit may revoke or suspend any permit or license, including, but not limited to, Liquor Licenses and other related permits, relating to the operation of the Retained Locations on account of the filing or pendency of the Debtors' cases or the consummation of the Plan. This Court shall retain exclusive jurisdiction over any action to revoke or suspend any permit or license, including, but not limited to, Liquor Licenses and other related permits, relating to the operation of the Retained Locations on account of the filing or pendency of the Debtors' cases or the consummation of the

Plan to the extent such revocation or suspension would otherwise constitute a violation of the discharge or injunction provisions provided for in the Plan and Confirmation Order or any other Order of this Court.

57.     The transfer of alcohol inventory, as contemplated under the Plan, shall be governed by the Purchase Agreement and the Transition Services Agreement and shall occur upon the earliest of (a) where allowed by applicable Law, the Plan Effective Date; (b) where required by applicable Law, receipt by the Reorganized Debtors, the Purchaser, or their respective affiliates, as applicable, of authorization from the applicable Governmental Unit or (c) receipt by the Reorganized Debtors, the Purchaser, or their respective affiliates, as applicable, of the applicable Liquor License.

58.     Governmental Approvals Not Required. This Confirmation Order shall constitute all approvals and consents required, if any, by the laws, rules, or regulations of any state or other governmental authority with respect to the implementation or consummation of the Plan, the other Plan Documents, any documents, instruments, or agreements, and any amendments or modifications thereto, and any other acts referred to in, or contemplated by, the Plan Documents and any amendments or modifications thereto.

59.     Notice of Effective Date. As soon as practicable, but not later than three (3) Business Days following the Plan Effective Date, the Debtors shall file a notice of the occurrence of the Effective Date with the Bankruptcy Court.

60.     Retention of Jurisdiction. The Bankruptcy Court may properly, and upon the Plan Effective Date shall, to the fullest extent set forth in the Plan, retain jurisdiction over all matters arising out of, and related to, the Chapter 11 Cases, including the matters set forth in Article XI of the Plan and section 1142 of the Bankruptcy Code; *provided, however*, nothing in this Order or the

Definitive Documents shall prevent the GUC Trustee, in its discretion, from instituting, initiating, litigating, prosecuting, or pursuing the Equityholder Litigation Claims in any court that has jurisdiction over such Equityholder Litigation Claims.

61. <u>Modification of Plan</u>. As set forth in article X.A of the Plan and except as otherwise provided in the Plan or this Confirmation Order, effective as of the date hereof and subject to the limitations and rights contained in the Plan, the Debtors reserve the right, with the prior written consent of the Prepetition Term Loan Agent and the Committee, to (1) modify the Plan, whether such modification is material or immaterial, and seek Confirmation consistent with the Bankruptcy Code and (2) subject to certain restrictions and requirements set forth in section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019 (as well as those restrictions on modifications set forth in the Plan), to alter, amend or modify the Plan with respect to any Debtor, one or more times, before or after Confirmation, and, to the extent necessary, may initiate proceedings in the Bankruptcy Court to so alter, amend or modify the Plan, or remedy any defect or omission or reconcile any inconsistencies in the Plan, the Disclosure Statement or the Confirmation Order, in such matters as may be necessary to carry out the purposes and intent of the Plan. In accordance with, and to the extent provided by, section 1127 of the Bankruptcy Code, a holder of a Claim that has accepted this Plan shall be deemed to have accepted this Plan, as altered, amended or modified, if the proposed alteration, amendment or modification does not materially and adversely change the treatment of the Claim of such holder.

62. <u>Reversal</u>. If any of the provisions of this Confirmation Order are hereafter reversed, modified or vacated by a subsequent order of the Bankruptcy Court or any other court of competent jurisdiction, such reversal, modification, or vacatur shall not affect the validity of the acts or obligations incurred or undertaken under, or in connection with, the Plan prior to receipt of written

notice of such order by the Debtors. Notwithstanding any such reversal, modification or vacatur of this Confirmation Order, any such act or obligation incurred or undertaken pursuant to, and in reliance on, this Confirmation Order prior to the effective date of such reversal, modification or vacatur shall be governed in all respects by the provisions of this Confirmation Order, the Plan, all documents relating to the Plan and any amendments or modifications to any of the foregoing.

63. <u>Conflicts Between Confirmation Order and Plan</u>. The provisions of the Plan and this Confirmation Order shall be construed in a manner consistent with each other so as to effect the purpose of each; *provided, however*, that if there is determined to be any inconsistency between any Plan provision and any provision of this Confirmation Order that cannot be so reconciled, then solely to the extent of such inconsistency, the provisions of this Confirmation Order shall govern and any provision of this Confirmation Order shall be deemed a modification of the Plan and shall control and take precedence. The provisions of this Confirmation Order are integrated with each other and are non-severable and mutually dependent.

64. <u>Final Order; Waiver of Stay</u>. This Confirmation Order is a Final Order and the period in which an appeal must be filed shall commence upon the entry hereof. Any stay of this Confirmation Order provided by any Bankruptcy Rule (including Bankruptcy Rule 3020(e)) is waived, and this Confirmation Order shall be effective and enforceable immediately upon its entry by this Court.

65. <u>Failure to Consummate Plan and Substantial Consummation</u>. If the Consummation of the Plan does not occur, the Plan shall be null and void in all respects and nothing contained in the Plan or the Disclosure Statement shall: (1) constitute a waiver or release of any claims by the applicable Debtor or any other Person, or any Claims or Interests by any holders thereof; (2) prejudice in any manner the rights of each applicable Debtor, any holder of Claims or Interests,

or any other Person; or (3) constitute an admission, acknowledgment, offer or undertaking by the applicable Debtors, any holder of Claims or Interests, or any other Person in any respect.

66. <u>Dissolution of the Committee</u>. On the Plan Effective Date, the Committee shall be automatically dissolved and all of its members, Professionals, and agents shall be deemed released of their duties, responsibilities, and obligations, and shall be without further duties, responsibilities, and authority in connection with the Debtors, the Chapter 11 Cases, the Plan, or its implementation.

67. <u>Applicable Non-Bankruptcy Law</u>. Pursuant to sections 1123(a) and 1142 of the Bankruptcy Code, the provisions of this Confirmation Order, the Plan, the Plan Documents, the Definitive Documents, and any amendments or modifications thereto shall apply and be enforceable notwithstanding any otherwise applicable nonbankruptcy law.

68. <u>Headings</u>. Headings utilized herein are for convenience and reference only, and shall not constitute a part of the Plan or this Confirmation Order for any other purpose.

69. Optium Fund 4, LLC ("<u>Optium</u>") reserves its right to assert that the Debtors and Reorganized Debtors no longer own certain claims and causes of action purportedly sold and assigned by Darden Corporation and affiliated entities, including their predecessors (collectively, "<u>Darden</u>"), to Optium pursuant to that certain *Claim Purchase Agreement* dated as of December 15, 2020, which relate to multidistrict litigation styled as *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, Case No. 1:05-md-01720-MKB-VMS (E.D.N.Y.). Likewise, all rights of the Debtors, the Reorganized Debtors, the Purchaser, the Wind-Down Debtors, the Plan Administrator, the GUC Trust, and the GUC Trustee in connection with those claims and causes of action are reserved.

70. Nothing in the Plan, this Confirmation Order, or any sale orders entered with respect to the disposition of any tangible personal property located in Texas (the "<u>Texas Property</u>")

shall relieve any obligation to pay the 2024 ad valorem taxes owed to the Texas Taxing Authorities[5] in the ordinary course of business prior to the state law delinquency date. The Plan Administrator shall reimburse the Purchaser and the Reorganized Debtors, as applicable, from the Plan Funding Amount for any 2024 ad valorem taxes paid by the Purchaser or the Reorganized Debtors that accrued prior to the Petition Date.

71.     Neither the automatic stay nor the injunctions set forth in Article VIII.A of the Plan shall prohibit Melissa Randazzo or David Ontiveros from pursuing a direct action claim against any insurer.

72.     For the avoidance of doubt, the following entities shall not be Releasing Parties under the Plan or this Order: (i) Peter Moon and Seungha Hong, as Trustees of the 2015 Hong Family Trust U/D/T Dated March 25, 2015 or (ii) Taylor & Monroe LLC (collectively, the "Guaranty Claimants"). Nothing herein shall prohibit the Guaranty Claimants from pursuing claims and causes of action against Red Lobster Intermediate Holdings, LLC ("Holdings"), including any claims and causes of action against Holdings in its capacity as guarantor, in connection with certain real property leases.

---

[5] The Texas Taxing Authorities include all taxing authorities represented by Linebarger Goggan Blair & Sampson, Perdue Brandon Fielder Collins & Mott, and McCreary Veselka Bragg & Allen including but not limited to: Angelina County, Bexar County, Cameron County, Cypress-Fairbanks Independent School District, Dallas County, Ector CAD, City of El Paso, Fort Bend County, City of Frisco, Grayson County, Greenville Independent School District, Gregg County, Harris County Emergency Service District #11, Harris County Emergency Service District #28, Hidalgo County, City of Houston (where represented by Linebarger Goggan Blair & Sampson), Houston Community College System, City of Humble, Irving Independent School District, Lewisville Independent School District, Lone Star College System, City of McAllen, McLennan County, Montgomery County, Nueces County, City of Pasadena, San Marcos CISD, Smith County, Tarrant County, Victoria County, City of Webster, Potter County Tax Office, Lubbock Central Appraisal District, Brazoria County, et al, City of Katy - Fort Bend and Waller Counties, Katy Management District # 1, Humble Independent School District, Alief Independent School District, City of Houston (where represented by Perdue Brandon), Spring Independent School District, Clear Creek Independent School District, Pasadena Independent School District, Brownsville Independent School District, Plano Independent School District, Frisco Independent School District, City of Burleson, Burleson Independent School District, Richardson Independent School District, Crowley Independent School District, Tyler Independent School District, Hunt County, et al., Wichita County Tax Office, Bell County Tax Appraisal District, Bowie Central Appraisal District, Denton County, Hays County, Taylor County Central Appraisal District, City of Waco and Waco Independent School District and Williamson County

73.     Upon entry by the Bankruptcy Court of this Confirmation Order, the *Motion of the Official Committee of Unsecured Creditors For Entry of an Order Granting Standing and Authorizing the Prosecution of Certain Challenge Claims on Behalf of the Bankruptcy Estates* [ECF No. 358] shall be deemed to be withdrawn.

74.     Notwithstanding anything in the Bankruptcy Rules or the Local Rules to the contrary, including, but not limited to, Local Rule 3020-1(c)(2), the Debtors' obligations to serve this Confirmation Order, the Plan, or any other document in connection therewith, shall be satisfied by service of a notice of entry of the Confirmation Order, substantially in the form attached hereto as **Exhibit D**, upon all creditors, the U.S. Trustee and the Master Service List.

75.     A status conference in these Chapter 11 Cases is scheduled for **October 16, 2024 at 1:30 p.m. prevailing Eastern Time at the United States Bankruptcy Court, 400 W. Washington Street, 6th Floor, Courtroom 6D, Orlando, Florida 32801**.

# # #

*(Attorney Paul Steven Singerman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.)*

**Exhibit A**

**List of Purchased Contracts**

Assumed Leases[1]

---

[1] For the avoidance of doubt, (i) the Unexpired Leases of non-residential real property listed herein shall include any amendments, supplements or modifications thereto and any related agreements and (ii) the Debtors reserve the right to designate any Unexpired Lease of non-residential real property that is listed on **Exhibit B** of the Confirmation Order for rejection prior to the Extension Date corresponding to such lease.

**RED LOBSTER**

*Assumed Unexpired Leases*

| Debtor | Counterparty | Description of Agreement | Final Cure Amount |
|--------|--------------|--------------------------|-------------------|
| Red Lobster Restaurants LLC | Andyharris LLC | Lease for Store Number RL1_0396 | $0.00 |
| Red Lobster Hospitality LLC | 100 IH 35 North Owner LLC | Lease for Store Number RL1_0844 | 0.00 |
| Red Lobster Hospitality LLC | 109 West Anderson LP | Lease for Store Number RL1_0095 | 0.00 |
| Red Lobster Restaurants LLC | 1120 South Walton Partners, LLC | Lease for Store Number RL1_6225 | 0.00 |
| Red Lobster Restaurants LLC | 1229 Richmond LLC | Lease for Store Number RL1_0251 | 0.00 |
| Red Lobster Restaurants LLC | 1359 SN Owners LLC | Lease for Store Number RL1_0874 | 0.00 |
| Red Lobster Restaurants LLC | 1601 Dahill Properties, Inc. | Lease for Store Number RL1_0474 | 0.00 |
| Red Lobster Hospitality LLC | 170 Wolf Road LLC | Lease for Store Number RL1_6228 | 0.00 |
| Red Lobster Restaurants LLC | 1846 Jonesboro Road Owner LLC | Lease for Store Number RL1_6302 | 5,000.00 |
| Red Lobster Hospitality LLC | 2325 East Flamingo LLC | Lease for Store Number RL1_6239 | 0.00 |
| Red Lobster Hospitality LLC | 2328 Commercial Way Properties LLC | Lease for Store Number RL1_0696 | 0.00 |
| Red Lobster Restaurants LLC | 2525 Bowling Green LLC | Lease for Store Number RL1_0349 | 0.00 |
| Red Lobster Hospitality LLC | 300 LLC | Lease for Store Number RL1_0672 | 29,198.28 |
| Red Lobster Restaurants LLC | 32 Blanding Boulevard Owner, LLC | Lease for Store Number RL1_0257 | 0.00 |
| Red Lobster Restaurants LLC | 3360 Camp Creek Parkway Owner LLC | Lease for Store Number RL1_6296 | 0.00 |
| Red Lobster Restaurants LLC | 3815 South Lamar, LP | Lease for Store Number RL1_0314 | 0.00 |
| Red Lobster Hospitality LLC | 411 Lenox Realty Inc. | Lease for Store Number RL1_0488 | 0.00 |
| Red Lobster Restaurants LLC | 4230 Broadway Realty Co. Inc. | Lease for Store Number RL1_6235 | 0.00 |
| Red Lobster Restaurants LLC | 6701 18th Avenue Associates LLC | Lease for Store Number RL1_0266 | 0.00 |
| Red Lobster Hospitality LLC | 684 Myrtle Ave Realty LLC | Lease for Store Number RL1_6330 | 0.00 |
| Red Lobster Canada, Inc | 698000 Alberta Ltd. | Lease for Store Number RLC_8177 | CAD 1,578.00 |
| Red Lobster Canada, Inc | 714 Yonge Street Inc. | Lease for Store Number RLC_8119 | 0.00 |
| Red Lobster Restaurants LLC | 8040 Kingston Pike Road Owner LLC | Lease for Store Number RL1_0047 | 0.00 |
| Red Lobster Restaurants LLC | 828 Eastern Bypass Owner LLC | Lease for Store Number RL1_0669 | 0.00 |
| Red Lobster Hospitality LLC | 95Metcalf Properties, Inc. | Lease for Store Number RL1_6278 | 0.00 |
| Red Lobster Hospitality LLC | AARK USA, LLC | Lease for Store Number RL1_0348 | 0.00 |
| Red Lobster Hospitality LLC | Aasthi, LLC | Lease for Store Number RL1_6257 | 0.00 |
| Red Lobster Canada, Inc | ADMNS Meadowlands Investment Corp | Lease for Store Number RLC_8184 | 0.00 |
| Red Lobster Hospitality LLC | Advanced Housing Developers Inc. | Lease for Store Number RL1_6246 | 0.00 |
| Red Lobster Hospitality LLC | AIB Shenandoah I, LLC | Lease for Store Number RL1_6284 | 0.00 |
| Red Lobster Hospitality LLC | ALR Racanelli LLC | Lease for Store Number RL1_6687 | 0.00 |
| Red Lobster Hospitality LLC | Alva Investment Corp. | Lease for Store Number RL1_0332 | 0.00 |
| Red Lobster Hospitality LLC | Anna Buecheler Investment Partnership | Lease for Store Number RL1_6219 | 0.00 |
| Red Lobster Hospitality LLC | Anne Mohr, Trustee of The Horst Mohr Trust and Norman Mohr | Lease for Store Number RL1_0710 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0063 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0091 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0181 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0193 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0240 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0241 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0252 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0265 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0398 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0566 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0748 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0749 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0762 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0789 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0792 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0865 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_0870 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6203 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6211 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6221 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6227 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6237 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6241 | 201.60 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6250 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6252 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6255 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6260 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6261 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6275 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6283 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6290 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6301 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6318 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1_6319 | 0.00 |

**RED LOBSTER**

*Assumed Unexpired Leases*

| Debtor | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6321 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6355 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6358 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6368 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6376 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6379 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6361 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 0201 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 0274 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 0313 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 0324 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 0334 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 0366 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 0374 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 0511 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 0549 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 0799 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6201 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6204 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6214 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6230 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6236 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6259 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6262 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6263 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6265 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6269 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6282 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6285 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6288 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6289 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6291 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6295 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6300 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6311 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6315 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6316 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6320 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6327 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6328 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6329 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6337 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6351 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6352 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6354 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6362 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6369 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6370 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6372 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6383 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 0236 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 0713 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6247 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6336 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio I, LLC | Lease for Store Number RL1 6367 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0046 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0049 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0133 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0173 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0195 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0271 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0728 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0112 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0733 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0132 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0154 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0223 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0487 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0674 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio III, LLC | Lease for Store Number RL1 0835 | 0.00 |

**RED LOBSTER**

*Assumed Unexpired Leases*

| Debtor | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0142 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0256 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0263 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0293 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0318 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0344 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0347 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0387 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0476 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0486 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0498 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0686 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0719 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0721 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0782 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0862 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0894 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  6287 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  6294 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0124 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0152 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0155 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0158 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0168 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0309 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0411 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0424 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0434 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0447 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0470 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0523 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0538 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0544 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0611 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0621 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0639 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0684 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0690 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0698 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0730 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0738 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  0882 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  6207 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  6212 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  6323 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  6349 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  6356 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  6378 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | Lease for Store Number RL1  6381 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IX, LLC | Lease for Store Number RL1  6232 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IX, LLC | Lease for Store Number RL1  0243 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IX, LLC | Lease for Store Number RL1  0282 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IX, LLC | Lease for Store Number RL1  0423 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio V, LLC | Lease for Store Number RL1  0070 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio V, LLC | Lease for Store Number RL1  0543 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio V, LLC | Lease for Store Number RL1  0736 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio V, LLC | Lease for Store Number RL1  0746 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio V, LLC | Lease for Store Number RL1  0159 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio V, LLC | Lease for Store Number RL1  0160 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio V, LLC | Lease for Store Number RL1  0192 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio V, LLC | Lease for Store Number RL1  0287 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio V, LLC | Lease for Store Number RL1  0340 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio V, LLC | Lease for Store Number RL1  0891 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio VI, LLC | Lease for Store Number RL1  0883 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio VI, LLC | Lease for Store Number RL1  6217 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VI, LLC | Lease for Store Number RL1  0139 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VI, LLC | Lease for Store Number RL1  0180 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VI, LLC | Lease for Store Number RL1  0232 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VI, LLC | Lease for Store Number RL1  0248 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VI, LLC | Lease for Store Number RL1  0353 | 0.00 |

**RED LOBSTER**

*Assumed Unexpired Leases*

| Debtor | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|
| Red Lobster Hospitality LLC | ARCP RL Portfolio VI, LLC | Lease for Store Number RL1 0553 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VI, LLC | Lease for Store Number RL1 6234 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VII, LLC | Lease for Store Number RL1 0729 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VII, LLC | Lease for Store Number RL1 0126 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VII, LLC | Lease for Store Number RL1 0389 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio VIII, LLC | Lease for Store Number RL1 0058 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VIII, LLC | Lease for Store Number RL1 0433 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VIII, LLC | Lease for Store Number RL1 0121 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VIII, LLC | Lease for Store Number RL1 0227 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VIII, LLC | Lease for Store Number RL1 0277 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio X, LLC | Lease for Store Number RL1 0375 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio X, LLC | Lease for Store Number RL1 0081 | 0.00 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio X, LLC | Lease for Store Number RL1 0410 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL/OG Langhorne PA, LLC | Lease for Store Number RL1 0758 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL/OG SALISBURY MD, LLC | Lease for Store Number RL1 0615 | 0.00 |
| Red Lobster Restaurants LLC | ARCP RL/OG/BB/SB PITTSBURGH PA, LLC | Lease for Store Number RL1 6305 | 0.00 |
| Red Lobster Restaurants LLC | ARMEL, LLC | Lease for Store Number RL1 0620 | 0.00 |
| Red Lobster Restaurants LLC | AUCALLUTIM LLC | Lease for Store Number RL1 0136 | 0.00 |
| Red Lobster Restaurants LLC | August America, LLC | Lease for Store Number RL1 6347 | 0.00 |
| Red Lobster Hospitality LLC | B&L Storage, a General Partnership | Lease for Store Number RL1 0667 | 0.00 |
| Red Lobster Hospitality LLC | Bahieh Jina Farzinpour 2001 Living Trust | Lease for Store Number RL1 0566 | 0.00 |
| Red Lobster Hospitality LLC | Barlas Enterprises, Inc. | Lease for Store Number RL1 0356 | 0.00 |
| Red Lobster Hospitality LLC | Bay Plaza West LLC | Lease for Store Number RL1 0469 | 0.00 |
| Red Lobster Restaurants LLC | Belos Exchange LLC | Lease for Store Number RL1 0056 | 0.00 |
| Red Lobster Restaurants LLC | Bertha Aiken LLC; Port McDonald Inc; JH Dreyfus LLC | Lease for Store Number RL1 0108 | 2,500.00 |
| Red Lobster Restaurants LLC | Bhagat MD, LLC | Lease for Store Number RL1 6360 | 0.00 |
| Red Lobster Hospitality LLC | Bigger Fish to Fry, LLC | Lease for Store Number RL1 0460 | 0.00 |
| Red Lobster Restaurants LLC | BLJ Holdings LLC | Lease for Store Number RL1 0572 | 0.00 |
| Red Lobster Restaurants LLC | Blue Tree Properties OH, LLC | Lease for Store Number RL1 0580 | 0.00 |
| Red Lobster Restaurants LLC | Bluestripes Investments LLC | Lease for Store Number RL1 0171 | 0.00 |
| Red Lobster Restaurants LLC | Briarholm, Inc. | Lease for Store Number RL1 0425 | 0.00 |
| Red Lobster Restaurants LLC | Broadridge Apartments, LLC | Lease for Store Number RL1 0328 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 0045 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 0048 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 0082 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 0185 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 0188 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 0253 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 0292 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 0357 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 0436 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 0478 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 0552 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 0601 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 6280 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 6365 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 6371 | 0.00 |
| Red Lobster Restaurants LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 6375 | 0.00 |
| Red Lobster Hospitality LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 0361 | 0.00 |
| Red Lobster Hospitality LLC | Broadstone RL Portfolio, LLC | Lease for Store Number RL1 0578 | 0.00 |
| Red Lobster Hospitality LLC | Broadway & Pearl Associates, LLC | Lease for Store Number RL1 6366 | 0.00 |
| Red Lobster Hospitality LLC | Brock Associates, LLC | Lease for Store Number RL1 6270 | 0.00 |
| Red Lobster Hospitality LLC | Brown-Belkin RL LLC | Lease for Store Number RL1 6325 | 0.00 |
| Red Lobster Hospitality LLC | Buildings for Babies, Inc. | Lease for Store Number RL1 0421 | 0.00 |
| Red Lobster Canada, Inc | Camwood Construction Ltd. | Lease for Store Number RLC 8105 | 0.00 |
| Red Lobster Canada, Inc | Canada Redblob LP | Lease for Store Number RLC 8101 | 0.00 |
| Red Lobster Canada, Inc | Canada Redblob LP | Lease for Store Number RLC 8103 | 0.00 |
| Red Lobster Canada, Inc | Canada Redblob LP | Lease for Store Number RLC 8111 | 0.00 |
| Red Lobster Canada, Inc | Canada Redblob LP | Lease for Store Number RLC 8114 | 0.00 |
| Red Lobster Canada, Inc | Canada Redblob LP | Lease for Store Number RLC 8118 | 0.00 |
| Red Lobster Canada, Inc | Canada Redblob LP | Lease for Store Number RLC 8124 | 0.00 |
| Red Lobster Canada, Inc | Canada Redblob LP | Lease for Store Number RLC 8126 | 0.00 |
| Red Lobster Canada, Inc | Canada Redblob LP | Lease for Store Number RLC 8157 | 0.00 |
| Red Lobster Canada, Inc | Canada Redblob LP | Lease for Store Number RLC 8158 | 0.00 |
| Red Lobster Canada, Inc | Canada Redblob LP | Lease for Store Number RLC 8166 | 0.00 |
| Red Lobster Canada, Inc | Canada Redblob LP | Lease for Store Number RLC 8167 | 0.00 |
| Red Lobster Canada, Inc | Canada Redblob LP | Lease for Store Number RLC 8168 | 0.00 |
| Red Lobster Canada, Inc | Canada Redblob LP | Lease for Store Number RLC 8170 | 0.00 |
| Red Lobster Hospitality LLC | Century Plaza Commercial LLC | Lease for Store Number RL1 0653 | 0.00 |
| Red Lobster Hospitality LLC | CH Gresham LLC | Lease for Store Number RL1 0573 | 1,543.82 |

**RED LOBSTER**

*Assumed Unexpired Leases*

| Debtor | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|
| Red Lobster Hospitality LLC | Charles & Co. Realty LLC | Lease for Store Number RL1  0868 | 0.00 |
| Red Lobster Hospitality LLC | Chillicothe Mall Inc | Lease for Store Number RL1  0705 | 0.00 |
| Red Lobster Hospitality LLC | CLK Ann Arbor, LLC | Lease for Store Number RL1  0260 | 0.00 |
| Red Lobster Restaurants LLC | Cloud Enterprises Corporation Inc. | Lease for Store Number RL1  0688 | 0.00 |
| Red Lobster Hospitality LLC | Cornhusker Project G12, LLC | Lease for Store Number RL1  0734 | 0.00 |
| Red Lobster Hospitality LLC | Country Orchard Estates, Inc. | Lease for Store Number RL1  6374 | 0.00 |
| Red Lobster Restaurants LLC | Country, LLC | Lease for Store Number RL1  0834 | 0.00 |
| Red Lobster Restaurants LLC | CPP River Falls LLC &CPP River Falls II LLC | Lease for Store Number RL1  0619 | 0.00 |
| Red Lobster Hospitality LLC | CRI Outparcels LLC | Lease for Store Number RL1  0548 | 0.00 |
| Red Lobster Restaurants LLC | Curry Investment Company | Lease for Store Number RL1  0060 | 0.00 |
| Red Lobster Hospitality LLC | D. Smith and Diane Fannan, As Trustees of The Smith Family Trust | Lease for Store Number RL1  0220 | 0.00 |
| Red Lobster Restaurants LLC | DACF-4 LLC | Lease for Store Number RL1  0889 | 0.00 |
| Red Lobster Restaurants LLC | Dan C., Inc. | Lease for Store Number RL1  0796 | 0.00 |
| Red Lobster Restaurants LLC | Davrich Realty Corp. | Lease for Store Number RL1  6348 | 0.00 |
| Red Lobster Hospitality LLC | Dee's Sugarhouse Center LLC | Lease for Store Number RL1  0589 | 0.00 |
| Red Lobster Canada, Inc | Developments West Corporation | Lease for Store Number RLC  8181 | 0.00 |
| Red Lobster Hospitality LLC | DiaDon, LLC | Lease for Store Number RL1  0449 | 0.00 |
| Red Lobster Hospitality LLC | Diajeff, LLC | Lease for Store Number RL1  0017 | 924.50 |
| Red Lobster Hospitality LLC | Diajeff, LLC | Lease for Store Number RL1  0019 | 0.00 |
| Red Lobster Hospitality LLC | DJW Properties LLC | Lease for Store Number RL1  0718 | 0.00 |
| Red Lobster Hospitality LLC | Doug Hale, LLC | Lease for Store Number RL1  0600 | 0.00 |
| Red Lobster Hospitality LLC | Drury Development Corp | Lease for Store Number RL1  6286 | 0.00 |
| Red Lobster Restaurants LLC | Eastridge LP | Lease for Store Number RL1  0737 | 0.00 |
| Red Lobster Hospitality LLC | Edward Selby/Linda Selby Trust | Lease for Store Number RL1  0577 | 0.00 |
| Red Lobster Hospitality LLC | EGE5, LLC | Lease for Store Number RL1  6310 | 0.00 |
| Red Lobster Hospitality LLC | EIRREK RLF LLC | Lease for Store Number RL1  0345 | 0.00 |
| Red Lobster Hospitality LLC | Elhio LLC & Elhio II LLC | Lease for Store Number RL1  0632 | 1,000.00 |
| Red Lobster Hospitality LLC | Empire Mall, LLC | Lease for Store Number RL1  0305 | 0.00 |
| Red Lobster Hospitality LLC | Esue LLC | Lease for Store Number RL1  0027 | 0.00 |
| Red Lobster Hospitality LLC | Far Horizons Trailer Village LLC | Lease for Store Number RL1  0323 | 0.00 |
| Red Lobster Hospitality LLC | Far Horizons Trailer Village LLC | Lease for Store Number RL1  0335 | 0.00 |
| Red Lobster Restaurants LLC | FCPT Holdings LLC | Lease for Store Number RL1  0540 | 5,519.79 |
| Red Lobster Hospitality LLC | FCPT Holdings LLC | Lease for Store Number RL1  0798 | 0.00 |
| Red Lobster Hospitality LLC | FCPT Holdings LLC | Lease for Store Number RL1  0275 | 0.00 |
| Red Lobster Hospitality LLC | FCPT Holdings LLC | Lease for Store Number RL1  0380 | 0.00 |
| Red Lobster Restaurants LLC | FCPT Holdings LLC (Non-Master Lease) | Lease for Store Number RL1  0547 | 0.00 |
| Red Lobster Hospitality LLC | FCPT Holdings, LLC | Lease for Store Number RL1  0569 | 0.00 |
| Red Lobster Restaurants LLC | FCPT Holdings, LLC | Lease for Store Number RL1  0685 | 0.00 |
| Red Lobster Restaurants LLC | FCPT Holdings, LLC | Lease for Store Number RL1  6258 | 0.00 |
| Red Lobster Hospitality LLC | FCPT Holdings, LLC | Lease for Store Number RL1  0585 | 0.00 |
| Red Lobster Restaurants LLC | FCPT Holdings, LLC | Lease for Store Number RL1  6229 | 0.00 |
| Red Lobster Restaurants LLC | FCPT Holdings, LLC | Lease for Store Number RL1  6322 | 0.00 |
| Red Lobster Hospitality LLC | FCPT Holdings, LLC | Lease for Store Number RL1  0616 | 0.00 |
| Red Lobster Restaurants LLC | FCPT Holdings, LLC | Lease for Store Number RL1  0038 | 0.00 |
| Red Lobster Hospitality LLC | FCPT Holdings, LLC | Lease for Store Number RL1  0110 | 0.00 |
| Red Lobster Restaurants LLC | FCPT Holdings, LLC | Lease for Store Number RL1  6243 | 0.00 |
| Red Lobster Canada, Inc | FIMA Development | Lease for Store Number RLC  8183 | 0.00 |
| Red Lobster Restaurants LLC | FK Properties LLC | Lease for Store Number RL1  0438 | 0.00 |
| Red Lobster Hospitality LLC | Four Hand Realty, LLC | Lease for Store Number RL1  6238 | 0.00 |
| Red Lobster Hospitality LLC | Fox River Shopping Center LLC | Lease for Store Number RL1  0587 | 0.00 |
| Red Lobster Hospitality LLC | FR White Marsh LLC | Lease for Store Number RL1  0634 | 733.06 |
| Red Lobster Hospitality LLC | Freeway Company LLC/AEG 17 LLC/Gracielou LLC | Lease for Store Number RL1  6226 | 0.00 |
| Red Lobster Hospitality LLC | Frisco 3056 Preston, LLC | Lease for Store Number RL1  6245 | 0.00 |
| Red Lobster Restaurants LLC | Ft. Sheri Fort Wayne LLC | Lease for Store Number RL1  0076 | 0.00 |
| Red Lobster Restaurants LLC | Girardeau P2, LLC | Lease for Store Number RL1  0707 | 0.00 |
| Red Lobster Hospitality LLC | GLR Property Management LLC | Lease for Store Number RL1  0563 | 0.00 |
| Red Lobster Hospitality LLC | GP Texarkana LLC | Lease for Store Number RL1  6304 | 0.00 |
| Red Lobster Hospitality LLC | Grand Robster LLC; Lompoc Jack LLC; Handy Hardees LLC | Lease for Store Number RL1  0129 | 0.00 |
| Red Lobster Hospitality LLC | GRUPO TFJ Properties, LLC | Lease for Store Number RL1  0464 | 0.00 |
| Red Lobster Hospitality LLC | GSMS 2011-GC5 East Broadway Boulevard, LLC | Lease for Store Number RL1  0869 | 0.00 |
| Red Lobster Hospitality LLC | GSPANDE, LLC | Lease for Store Number RL1  0281 | 0.00 |
| Red Lobster Hospitality LLC | GTL Properties LLLP | Lease for Store Number RL1  0693 | 0.00 |
| Red Lobster Restaurants LLC | Guidotti Properties | Lease for Store Number RL1  0291 | 8,820.60 |
| Red Lobster Hospitality LLC | Guima Brazil USA, LLC | Lease for Store Number RL1  6205 | 0.00 |
| Red Lobster Hospitality LLC | HAI YUE TX LLC | Lease for Store Number RL1  0329 | 0.00 |
| Red Lobster Hospitality LLC | Hanabi | Lease for Store Number RL1  0579 | 0.00 |
| Red Lobster Hospitality LLC | Harbor Plaza, LLC | Lease for Store Number RL1  0518 | 0.00 |
| Red Lobster Restaurants LLC | Harmon Meadow Owner, LLC | Lease for Store Number RL1  6314 | 0.00 |
| Red Lobster Hospitality LLC | Harwell Capital, LLC | Lease for Store Number RL1  0273 | 0.00 |
| Red Lobster Hospitality LLC | HCL Goodyear Centerpointe LLC | Lease for Store Number RL1  6342 | 0.00 |

**RED LOBSTER**

*Assumed Unexpired Leases*

| Debtor | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|
| Red Lobster Hospitality LLC | HRP 0137 San Antoniuo LLC | Lease for Store Number RL1_0137 | 0.00 |
| Red Lobster Hospitality LLC | Ironwood I LLC | Lease for Store Number RL1_0339 | 0.00 |
| Red Lobster Hospitality LLC | Ivision Holdings, LLC | Lease for Store Number RL1_0370 | 0.00 |
| Red Lobster Restaurants LLC | Jaks, LLC | Lease for Store Number RL1_0231 | 0.00 |
| Red Lobster Restaurants LLC | JAL Enterprises, Inc. | Lease for Store Number RL1_0354 | 0.00 |
| Red Lobster Hospitality LLC | JCC California Properties, LLC | Lease for Store Number RL1_0513 | 15,983.32 |
| Red Lobster Restaurants LLC | JE Fuel, LLC | Lease for Store Number RL1_0607 | 0.00 |
| Red Lobster Restaurants LLC | Jeanne Jackson-Estate of Lee Jackson | Lease for Store Number RL1_0191 | 0.00 |
| Red Lobster Restaurants LLC | JFCF Invest-3 LLC | Lease for Store Number RL1_0850 | 0.00 |
| Red Lobster Restaurants LLC | Joe Amato East End Centre, LP | Lease for Store Number RL1_0445 | 0.00 |
| Red Lobster Hospitality LLC | JPS Realty Management, LLC | Lease for Store Number RL1_0571 | 0.00 |
| Red Lobster Hospitality LLC | JSSA Ventures, Inc. | Lease for Store Number RL1_0115 | 0.00 |
| Red Lobster Hospitality LLC | JTN-RL LLC | Lease for Store Number RL1_0640 | 0.00 |
| Red Lobster Restaurants LLC | Juan Smyrna Owner LLC, Otto Smyrna Owner LLC and Jose Smyrna Owner LLC | Lease for Store Number RL1_0392 | 0.00 |
| Red Lobster Restaurants LLC | K.I.R. Copiague L.P. | Lease for Store Number RL1_0614 | 23,690.04 |
| Red Lobster Restaurants LLC | KB Riverdale, LLC | Lease for Store Number RL1_0417 | 0.00 |
| Red Lobster Hospitality LLC | Kefayat Navid & Bahram Navid, as Trustees | Lease for Store Number RL1_0146 | 0.00 |
| Red Lobster Hospitality LLC | Kelso RL Property, LLC | Lease for Store Number RL1_0700 | 0.00 |
| Red Lobster Hospitality LLC | Keystone Fiesta Plaza, LLC | Lease for Store Number RL1_0369 | 358.05 |
| Red Lobster Restaurants LLC | King of Prussia, PA Retail LLC | Lease for Store Number RL1_0778 | 0.00 |
| Red Lobster Hospitality LLC | Kisan Chavan/Kundan Chavan Trust | Lease for Store Number RL1_0608 | 0.00 |
| Red Lobster Hospitality LLC | Knox & American I, LLC | Lease for Store Number RL1_0249 | 0.00 |
| Red Lobster Hospitality LLC | KPLP-II, LLC | Lease for Store Number RL1_0284 | 0.00 |
| Red Lobster Hospitality LLC | Krishnamoorti Family LP | Lease for Store Number RL1_0492 | 0.00 |
| Red Lobster Canada, Inc | KS AOB Toronto Inc. and Dundas Atrium Toronto Inc. | Lease for Store Number RLC_8176 | 0.00 |
| Red Lobster Restaurants LLC | La Jolla Group B LLC | Lease for Store Number RL1_0459 | 0.00 |
| Red Lobster Restaurants LLC | Langston Seawright Enterprises LLC | Lease for Store Number RL1_0179 | 0.00 |
| Red Lobster Hospitality LLC | Lee Pollard 2007 Revocable Trust/Eric Pollard/Jordan Pollard | Lease for Store Number RL1_0702 | 0.00 |
| Red Lobster Restaurants LLC | Levine Family Trust | Lease for Store Number RL1_0895 | 0.00 |
| Red Lobster Hospitality LLC | Levine Family Trust | Lease for Store Number RL1_0545 | 0.00 |
| Red Lobster Hospitality LLC | Levy Family Limited Partnership | Lease for Store Number RL1_6244 | 0.00 |
| Red Lobster Hospitality LLC | Limestone Redlob, LLC | Lease for Store Number RL1_0033 | 0.00 |
| Red Lobster Hospitality LLC | Lincoln Center LLC | Lease for Store Number RL1_0457 | 5,473.64 |
| Red Lobster Hospitality LLC | Lincoln Holdings, LLC | Lease for Store Number RL1_6271 | 40,000.00 |
| Red Lobster Canada, Inc | Lo Brothers Investments Co., Ltd. | Lease for Store Number RLC_8115 | 0.00 |
| Red Lobster Hospitality LLC | Lobonza LLC | Lease for Store Number RL1_6223 | 0.00 |
| Red Lobster Hospitality LLC | Lobster Building LLC | Lease for Store Number RL1_0673 | 0.00 |
| Red Lobster Restaurants LLC | Loyal Plaza SC LLC | Lease for Store Number RL1_0644 | 5,966.74 |
| Red Lobster Hospitality LLC | LPK Holdings & BPW, Inc. | Lease for Store Number RL1_0229 | 0.00 |
| Red Lobster Hospitality LLC | LPRE Holdings LLC | Lease for Store Number RL1_0516 | 0.00 |
| Red Lobster Hospitality LLC | Lyn-Jo Washington LLC | Lease for Store Number RL1_0481 | 0.00 |
| Red Lobster Hospitality LLC | Macerich Lakewood LP | Lease for Store Number RL1_0528 | 0.00 |
| Red Lobster Hospitality LLC | Macy's Retail Holdings, LLC - CA | Lease for Store Number RL1_0510 | 3,072.16 |
| Red Lobster Hospitality LLC | Marine Iron & Ship Building Company | Lease for Store Number RL1_0630 | 0.00 |
| Red Lobster Hospitality LLC | Marion Plaza Associates LP | Lease for Store Number RL1_0560 | 0.00 |
| Red Lobster Restaurants LLC | Marland Family Partnership | Lease for Store Number RL1_0724 | 0.00 |
| Red Lobster Hospitality LLC | Mascall Family Trust dated 10/14/2008 | Lease for Store Number RL1_0381 | 0.00 |
| Red Lobster Hospitality LLC | MBI Red Lob LLC | Lease for Store Number RL1_0435 | 0.00 |
| Red Lobster Restaurants LLC | MCD 6, LLC | Lease for Store Number RL1_0218 | 16,751.41 |
| Red Lobster Restaurants LLC | Mercantile National Bank of Indiana, as Trustee of Trust No. 3518 | Lease for Store Number RL1_0184 | 0.00 |
| Red Lobster Restaurants LLC | Metro North Crossing LLC | Lease for Store Number RL1_0605 | 0.00 |
| Red Lobster Hospitality LLC | MGA McDonough LLC | Lease for Store Number RL1_0612 | 0.00 |
| Red Lobster Restaurants LLC | Mid-Atlantic Property (JT) L.L.C. | Lease for Store Number RL1_0643 | 0.00 |
| Red Lobster Hospitality LLC | Middletown I Resources L.P. | Lease for Store Number RL1_0663 | 0.00 |
| Red Lobster Hospitality LLC | Milpitas Town Center 2008 LP | Lease for Store Number RL1_0532 | 0.00 |
| Red Lobster Canada, Inc | MKN Property Inc. | Lease for Store Number RLC_8116 | 0.00 |
| Red Lobster Hospitality LLC | Ml Claw LLC | Lease for Store Number RL1_0288 | 0.00 |
| Red Lobster Restaurants LLC | Monica, Inc. | Lease for Store Number RL1_0642 | 0.00 |
| Red Lobster Hospitality LLC | MPNT Realty LLC | Lease for Store Number RL1_0401 | 0.00 |
| Red Lobster Restaurants LLC | n/a | Lease for Store Number RL1_0365 | 0.00 |
| Red Lobster Restaurants LLC | n/a | Lease for Store Number RL1_0712 | 0.00 |
| Red Lobster Hospitality LLC | n/a | Lease for Store Number RL1_0597 | 0.00 |
| Red Lobster Hospitality LLC | n/a | Lease for Store Number RL1_0769 | 0.00 |
| Red Lobster Hospitality LLC | n/a | Lease for Store Number RL1_0863 | 0.00 |
| Red Lobster Hospitality LLC | n/a | Lease for Store Number RL1_6253 | 0.00 |
| Red Lobster Canada, Inc | n/a | Lease for Store Number RLC_8129 | 0.00 |
| Red Lobster Restaurants LLC | NADG NNN RLOB (May-NJ) LP | Lease for Store Number RL1_0575 | 0.00 |
| Red Lobster Hospitality LLC | Navesink Family Partners LLC | Lease for Store Number RL1_6254 | 0.00 |
| Red Lobster Hospitality LLC | Navid Bypass Trust dated 7/26/20 | Lease for Store Number RL1_0468 | 0.00 |
| Red Lobster Hospitality LLC | Navid Trusts & Kefayat Navid | Lease for Store Number RL1_0377 | 0.00 |

**RED LOBSTER**

*Assumed Unexpired Leases*

| Debtor | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|
| Red Lobster Hospitality LLC | New Plan Hampton Village LLC | Lease for Store Number RL1 0497 | 6,778.75 |
| Red Lobster Hospitality LLC | Next Tech Development LLC | Lease for Store Number RL1 0283 | 0.00 |
| Red Lobster Hospitality LLC | North Valley Plaza, LLC | Lease for Store Number RL1 0867 | 43,356.35 |
| Red Lobster Hospitality LLC | NWCC Center Plaza LLC | Lease for Store Number RL1 0448 | 3,210.40 |
| Red Lobster Hospitality LLC | O'Beach, LLC | Lease for Store Number RL1 0678 | 0.00 |
| Red Lobster Restaurants LLC | Office Complex Enterprises, Inc. | Lease for Store Number RL1 0568 | 0.00 |
| Red Lobster Hospitality LLC | Omaha Cave Partnership, L.P. | Lease for Store Number RL1 0414 | 0.00 |
| Red Lobster Hospitality LLC | ORCE Investments LLC | Lease for Store Number RL1 0877 | 0.00 |
| Red Lobster Restaurants LLC | Outer Banks Limited Partnership | Lease for Store Number RL1 0550 | 0.00 |
| Red Lobster Hospitality LLC | Oxford Development Company/Moraine | Lease for Store Number RL1 0655 | 7,292.89 |
| Red Lobster Restaurants LLC | Pared Motel Associates, LLC | Lease for Store Number RL1 0302 | 0.00 |
| Red Lobster Hospitality LLC | Park East L.L.C. | Lease for Store Number RL1 0264 | 54,845.83 |
| Red Lobster Restaurants LLC | Paul Family Trust dated 6/19/1997 | Lease for Store Number RL1 0393 | 0.00 |
| Red Lobster Hospitality LLC | Peconic LLC | Lease for Store Number RL1 0079 | 0.00 |
| Red Lobster Restaurants LLC | Persam Wethersfield, LLC | Lease for Store Number RL1 0636 | 0.00 |
| Red Lobster Hospitality LLC | Pine View Enterprises LLC | Lease for Store Number RL1 6209 | 0.00 |
| Red Lobster Hospitality LLC | Pinlen Lubbock LLC | Lease for Store Number RL1 0169 | 0.00 |
| Red Lobster Hospitality LLC | Piqred, LLC/Marci Shapiro, LLC | Lease for Store Number RL1 0706 | 1,000.00 |
| Red Lobster Restaurants LLC | PRAN McCain, LLC | Lease for Store Number RL1 0319 | 0.00 |
| Red Lobster Hospitality LLC | PRSS LLC | Lease for Store Number RL1 0310 | 0.00 |
| Red Lobster Hospitality LLC | PVSC Company | Lease for Store Number RL1 0455 | 0.00 |
| Red Lobster Hospitality LLC | R.Y.G. Realty, Inc. | Lease for Store Number RL1 0691 | 0.00 |
| Red Lobster Hospitality LLC | Rai Union Realty, LLC & Rai Sawak, LLC | Lease for Store Number RL1 0075 | 0.00 |
| Red Lobster Hospitality LLC | Raymarc R.E. LLC | Lease for Store Number RL1 0330 | 0.00 |
| Red Lobster Hospitality LLC | Red Garden, LLC | Lease for Store Number RL1 0582 | 1,000.00 |
| Red Lobster Hospitality LLC | Red Lobster of Lakeland LLC | Lease for Store Number RL1 6208 | 0.00 |
| Red Lobster Hospitality LLC | Red Lobster St. Cloud, MN, LLC | Lease for Store Number RL1 0493 | 0.00 |
| Red Lobster Canada, Inc | Redlob Sheppard Avenue Limited Partnership | Lease for Store Number RLC 8104 | 0.00 |
| Red Lobster Restaurants LLC | Redwood NC LLC | Lease for Store Number RL1 6382 | 0.00 |
| Red Lobster Hospitality LLC | RFH1 LLC | Lease for Store Number RL1 0109 | 0.00 |
| Red Lobster Hospitality LLC | RGLI, LLC | Lease for Store Number RL1 0485 | 0.00 |
| Red Lobster Hospitality LLC | RH Tacoma Place Associates, LLC and H.I.R. 3 | Lease for Store Number RL1 0453 | 0.00 |
| Red Lobster Canada, Inc | Rhyl Realty Inc. | Lease for Store Number RLC 8155 | 0.00 |
| Red Lobster Hospitality LLC | RJP RL 1 Drive, LLC | Lease for Store Number RL1 6303 | 0.00 |
| Red Lobster Restaurants LLC | RL Elizabethtown LLC | Lease for Store Number RL1 6297 | 0.00 |
| Red Lobster Restaurants LLC | RL Enterprises LLC | Lease for Store Number RL1 0747 | 0.00 |
| Red Lobster Restaurants LLC | RL Kokomo LLC | Lease for Store Number RL1 0297 | 0.00 |
| Red Lobster Hospitality LLC | RL Madison LLC | Lease for Store Number RL1 0131 | 0.00 |
| Red Lobster Restaurants LLC | RLCA Properties, Inc. | Lease for Store Number RL1 0285 | 0.00 |
| Red Lobster Restaurants LLC | Robbies Inc. | Lease for Store Number RL1 0255 | 0.00 |
| Red Lobster Hospitality LLC | Rod De Llano Family Partnership & Herbert & Isabel Wolfe Trust | Lease for Store Number RL1 6213 | 0.00 |
| Red Lobster Hospitality LLC | Roger J. Janow Bank Trust | Lease for Store Number RL1 0122 | 0.00 |
| Red Lobster Hospitality LLC | ROIC California, LLC | Lease for Store Number RL1 0525 | 0.00 |
| Red Lobster Hospitality LLC | Round Rock RL LLC | Lease for Store Number RL1 6242 | 0.00 |
| Red Lobster Restaurants LLC | Roy T. Young, Trustee of The Roy Timothy Young Revocable Trust UAD April 6 | Lease for Store Number RL1 0887 | 0.00 |
| Red Lobster Restaurants LLC | RPRL Union 22 LLC | Lease for Store Number RL1 0442 | 0.00 |
| Red Lobster Hospitality LLC | RXR 5TS Owner LLC | Lease for Store Number RL1 6298 | 0.00 |
| Red Lobster Hospitality LLC | Rynako LP | Lease for Store Number RL1 6332 | 0.00 |
| Red Lobster Hospitality LLC | Salinas Shopping Center Associates LP & Harden Ranch Plaza Associates, LLC | Lease for Store Number RL1 0617 | 0.00 |
| Red Lobster Canada, Inc | Sarah Kranc/Leibco Realty (Ruth Goodman) | Lease for Store Number RLC 8134 | 0.00 |
| Red Lobster Restaurants LLC | Sayage Valdosta LLC | Lease for Store Number RL1 0595 | 0.00 |
| Red Lobster Restaurants LLC | SC Heights LLC | Lease for Store Number RL1 0259 | 0.00 |
| Red Lobster Restaurants LLC | SCF RC Funding IV LLC | Lease for Store Number RL1 6317 | 0.00 |
| Red Lobster Restaurants LLC | SCFR RC Funding IV LLC | Lease for Store Number RL1 0564 | 0.00 |
| Red Lobster Restaurants LLC | SCFRC-HW-V LLC | Lease for Store Number RL1 0290 | 0.00 |
| Red Lobster Restaurants LLC | Scullin Real Estate V, LLC | Lease for Store Number RL1 6346 | 0.00 |
| Red Lobster Restaurants LLC | Scullin Real Estate VII LLC | Lease for Store Number RL1 0125 | 0.00 |
| Red Lobster Restaurants LLC | Silver Springs Series, a Series of Owl's Nest Properties, LLC | Lease for Store Number RL1 0496 | 0.00 |
| Red Lobster Hospitality LLC | Smith Legacy LLC | Lease for Store Number RL1 6233 | 0.00 |
| Red Lobster Hospitality LLC | Smith Ranches; T&D Smith Family Trust dtd 7-2-1996 | Lease for Store Number RL1 0576 | 0.00 |
| Red Lobster Restaurants LLC | SMS Ambassadors Corp | Lease for Store Number RL1 0731 | 0.00 |
| Red Lobster Hospitality LLC | Soon Chun Nanci Pak | Lease for Store Number RL1 0416 | 0.00 |
| Red Lobster Hospitality LLC | Spadea, Inc. | Lease for Store Number RL1 0061 | 0.00 |
| Red Lobster Hospitality LLC | Speedway95, LLC | Lease for Store Number RL1 0071 | 5,016.00 |
| Red Lobster Restaurants LLC | Spencer Real Estate LLC, Thomas S. Bass, et al | Lease for Store Number RL1 6390 | 0.00 |
| Red Lobster Restaurants LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0035 | 0.00 |
| Red Lobster Restaurants LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0118 | 0.00 |
| Red Lobster Restaurants LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0230 | 0.00 |
| Red Lobster Restaurants LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0397 | 0.00 |
| Red Lobster Restaurants LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0554 | 0.00 |

**RED LOBSTER**

*Assumed Unexpired Leases*

| Debtor | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|
| Red Lobster Restaurants LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0559 | 0.00 |
| Red Lobster Restaurants LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0739 | 0.00 |
| Red Lobster Restaurants LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0843 | 0.00 |
| Red Lobster Restaurants LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0034 | 1,279.54 |
| Red Lobster Restaurants LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0897 | 0.00 |
| Red Lobster Restaurants LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 6206 | 0.00 |
| Red Lobster Hospitality LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0130 | 0.00 |
| Red Lobster Restaurants LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0186 | 0.00 |
| Red Lobster Hospitality LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0606 | 268.78 |
| Red Lobster Restaurants LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0683 | 0.00 |
| Red Lobster Hospitality LLC | Spirit Master Funding IX, LLC | Lease for Store Number RL1 0836 | 0.00 |
| Red Lobster Hospitality LLC | SS Small Mouth Parkersburg LLC | Lease for Store Number RL1 0716 | 0.00 |
| Red Lobster Hospitality LLC | Staunton EM 2 LLC | Lease for Store Number RL1 0860 | 0.00 |
| Red Lobster Hospitality LLC | Steve Hongdur Lin/Carol Yao Lin Revocable Trust | Lease for Store Number RL1 0383 | 0.00 |
| Red Lobster Hospitality LLC | Stone Land LLC | Lease for Store Number RL1 0276 | 0.00 |
| Red Lobster Restaurants LLC | Sunbeam Development Corporation | Lease for Store Number RL1 0371 | 5,000.00 |
| Red Lobster Hospitality LLC | SWB-Lynn Holdings, LLC | Lease for Store Number RL1 0296 | 0.00 |
| Red Lobster Hospitality LLC | Tanger Outlets Deer Park, LLC | Lease for Store Number RL1 6392 | 9,079.63 |
| Red Lobster Restaurants LLC | Ted & Maria's Plaza, LLC | Lease for Store Number RL1 0697 | 0.00 |
| Red Lobster Hospitality LLC | Tehan's Realty Company | Lease for Store Number RL1 0489 | 0.00 |
| Red Lobster Restaurants LLC | The Aprahamian Trust | Lease for Store Number RL1 0853 | 0.00 |
| Red Lobster Restaurants LLC | The Floyd Lewis Real Estate, LLC | Lease for Store Number RL1 0708 | 0.00 |
| Red Lobster Hospitality LLC | The Gerrard Family Limited Partnership, LLLP | Lease for Store Number RL1 6256 | 0.00 |
| Red Lobster Hospitality LLC | The Jean Ann Becker Revocable Trust | Lease for Store Number RL1 0224 | 0.00 |
| Red Lobster Hospitality LLC | The Karen K. Schneeberger Living Trust; The Frank A. Mineo Recovable Living Trust | Lease for Store Number RL1 0508 | 0.00 |
| Red Lobster Hospitality LLC | The P. Smith Realty, LLC | Lease for Store Number RL1 0352 | 0.00 |
| Red Lobster Restaurants LLC | The Raphael Family Wooster Street Company LLC | Lease for Store Number RL1 0482 | 0.00 |
| Red Lobster Hospitality LLC | Tom & Lee Holding Company, LLC and Tom Family Trust of 1984 | Lease for Store Number RL1 6313 | 0.00 |
| Red Lobster Restaurants LLC | Tornig Realty LLC | Lease for Store Number RL1 0174 | 0.00 |
| Red Lobster Restaurants LLC | Travel Lobster LLC | Lease for Store Number RL1 0878 | 0.00 |
| Red Lobster Hospitality LLC | Tribella Properties LLC | Lease for Store Number RL1 6326 | 0.00 |
| Red Lobster Restaurants LLC | TripleBAR York Marketplace, LLC | Lease for Store Number RL1 0420 | 0.00 |
| Red Lobster Restaurants LLC | Two D Holdings, LLC | Lease for Store Number RL1 0372 | 0.00 |
| Red Lobster Restaurants LLC | UE 675 Route 1, LLC | Lease for Store Number RL1 0267 | 20,325.00 |
| Red Lobster Restaurants LLC | UE 7000 Hadley Road LLC | Lease for Store Number RL1 0379 | 0.00 |
| Red Lobster Restaurants LLC | University Venture Corp | Lease for Store Number RL1 0625 | 0.00 |
| Red Lobster Hospitality LLC | UT Heights LLC | Lease for Store Number RL1 0613 | 0.00 |
| Red Lobster Restaurants LLC | Van Vliet Acquisitions IV, LLC | Lease for Store Number RL1 0456 | 0.00 |
| Red Lobster Restaurants LLC | Vera Cruz Properties, LP | Lease for Store Number RL1 0732 | 0.00 |
| Red Lobster Restaurants LLC | Vera, LLC | Lease for Store Number RL1 0402 | 0.00 |
| Red Lobster Restaurants LLC | VEREIT Real Estate L.P. | Lease for Store Number RL1 0599 | 0.00 |
| Red Lobster Restaurants LLC | VEREIT Real Estate LP | Lease for Store Number RL1 0591 | 0.00 |
| Red Lobster Restaurants LLC | VEREIT Real Estate, L.P. | Lease for Store Number RL1 0647 | 23,826.41 |
| Red Lobster Restaurants LLC | VEREIT Real Estate, L.P. | Lease for Store Number RL1 6216 | 0.00 |
| Red Lobster Restaurants LLC | VEREIT Real Estate, L.P. | Lease for Store Number RL1 0479 | 0.00 |
| Red Lobster Restaurants LLC | VEREIT Real Estate, L.P. | Lease for Store Number RL1 0845 | 0.00 |
| Red Lobster Restaurants LLC | VEREIT Real Estate, L.P. | Lease for Store Number RL1 0864 | 0.00 |
| Red Lobster Restaurants LLC | VEREIT Real Estate, L.P. | Lease for Store Number RL1 6338 | 0.00 |
| Red Lobster Hospitality LLC | Vestar Bowles Crossing LLC | Lease for Store Number RL1 0446 | 0.00 |
| Red Lobster Hospitality LLC | W North Las Vegas LLC | Lease for Store Number RL1 6391 | 0.00 |
| Red Lobster Restaurants LLC | Walster, LLC | Lease for Store Number RL1 0557 | 11,161.26 |
| Red Lobster Restaurants LLC | Wayne A. Belleau | Lease for Store Number RL1 0857 | 0.00 |
| Red Lobster Restaurants LLC | Wayne Belleau | Lease for Store Number RL1 0574 | 0.00 |
| Red Lobster Restaurants LLC | Wayne Belleau | Lease for Store Number RL1 6334 | 0.00 |
| Red Lobster Hospitality LLC | Wayne Belleau | Lease for Store Number RL1 0661 | 0.00 |
| Red Lobster Restaurants LLC | Weatherby Enterprises | Lease for Store Number RL1 0312 | 0.00 |
| Red Lobster Hospitality LLC | Wild Realty 1, LLC | Lease for Store Number RL1 0604 | 0.00 |
| Red Lobster Hospitality LLC | Wild Realty 3, LLC | Lease for Store Number RL1 0386 | 0.00 |
| Red Lobster Restaurants LLC | Wilkinson Dekalb Land Company LLC | Lease for Store Number RL1 0443 | 22,816.03 |
| Red Lobster Hospitality LLC | William and Janet Fisher | Lease for Store Number RL1 0727 | 0.00 |
| Red Lobster Hospitality LLC | Woodbridge Heights Associates, LLC | Lease for Store Number RL1 6231 | 0.00 |
| Red Lobster Hospitality LLC | Woodside Parma LLC | Lease for Store Number RL1 0116 | 0.00 |
| Red Lobster Hospitality LLC | World Class Investments, LLC | Lease for Store Number RL1 6373 | 2,000.00 |
| Red Lobster Hospitality LLC | WPE Investment #10, L.L.C.; 5950 North Federal Investments LLC | Lease for Store Number RL1 0029 | 0.00 |
| Red Lobster Hospitality LLC | Yasmon 19 Group LLC | Lease for Store Number RL1 6308 | 0.00 |
| Red Lobster Hospitality LLC | Yavapai-Prescott Indian Tribe | Lease for Store Number RL1 0623 | 1,319.34 |
| Red Lobster Restaurants LLC | YYRL South Padre Island Drive Owner LLC; YYRL South Padre Island Drive Owner LLC | Lease for Store Number RL1 0163 | 0.00 |
| Red Lobster Canada, Inc | Zuricha Capital Ltd. | Lease for Store Number RLC 8135 | 0.00 |
| Red Lobster Restaurants LLC | HAQ CORPORATION | RESTAURANT #895 PARKING AGREEMENT DATED 7/1/2003 | 350.00 |

Assumed Executory Contracts

**RED LOBSTER**

*Assumed Executory Contracts*

| Debtor | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|
| Red Lobster Hospitality, LLC | A&G REALTY PARTNERS LLC | General Services Agreement | 0.00 |
| Red Lobster Hospitality, LLC | AARDVARK SERVICES CORP | Facility Services Agreement (Landscape) For Restaurant #0481 | 382.10 |
| Red Lobster Sourcing LLC | AB FOODS, LLC | General Terms And Conditions Dated 11/04/2020 | 0.00 |
| Red Lobster Sourcing LLC | AEP ENERGY, INC. | Product And Pricing Summary Dated 12/6/2023 | 0.00 |
| Red Lobster Hospitality, LLC | ALLSTAR ELEVATOR & ESCALATOR INSPECTION AGENCY INC | General Services Agreement | 1,240.00 |
| Red Lobster Hospitality, LLC | AMERICAN BACKFLOW PREVENTION INC | General Services Agreement | 1,301.72 |
| [Red Lobster] | American Express Travel Related Services Company, Inc. | Agreement of American Express Card Acceptance, dated as of 2020, (the "American Express Agreement") | 0.00 |
| Red Lobster Hospitality, LLC | AMW CONTRACTING INC | General Services Agreement | 13,164.05 |
| Red Lobster Hospitality, LLC | ANCHOR PACKAGING, INC | Order No. 1 To General Terms And Conditions Dated 12/20/2023 | 0.00 |
| Red Lobster Sourcing LLC | ANCHOR PACKAGING, INC | General Terms And Conditions Dated 11/09/2023 | 0.00 |
| Red Lobster Restaurants LLC | ATHENS ORTHOPEDIC CLINIC | Restaurant #56 Temporary Parking Agreement Dated 3/26/2019 | 0.00 |
| Red Lobster Hospitality, LLC | AUGUST CORSO SONS INC | Facility Services Agreement (Landscape) For Restaurant #0423 | 2,439.23 |
| Red Lobster Hospitality, LLC | AUGUST CORSO SONS INC | Facility Services Agreement (Snow) For Restaurant #0423 | |
| Red Lobster Hospitality, LLC | AWNINGS BY KINSER LLC | General Services Agreement | 800.00 |
| Red Lobster Sourcing LLC | BADIA SPICES INC. | General Terms And Conditions | 0.00 |
| Red Lobster Canada, Inc. | BANK OF AMERICA MERCHANT SERVICES CANADA CORP. | Amendment No. 3 | 0.00 |
| Red Lobster Canada, Inc. | BANK OF AMERICA MERCHANT SERVICES CANADA CORP. | The Merchant Processing Agreement Dated 07/18/2017 | |
| Red Lobster Canada, Inc. | BANK OF AMERICA MERCHANT SERVICES CANADA CORP. | Equipment Purchase And Rental Supplement Dated 11/07/2018 | 0.00 |
| Red Lobster Canada, Inc. | BANK OF AMERICA MERCHANT SERVICES CANADA CORP. | Amendment No. 2 Dated 12/10/2019 | |
| Red Lobster Canada, Inc. | BANK OF AMERICA MERCHANT SERVICES CANADA CORP. | Merchant Processing Agreement Dated 03/02/2015 | |
| Red Lobster Canada, Inc. | BANK OF AMERICA, N.A. | Merchant Processing Agreement Dated 03/02/2015 | 0.00 |
| Red Lobster Canada, Inc. | BANK OF AMERICA, N.A. | Amendment No. 4 To The Merchant Processing Agreement Dated 11/18/2021 | |
| Red Lobster Restaurants LLC | BARKLEY INC | General Services Agreement | 0.00 |
| Red Lobster Hospitality, LLC | BBI LOGISTICS LLC | General Services Agreement | 4,400.00 |
| Red Lobster Canada, Inc. | BLACKHAWK CARD PARTICIPATION | Program Terms Agreement Dated 06/21/2018 | 0.00 |
| Red Lobster Canada, Inc. | BLACKHAWK CN | Gift Card Agreement Dated 06/30/2015 | 0.00 |
| Red Lobster Hospitality, LLC | BOERSMA ENTERPRISES INC | Facility Services Agreement (Landscape) For Restaurant #0747 | 1,819.00 |
| Red Lobster Canada, Inc. | BRINK'S CANADA LIMITED | Armoured Transportation Service Agreement Dated 07/01/2014 | 0.00 |
| Red Lobster Canada, Inc. | BRINK'S CANADA LIMITED / BRINKS CANADA LIMITEE | Rider 2 Dated 09/12/2016 | 0.00 |
| Red Lobster Sourcing LLC | BRITZ FOOD GROUP | General Terms And Conditions Dated 09/09/2021 | 0.00 |
| Red Lobster Restaurants LLC | C R S SERVICES INC | General Services Agreement | 914.12 |
| Red Lobster Sourcing LLC | C.H. ROBINSON COMPANY | Master Services Agreement Dated 05/16/2016 | 0.00 |
| Red Lobster Hospitality, LLC | C.H. ROBINSON COMPANY | Amendment 01 To The Master Services Agreement Dated 09/15/2022 | 7,556.61 |
| Red Lobster Hospitality, LLC | C.H. ROBINSON COMPANY | Amendment No. 1 To Master Services Agreement Dated 03/01/2021 | |
| Red Lobster Restaurants LLC | CAMERON L JENKINS | Facility Services Agreement (Snow) For Restaurant #0438 | 3,053.22 |
| Red Lobster Restaurants LLC | CAPTIVE-AIRE SYSTEMS INC | General Services Agreement | 8,174.73 |
| Red Lobster Restaurants LLC | CBRE INC | General Services Agreement | 0.00 |
| Red Lobster Hospitality, LLC | CHAPMANS MECHANICAL SYSTEMS INC | Facility Services Agreement (Hvac) For Restaurant #0738 | 2,779.12 |
| Red Lobster Hospitality, LLC | CHILL SERVICES LLC | Facility Services Agreement (Snow) For Restaurant #6297 | 371.00 |
| Red Lobster Restaurants LLC | CINTAS CORPORATION NO 3 | Facility Service Agreement (Hvac) For Restaurant #0155 | |
| Red Lobster Hospitality, LLC | CINTAS CORPORATION NO 3 | Facility Service Agreement (Hvac) For Restaurant #0284 | 0.00 |
| Red Lobster Restaurants LLC | CINTAS CORPORATION NO 3 | Facility Service Agreement (Hvac) For Restaurant #0482 | |
| Red Lobster Restaurants LLC | CINTAS MANAGED SOLUTIONS FIRE PROTECTION GROUP | Facilities Service Agreement Dated 09/16/2016 | 0.00 |
| Red Lobster Hospitality, LLC | CITY OF CASPER, WYOMING MUNICIPAL CORPORATION | Release And Indemnification Agreement For Restaurant #6374 Dated 08/18/2022 | 0.00 |
| Red Lobster Hospitality, LLC | CMI-COLORADO MECHANICAL | Facilities Service Agreement For Restaurant #6383 Dated 08/24/2023 | 0.00 |
| Red Lobster Canada, Inc. | COCA-COLA CANADA BOTTLING LIMITED | Beverage Supply Agreement Dated 04/14/2023 | 0.00 |
| Red Lobster Hospitality, LLC | COCA-COLA LTD. | Beverage Supply Agreement Dated 04/14/2023 | 0.00 |
| Red Lobster Hospitality, LLC | Comdere | Franchise Agreement | 0.00 |
| Red Lobster Hospitality, LLC | CONSOLIDATED CATFISH PRODUCER LLC | General Terms And Conditions Dated 09/05/2023 | 0.00 |
| Red Lobster Hospitality, LLC | CONTINENTAL MILLS | Master Intellectual Property License Agreement Dated 8/3/2021 | 0.00 |
| Red Lobster Sourcing LLC | CONTINENTAL MILLS, INC. | Amendment No. 3 Dated 06/18/2018 | 0.00 |
| Red Lobster Hospitality, LLC | DALLIS REFRIGERATION OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #0844 | |
| Red Lobster Hospitality, LLC | DALLIS REFRIGERATION OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #0314 | |
| Red Lobster Hospitality, LLC | DALLIS REFRIGERATION OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #0314 | 15,800.79 |
| Red Lobster Hospitality, LLC | DALLIS REFRIGERATION OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #6240 | |
| Red Lobster Hospitality, LLC | DALLIS REFRIGERATION OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #0095 | |
| Red Lobster Hospitality, LLC | DALLIS REFRIGERATION OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #0137 | |
| Red Lobster Hospitality, LLC | DAVACO LP | General Services Agreement | 0.00 |
| Red Lobster Hospitality, LLC | DAVACO LP | General Services Agreement | 0.00 |
| Red Lobster Hospitality, LLC | Delicias Orange | Vendor Agreement | 0.00 |
| Red Lobster Hospitality, LLC | DESTIN WATER ADVENTURES, LLC | Restaurant #458 Temporary Parking Agreement Dated 3/15/2022 | 0.00 |
| Red Lobster Hospitality, LLC | Diane R. Peebles | Copyright License dated June 22, 2015 | 0.00 |
| Red Lobster Restaurants LLC | DIRECT ENERGY BUSINESS MARKETING, LLC | Commodity Master Agreement Dated 11/04/2021 | 0.00 |
| Red Lobster Restaurants LLC | DIRECT ENERGY BUSINESS, LLC | Electricity Transaction Confirmation Dated 12/6/2023 | 0.00 |
| Red Lobster Restaurants LLC | DIRECT ENERGY BUSINESS, LLC | Electricity Transaction Agreement Dated 04/17/2023 | 0.00 |
| Red Lobster Canada, Inc. | DIRECT ENERGY MARKETING LIMITED | Energy Purchase Agreement Dated 11/18/2021 | 0.00 |
| Red Lobster Canada, Inc. | DIRECT ENERGY MARKETING LIMITED | Energy Purchase Agreement Dated 11/18/2021 | |
| Red Lobster Sourcing LLC | DR PEPPER/SEVEN UP, INC. | Fountain Agreement Dated 01/01/2013 | |
| Red Lobster Hospitality, LLC | DR PEPPER/SEVEN UP, INC. | Amendment To Fountain Support Agreement Dated 01/01/2020 | 0.00 |
| Red Lobster Hospitality, LLC | DR PEPPER/SEVEN UP, INC. | Fountain Support Agreement Dated 11/14/2023 | |
| Red Lobster Hospitality, LLC | DR POWER WASHERS INC | General Services Agreement | 649.50 |
| Red Lobster Hospitality, LLC | DRESS THE DRINK, LLC | General Terms And Conditions Dated 07/08/2021 | 0.00 |
| Red Lobster Hospitality, LLC | DURO-LAST, INC. | National Account Incentive Agreement Dated 02/17/2021 | 0.00 |
| Red Lobster Restaurants LLC | DUTCH ENTERPRISES INC | General Services Agreement | |
| Red Lobster Hospitality, LLC | DUTCH ENTERPRISES INC | Facility Service Agreement (Hvac) For Restaurant #0707 | 4,075.84 |
| Red Lobster Hospitality, LLC | DUTCH ENTERPRISES INC | Facility Service Agreement (Hvac) For Restaurant #0707 | |
| Red Lobster Hospitality, LLC | DYNEGY ENERGY SERVICES, LLC | Electric Service Agreement Dated 3/28/2023 | 0.00 |
| Red Lobster Hospitality, LLC | ECOLAB INC | Facility Service Agreement (Hvac) For Restaurant #6391 | 121,957.07 |
| Red Lobster Sourcing LLC | ECOLAB INC. | Amendment No. 2 To Product And Services Supply Agreement Dated 12/01/2022 | 0.00 |
| Red Lobster Hospitality, LLC | ECOLAB INC. | Amendment To Product And Services Supply Agreement Dated 08/01/2020 | |
| Red Lobster Sourcing LLC | ECOLAB INC. | Product And Services Supply Agreement Dated 03/31/2016 | |
| Red Lobster Hospitality, LLC | EcoLab Pest | Pest Elimination Services Agreement Dated 4/1/2024 | 0.00 |
| Red Lobster Restaurants LLC | EDF ENERGY SERVICES, LLC | Master Retail Electricity Sales Agreement Dated 9/29/2021 | 0.00 |
| Red Lobster Hospitality, LLC | EEC ACQUISITION LLC | General Services Agreement | TBD [1] |
| Red Lobster Hospitality, LLC | EEC ACQUISITION LLC | Facility Services Agreement (Hvac) For Restaurant #0398 | |
| Red Lobster Hospitality, LLC | ENERGY HARBOR LLC | Pricing Agreement Dated 9/30/2021 | |
| Red Lobster Hospitality, LLC | ENERGY HARBOR LLC | Pricing Agreement Dated 9/30/2021 | |
| Red Lobster Hospitality, LLC | ENERGY HARBOR LLC | Customer Supply Agreement Dated 9/30/2021 | 0.00 |
| Red Lobster Hospitality, LLC | ENERGY HARBOR LLC | Pricing Agreement Dated 9/30/2021 | |
| Red Lobster Restaurants LLC | ENERGY MAINTENANCE AND MANAGEMENT INC | General Services Agreement | 0.00 |
| Red Lobster Restaurants LLC | ERISA SERVICES OF GEORGIA | GA 10832-001 Service Agreement | 0.00 |
| Red Lobster Restaurants LLC | ERISA SERVICES OF GEORGIA | GA 10832-003 Service Agreement | 0.00 |
| Red Lobster Restaurants LLC | EyeMed Vision Care, LLC | Vision Plan Dated 11/30/2021 | 0.00 |
| Red Lobster Canada, Inc. | FIRST DATA CANADA LTD. | Merchant Processing Agreement Dated 03/02/2015 | 0.00 |
| Red Lobster Canada, Inc. | FIRST DATA CANADA LTD. | Amendment No. 4 To The Merchant Processing Agreement Dated 11/18/2021 | |
| Red Lobster Hospitality, LLC | FITHAUS, INC. D/B/A HTE OFFICE | Restaurant #29 Temporary Parking Agreement Dated 2/1/2023 | 0.00 |
| Red Lobster Hospitality, LLC | Fly by Wings | Vendor Agreement | 0.00 |
| Red Lobster Hospitality, LLC | Fly by Wings | Vendor Agreement | |
| Red Lobster Restaurants LLC | GAS SOUTH LLC | Agreement For Natural Gas Sales Dated 1/1/2021 | 0.00 |

[1] As described in the *Debtors' September 3, 2024 Status Report Regarding Cure Objection* [ECF No. 1105], the Parties need additional time to resolve the counterparty's cure objection

**RED LOBSTER**

*Assumed Executory Contracts*

| Debtor | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|
| Red Lobster Canada, Inc. | GLOBAL CORE SOFTWARE, A TRADENAME OF GRANITE COMPLETE SOLUTIONS, LLC | Authorized Use Agreement Dated 09/21/1998 | 0.00 |
| Red Lobster Canada, Inc. | GORDON FOOD SERVICE CANADA LTD | Distribution Agreement Dated 05/22/2009 | |
| Red Lobster Canada, Inc. | GORDON FOOD SERVICE CANADA LTD | Distribution Agreement Dated 09/01/2017 | |
| Red Lobster Canada, Inc. | GORDON FOOD SERVICE CANADA LTD | Second Amendment To Distribution Agreement Dated 05/31/2016 | |
| Red Lobster Canada, Inc. | GORDON FOOD SERVICE CANADA LTD | Amendment 3 To Distribution Agreement Dated 12/01/2021 | |
| Red Lobster Canada, Inc. | GORDON FOOD SERVICE CANADA LTD | Distribution Agreement Dated 12/03/2017 | 0.00 |
| Red Lobster Canada, Inc. | GORDON FOOD SERVICE CANADA LTD | Amendment Number 4 To Distribution Agreement Dated 05/28/2023 | |
| Red Lobster Supply LLC | GORDON FOOD SERVICE CANADA LTD | Indemnification Agreement Dated 12/19/2023 | |
| Red Lobster Canada, Inc. | GORDON FOOD SERVICE CANADA LTD. | Amendment Number 1 To Fresh Distribution Agreement Dated 05/28/2023 | |
| Red Lobster Canada, Inc. | GORDON FOOD SERVICE CANADA LTD. | Amendment Number 4 To Distribution Agreement Dated 05/28/2023 | |
| Red Lobster Canada, Inc. | GORDON FOOD SERVICE CANADA LTD. | Fresh Distribution Agreement Dated 11/01/2018 | |
| Red Lobster Canada, Inc. | GORDON FOOD SERVICE CANADA, INC. | First Amendment To Distribution Agreement Dated 01/30/2014 | 0.00 |
| Red Lobster Hospitality, LLC | GRAND RAPIDS ENERGY | Gas Service Agreement Dated 5/1/2023 | 0.00 |
| Red Lobster Hospitality, LLC | GROW PRO LLC | Facility Service Agreement (Landscape) For Restaurant #0613 | |
| Red Lobster Hospitality, LLC | GROW PRO LLC | Facility Service Agreement (Landscape) For Restaurant #0589 | 14,843.23 |
| Red Lobster Restaurants LLC | HILLER LLC | Facility Service Agreement (Hvac) For Restaurant #0635 | 1,093.00 |
| Red Lobster Canada, Inc. | HP CANADA CO. | Print Services Schedule Dated 01/08/2016 | |
| Red Lobster Canada, Inc. | HP CANADA CO. | Print Services Schedule Dated 12/07/2015 | 0.00 |
| Red Lobster Canada, Inc. | INCOMM CANADA | Product Provider Master Agreement Dated 09/23/2015 | 0.00 |
| Red Lobster Canada, Inc. | INKAS® SECURITY SERVICES LTD | Service Agreement Dated 09/28/2017 | 0.00 |
| Red Lobster Canada, Inc. | INKAS® SECURITY SERVICES LTD. | Service Agreement Dated 07/04/2017 | |
| Red Lobster Canada, Inc. | INKAS® SECURITY SERVICES LTD. | Service Agreement Dated 09/28/2017 | 0.00 |
| Red Lobster Hospitality, LLC | INTERCON RESOURCES, LLC | Natural Gas Service Agreement Dated 03/13/2023 | 0.00 |
| Red Lobster Hospitality, LLC | INTERFACE SECURITY SYSTEMS LLC | General Services Agreement | 0.00 |
| Red Lobster Hospitality, LLC | INTERSTATE GAS SUPPLY, INC | General Transportation Service Contract Dated 5/10/2022 | |
| Red Lobster Hospitality, LLC | INTERSTATE GAS SUPPLY, INC | Natural Gas Purchase Agreement Dated 8/1/2023 | 0.00 |
| Red Lobster Restaurants LLC | INTERSTATE GAS SUPPLY, INC | Natural Gas Purchase Contract Dated 6/30/2022 | |
| Red Lobster Canada, Inc. | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | Amendment No.3 To The Master Services Agreement Dated 12/01/2021 | 8,383.32 |
| Red Lobster Canada, Inc. | IRON MOUNTAIN SECURE SHREDDING CANADA, INC. | Amendment No.3 To The Master Services Agreement Dated 12/01/2021 | 0.00 |
| Red Lobster Hospitality, LLC | JBL SERVICES LLC | Facility Service Agreement (Snow) For Restaurant #0487 | 2,673.10 |
| Red Lobster Hospitality, LLC | JOHNATHAN PANTER | Facility Service Agreement (Landscape) For Restaurant #0508 | 6,077.63 |
| Red Lobster Hospitality, LLC | JOSSART INC | Facility Service Agreement (Landscape) For Restaurant #0508 | 2,164.00 |
| Red Lobster Hospitality, LLC | JRS PLUMBING AND DRAIN | Facility Service Agreement (Hvac) For Restaurant #0487 | 2,738.80 |
| Red Lobster Canada, Inc. | JustEat | Vendor Agreement | 0.00 |
| Red Lobster Restaurants LLC | K & D FACTORY SERVICE INC | General Services Agreement | |
| Red Lobster Restaurants LLC | K & D FACTORY SERVICE INC | Facility Service Agreement (Hvac) For Restaurant #0240 | |
| Red Lobster Restaurants LLC | K & D FACTORY SERVICE INC | Facility Service Agreement (Hvac) For Restaurant #0195 | 38,703.53 |
| Red Lobster Restaurants LLC | K & D FACTORY SERVICE INC | Facility Service Agreement (Hvac) For Restaurant #0420 | |
| Red Lobster Restaurants LLC | KAUTZ CONSTRUCTION COMPANY | General Services Agreement | 22,048.19 |
| Red Lobster Sourcing LLC | KENNETH 0. LESTER COMPANY, INC. D/B/A PFG CUSTOMIZED DISTRIBUTION | Fourth Amendment To Distribution Agreement Dated 10/01/2022 | 0.00 |
| Red Lobster Sourcing LLC | KENNETH O. LESTER COMPANY, INC, D/B/A PEG CUSTOMIZED DISTRIBUTION | Distribution Agreement Dated 01/01/2023 | 36,030.91 |
| Red Lobster Sourcing LLC | KENNETH O. LESTER COMPANY, INC. | Distribution Agreement Dated 05/03/2016 | 0.00 |
| Red Lobster Sourcing LLC | KENNETH O. LESTER COMPANY, INC. DBA PFG CUSTOMIZED DISTRIBUTIO | Distribution Agreement Dated 05/03/2016 | 0.00 |
| Red Lobster Sourcing LLC | KENNETH O. LESTER COMPANY, INC. D/B/A PFG CUSTOMIZED DISTRIBUTION | Third Amendment To Distribution Agreement Dated 08/01/2022 | 0.00 |
| Red Lobster Sourcing LLC | KENNETH O. LESTER COMPANY, INC, D/B/A PFG CUSTOMIZED DISTRIBUTION | First Amendment To Distribution Agreement Dated 06/30/2021 | 0.00 |
| Red Lobster Sourcing LLC | KENNETH O. LESTER COMPANY, INC. D/B/A PFG CUSTOMIZED DISTRIBUTION | Second Amendment To Distribution Agreement Dated 02/01/2022 | 0.00 |
| Red Lobster Sourcing LLC | KENNETH O. LESTER COMPANY, INC. D/B/A PFG CUSTOMIZED DISTRIBUTION | Third Amendment To Distribution Agreement Dated 08/01/2022 | |
| Red Lobster Sourcing LLC | KOCH FOODS | Supply Agreement | 0.00 |
| Red Lobster Hospitality, LLC | KORE WIRELESS INC. | Order Form Dated 04/05/2023 | 0.00 |
| Red Lobster Sourcing LLC | LAMB WESTON SALES, INC. | Supply Agreement Dated 11/01/2023 | 0.00 |
| Red Lobster Sourcing LLC | LAMB WESTON SALES, INC. | General Terms And Conditions Dated 09/16/2019 | |
| Red Lobster Sourcing LLC | LAMB WESTON SALES, INC. | Supply Agreement Dated 01/11/2023 | 0.00 |
| Red Lobster Sourcing LLC | LAMB WESTON SALES, INC. | General Terms And Conditions Dated 09/23/2019 | |
| Red Lobster Hospitality, LLC | LOS ANGELES PLUMBING & BACKFLOW TESTING INC | General Terms And Conditions | 5,200.35 |
| Red Lobster Sourcing LLC | LX/JT INTERMEDIATE HOLDINGS, INC DBA BEVOLUTION GROUP | Product Terms And Conditions | 0.00 |
| Red Lobster Hospitality, LLC | MA LANDSCAPE | Facility Service Agreement (Landscape) For Restaurant #0667 | |
| Red Lobster Hospitality, LLC | MA LANDSCAPE | Facility Service Agreement (Landscape) For Restaurant #6320 | 4,200.00 |
| Red Lobster Hospitality, LLC | MA LANDSCAPE | Facility Service Agreement (Landscape) For Restaurant #6219 | |
| Red Lobster Hospitality, LLC | MACDADE CONSTRUCTION INC | General Services Agreement | 0.00 |
| Red Lobster Hospitality, LLC | MANSFIELD POWER & GAS | Commercial Gas Sales Agreement Dated 06/30/2022 | 16,817.03 |
| Red Lobster Restaurants LLC | MARSH MCLENNAN | MMAS Consulting Agreement | 0.00 |
| Red Lobster Restaurants LLC | MARSH MCLENNAN | MMAS 3(38) Services Agreement Hourly | 0.00 |
| Red Lobster Restaurants LLC | MARSH MCLENNAN | MMAS 3(38) Services Agreement Salary | 0.00 |
| Red Lobster Sourcing LLC | MASTERS GALLERY FOODS, INC. | Supply Agreement | 0.00 |
| Red Lobster Hospitality, LLC | MCCAIN FOODS USA, INC. | General Terms And Conditions Dated 05/30/2023 | 0.00 |
| Red Lobster Hospitality, LLC | MECHANICAD INC | General Services Agreement | 216.50 |
| Red Lobster Canada, Inc. | MERCER (CANADA) LIMITED | Attachment A-2 Dated 05/01/2015 | |
| Red Lobster Canada, Inc. | MERCER (CANADA) LIMITED | Services Agreement Dated 10/24/2014 | |
| Red Lobster Canada, Inc. | MERCER (CANADA) LIMITED | Attachment A-3 | |
| Red Lobster Canada, Inc. | MERCER (CANADA) LIMITED | Attachment A-4 | |
| Red Lobster Canada, Inc. | MERCER (CANADA) LIMITED | Attachment A-5 | 0.00 |
| Red Lobster Canada, Inc. | MERCER (CANADA) LIMITED | Attachment A-6 | |
| Red Lobster Canada, Inc. | MERCER (CANADA) LIMITED | Attachment A-7 | |
| Red Lobster Canada, Inc. | MERCER (CANADA) LIMITED | Attachment A-9 Dated 01/01/2023 | |
| Red Lobster Restaurants LLC | MERCER (CANADA) LIMITED | Project Initiation Form Dated 01/13/2013 | |
| Red Lobster Restaurants LLC | MERCER (US) INC. | Terms And Conditions Governing Engagement Dated 08/21/2008 | 0.00 |
| Red Lobster Restaurants LLC | MERCER INVESTMENT CONSULTING, INC. | Project Initiation Form Dated 03/19/2009 | 0.00 |
| Red Lobster Restaurants LLC | MONTGOMERY CROSS RETAIL GROUP, LLC | Restaurant #173 Parking Agreement Dated 11/1/2018 | 0.00 |
| Red Lobster Hospitality, LLC | MP2 ENERGY NE LLC D/B/A SHELL ENERGY SOLUTIONS LLC | Master Energy Sales Agreement Dated 10/30/2020 | 53,911.24 |
| Red Lobster Restaurants LLC | MY TECH TEXAS LLC | General Services Agreement | 6,262.03 |
| Red Lobster Restaurants LLC | MY TECH TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #6256 | |
| Red Lobster Restaurants LLC | NOMAD GROUP LLC | General Services Agreement | 3,578.95 |
| Red Lobster Restaurants LLC | NRG BUSINESS MARKETING LLC | Commodity Master Agreement Dated 11/04/2021 | 0.00 |
| Red Lobster Hospitality, LLC | OHIO NATURAL GAS | Gas Service Agreement Dated 04/18/2023 | 0.00 |
| Red Lobster Sourcing LLC | OS SALESCO, INC. | General Terms And Conditions Dated 10/26/2023 | 0.00 |
| Red Lobster Hospitality, LLC | OTIS ELEVATOR COMPANY | Service Agreement For Restaurant #6298 Dated 08/11/2023 | 442.43 |
| Red Lobster Hospitality, LLC | PEGNATO ROOF INTELLIGENCE NETWORK | General Services Agreement | 10,982.20 |
| Red Lobster Sourcing LLC | PEPSI-COLA ADVERTISING AND MARKETING, INC. | Beverage Sales Agreement Dated 06/08/2020 | 53,722.52 |
| Red Lobster Sourcing LLC | PEPSICO SALES, INC. | Beverage Sales Agreement Dated 06/08/2020 | 0.00 |
| Red Lobster Sourcing LLC | PEPSICO SALES, INC. | Amendment #1 Dated 10/27/2023 | 0.00 |

| Debtor | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|
| Red Lobster Sourcing LLC | PEPSI-COLA ADVERTISING AND MARKETING, INC. | Amendment #1 Dated 10/27/2023 | 0.00 |
| Red Lobster Restaurants LLC | PIPE PRO INC | General Services Agreement | |
| Red Lobster Restaurants LLC | PIPE PRO INC | Facility Service Agreement (Hvac) For Restaurant #6258 | 32,274.64 |
| Red Lobster Restaurants LLC | PIPE PRO INC | Facility Service Agreement (Hvac) For Restaurant #0870 | |
| Red Lobster Restaurants LLC | PLYMOUTH BEEF CO. | General Terms And Conditions Dated 06/26/2020 | 0.00 |
| Red Lobster Hospitality, LLC | POWER INDUSTRIES INC | Facility Service Agreement (Landscape) For Restaurant #6207 | 2,100.00 |
| Red Lobster Sourcing LLC | PREMIER PRODUCE CENTRAL FLORIDA, LLC | Consent To Assignment And Assumption Agreement Dated 11/06/2018 | 0.00 |
| Red Lobster Hospitality, LLC | PRO AIR MECHANICAL INC | General Services Agreement | |
| Red Lobster Hospitality, LLC | PRO AIR MECHANICAL INC | Facility Service Agreement (Hvac) For Restaurant #6208 | |
| Red Lobster Hospitality, LLC | PRO AIR MECHANICAL INC | Facility Service Agreement (Hvac) For Restaurant #0352 | |
| Red Lobster Hospitality, LLC | PRO AIR MECHANICAL INC | Facility Service Agreement (Hvac) For Restaurant #0019 | |
| Red Lobster Hospitality, LLC | PRO AIR MECHANICAL INC | Facility Service Agreement (Hvac) For Restaurant #0027 | |
| Red Lobster Hospitality, LLC | PRO AIR MECHANICAL INC | Facility Service Agreement (Hvac) For Restaurant #0769 | |
| Red Lobster Hospitality, LLC | PRO AIR MECHANICAL INC | Facility Service Agreement (Hvac) For Restaurant #0696 | 194,584.87 |
| Red Lobster Hospitality, LLC | PRO AIR MECHANICAL INC | Facility Service Agreement (Hvac) For Restaurant #0425 | |
| Red Lobster Hospitality, LLC | PRO AIR MECHANICAL INC | Facility Service Agreement (Hvac) For Restaurant #6246 | |
| Red Lobster Hospitality, LLC | PRO AIR MECHANICAL INC | Facility Service Agreement (Hvac) For Restaurant #0108 | |
| Red Lobster Hospitality, LLC | PRO AIR MECHANICAL INC | Facility Service Agreement (Hvac) For Restaurant #6340 | |
| Red Lobster Hospitality, LLC | PRO AIR MECHANICAL INC | Facility Service Agreement (Hvac) For Restaurant #0696 | |
| Red Lobster Hospitality, LLC | PRO AIR MECHANICAL INC | Facility Service Agreement (Hvac) For Restaurant #0257 | |
| Red Lobster Sourcing LLC | PRODOTTI MEDITERRANEI INC. | General Terms And Conditions Dated 01/26/2024 | 0.00 |
| Red Lobster Hospitality, LLC | PRO-TECH COOLING & HEATING | General Services Agreement | 34,946.57 |
| Red Lobster Hospitality, LLC | PRO-TECH COOLING & HEATING | Facility Service Agreement (Hvac) For Restaurant #6236 | |
| Red Lobster Restaurants LLC | QUICK SERVANT COMPANY INC | General Services Agreement | |
| Red Lobster Restaurants LLC | QUICK SERVANT COMPANY INC | Facility Service Agreement (Hvac) For Restaurant #6211 | |
| Red Lobster Restaurants LLC | QUICK SERVANT COMPANY INC | Facility Service Agreement (Hvac) For Restaurant #6227 | |
| Red Lobster Restaurants LLC | QUICK SERVANT COMPANY INC | Facility Service Agreement (Hvac) For Restaurant #0235 | |
| Red Lobster Restaurants LLC | QUICK SERVANT COMPANY INC | Facility Service Agreement (Hvac) For Restaurant #0265 | 13,688.06 |
| Red Lobster Restaurants LLC | QUICK SERVANT COMPANY INC | Facility Service Agreement (Hvac) For Restaurant #0647 | |
| Red Lobster Restaurants LLC | QUICK SERVANT COMPANY INC | Facility Service Agreement (Hvac) For Restaurant #0625 | |
| Red Lobster Restaurants LLC | QUICK SERVANT COMPANY INC | Facility Service Agreement (Hvac) For Restaurant #0557 | |
| Red Lobster Restaurants LLC | QUICK SERVANT COMPANY INC | Facility Service Agreement (Hvac) For Restaurant #0142 | |
| Red Lobster Hospitality, LLC | RDK SERVICES LP DBA COMMERCIAL SERVICES OF SA | Facilities Service Agreement For Restaurant #0314 Dated 09/15/2016 | 0.00 |
| Red Lobster Of Bel Air, Inc. | RED  LOBSTER HOSPITALITY LLC | SUPPLY AGREEMENT DATED 04/01/2024 | |
| Red Lobster Restaurants LLC | RED  LOBSTER HOSPITALITY LLC | Agency. Administrative And Accountingservices And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Restaurants LLC | RED  LOBSTER HOSPITALITY LLC | Agency. Administrative And Accounting Services And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Restaurants LLC | RED  LOBSTER HOSPITALITY LLC | Agency. Administrative And Accountingservices And Licensing Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Restaurants LLC | RED  LOBSTER HOSPITALITY LLC | Agency. Administrative And Accounting Services And Licensing Agreement Dated 07/28/2014 | |
| RL Maryland, Inc. | RED  LOBSTER HOSPITALITY LLC | Agency. Administrative And Accountingservices And Licensing Agreement Dated 07/28/2014 | |
| RL Of Frederick, Inc. | RED  LOBSTER HOSPITALITY LLC | Agency. Administrative And Accounting  Services And Licensing Agreement Dated 07/28/2014 | |
| RL Salisbury, LLC | RED  LOBSTER HOSPITALITY LLC | Agency. Administrative And Accountingservices And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Sourcing LLC | RED GOLD LLC | Supply Agreement Dated 03/07/2024 | 0.00 |
| Red Lobster Sourcing LLC | RED GOLD, LLC | General Terms And Conditions Dated 03/07/2024 | 0.00 |
| Red Lobster Sourcing LLC | RED GOLD, LLC | Supply Agreement Dated 03/07/2024 | |
| Red Lobster Hospitality, LLC | RED LOBSTER  BEL AIR, INC. | Agency. Administrative And Accounting Services And Licensing Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Restaurants LLC | RED LOBSTER  BEL AIR, INC. | Agency. Administrative And Accounting Services And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Hospitality, LLC | RED LOBSTER  KANSAS LLC | Gift Card Program Agreement Dated 07/28/2014 | |
| Red Lobster Restaurants LLC | RED LOBSTER  KANSAS LLC | Administrative Support Services Agreement Dated 07/28/2014 | |
| Red Lobster Restaurants LLC | RED LOBSTER  KANSAS LLC | Gift Card Program Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Restaurants LLC | RED LOBSTER  KANSAS LLC | Administrative Support Services Agreement Dated 07/28/2014 | |
| RL Kansas LLC | RED LOBSTER  KANSAS LLC | Gift Card Program Agreement Dated 07/28/2014 | |
| Red Lobster Hospitality, LLC | RED LOBSTER ASIA, SDN. BHD. | Intellectual Property Agreement Dated 07/28/2014 | |
| Red Lobster Hospitality, LLC | RED LOBSTER ASIA, SDN. BHD. | Agreement For New Intellectual Property Dated 07/28/2014 | |
| Red Lobster Hospitality, LLC | RED LOBSTER BEL AIR, INC. | Lease Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Hospitality, LLC | RED LOBSTER CANADA, INC. | Royalty And Licensing Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Sourcing LLC | RED LOBSTER CANADA, INC., | Assignment And Assumption Agreement Dated 05/18/2016 | 0.00 |
| Red Lobster Restaurants LLC | RED LOBSTER CARES, INC., | Not For Profit Licensing Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Canada, Inc. | RED LOBSTER HOSPITALITY LLC | Royalty And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Restaurants LLC | RED LOBSTER HOSPITALITY LLC | Royalty And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Restaurants LLC | RED LOBSTER HOSPITALITY LLC | Gift Card Program Agreement Dated 07/28/2014 | |
| Red Lobster Restaurants LLC | RED LOBSTER HOSPITALITY LLC | Administrative Support Services Agreement Dated 07/28/2014 | 0.00 |
| RL Kansas LLC | RED LOBSTER HOSPITALITY LLC | Royalty And Licensing Agreement Dated 07/28/2014 | |
| RL Kansas LLC | RED LOBSTER HOSPITALITY LLC | Administrative Support Services Agreement Dated 07/28/2014 | |
| Red Lobster Canada, Inc. | RED LOBSTER MANAGEMENT LLC | Administrative Support Services Agreement Dated 07/28/2014 | |
| Red Lobster Restaurants LLC | RED LOBSTER MANAGEMENT LLC | Administrative Support Services Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Restaurants LLC | RED LOBSTER MANAGEMENT LLC | Administrative Support Services Agreement Dated 07/28/2014 | |
| RL Kansas LLC | RED LOBSTER MANAGEMENT LLC | Administrative Support Services Agreement Dated 07/28/2014 | |
| Red Lobster Hospitality, LLC | RED LOBSTER RESTAURANTS LLC | Agency. Administrative And Accountingservices  And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Hospitality, LLC | RED LOBSTER RESTAURANTS LLC | Agency. Administrative And Accounting Services And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Hospitality, LLC | RED LOBSTER RESTAURANTS LLC | Agency. Administrative And Accountingservices And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Hospitality, LLC | RED LOBSTER RESTAURANTS LLC | Agency. Administrative And Accounting  Services And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Hospitality, LLC | RED LOBSTER RESTAURANTS LLC | Royalty And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Hospitality, LLC | RED LOBSTER RESTAURANTS LLC | Gift Card Program Agreement Dated 07/28/2014 | |
| Red Lobster Hospitality, LLC | RED LOBSTER RESTAURANTS LLC | Administrative Support Services Agreement Dated 07/28/2014 | |
| Red Lobster Of Bel Air, Inc. | RED LOBSTER RESTAURANTS LLC | Lease Agreement dated 7/28/2014 | 0.00 |
| Red Lobster Of Bel Air, Inc. | RED LOBSTER RESTAURANTS LLC | Agency. Administrative And Accounting Services And Licensing Agreement Dated 07/28/2014 | |
| RL Kansas LLC | RED LOBSTER RESTAURANTS LLC | Royalty And Licensing Agreement Dated 07/28/2014 | |
| RL Kansas LLC | RED LOBSTER RESTAURANTS LLC | Gift Card Program Agreement Dated 07/28/2014 | |
| RL Kansas LLC | RED LOBSTER RESTAURANTS LLC | Administrative Support Services Agreement Dated 07/28/2014 | |
| RL Maryland, Inc. | RED LOBSTER RESTAURANTS LLC | Lease Agreement Dated 07/28/2014 | |
| RL Of Frederick, Inc. | RED LOBSTER RESTAURANTS LLC | Lease Agreement Dated 07/28/2014 | |
| RL Of Frederick, Inc. | RED LOBSTER RESTAURANTS LLC | Agency. Administrative And Accounting  Services And Licensing Agreement Dated 07/28/2014 | |
| RL Salisbury, LLC | RED LOBSTER RESTAURANTS LLC | Lease Agreement Dated 07/28/2014 | |
| Red Lobster Canada, Inc. | RED LOBSTER SOURCING LLC | Assignment And Assumption Agreement Dated 05/18/2016 | 0.00 |
| Red Lobster Restaurants LLC | REPUBLIC FOODS, INC. | Restaurant #265 Site Access Agreement Dated 4/1/2013 | 0.00 |
| Red Lobster Sourcing LLC | RESER'S FINE FOODS, INC. | General Terms And Conditions | 0.00 |
| Red Lobster Hospitality, LLC | RL Billings | Intercompany Agreement | 0.00 |
| Red Lobster Hospitality, LLC | RL KANSAS LLC | Royalty And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Restaurants LLC | RL KANSAS LLC | Royalty And Licensing Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Hospitality, LLC | RL OF FREDERICK, INC. | Agency. Administrative And Accounting  Services And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Restaurants LLC | RL OF FREDERICK, INC. | Lease Agreement Dated 07/28/2014 | |
| Red Lobster Restaurants LLC | RL OF FREDERICK, INC. | Agency. Administrative And Accounting  Services And Licensing Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Hospitality, LLC | RL OF JONESBORO, INC. | Employee Management And Services Agreement | |
| Red Lobster Hospitality, LLC | RL OF JONESBORO, INC. | Lease Agreement Dated 07/28/2014 | |
| Red Lobster Hospitality, LLC | RL SALISBURY LLC | Agency. Administrative And Accountingservices  And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Restaurants LLC | RL SALISBURY LLC | Lease Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Restaurants LLC | RL SALISBURY LLC | Agency. Administrative And Accounting  Services And Licensing Agreement Dated 07/28/2014 | |
| Red Lobster Hospitality, LLC | RLSV, INC. | Royalty And Licensing Agreement Dated 07/28/2014 | |

**RED LOBSTER**

*Assumed Executory Contracts*

| Debtor | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|
| Red Lobster Hospitality, LLC | RLSV, INC. | Gift Card Program Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Restaurants LLC | RLSV, INC. | Gift Card Program Agreement Dated 07/28/2014 | |
| RL Kansas LLC | RLSV, INC. | Gift Card Program Agreement Dated 07/28/2014 | |
| Red Lobster Restaurants LLC | ROY N WESLEY SR | Facility Service Agreement (Landscape) For Restaurant #6317 | 2,550.00 |
| Red Lobster Canada, Inc. | Royal Bank of Canada | Financial Services Agreement | 0.00 |
| Red Lobster Hospitality, LLC | SAGOLA CONTRACTING INC | General Services Agreement | 390.00 |
| Red Lobster Sourcing LLC | SAP AMERICA, INC. | Software License Agreement Dated 09/23/2014 | 0.00 |
| Red Lobster Canada, Inc. | SAVE ON MECHANICAL SERVICES LTD | General Services Agreement | 0.00 |
| Red Lobster Sourcing LLC | SEAONUS COLD STORAGE | Contracted Rates And Services Dated 03/08/2021 | 0.00 |
| Red Lobster Sourcing LLC | SEAONUS COLD STORAGE LLC | Confidential Contracted Rates And Services Dated 03/08/2021 | 0.00 |
| Red Lobster Sourcing LLC | SEAONUS COLD STORAGE-JACKSONVILLE LLC | First Am Ended And Restated Storage And Handling Agreement Dated 06/01/2023 | 0.00 |
| Red Lobster Restaurants LLC | Sedgwick Claims Management Services, Inc. | Claims Management Services Agreement | 0.00 |
| Red Lobster Hospitality, LLC | SERVICE SOLUTIONS OF TEXAS LLC | Facility Service Agreement | |
| Red Lobster Hospitality, LLC | SERVICE SOLUTIONS OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #0468 | |
| Red Lobster Restaurants LLC | SERVICE SOLUTIONS OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #0877 | |
| Red Lobster Restaurants LLC | SERVICE SOLUTIONS OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #6332 | |
| Red Lobster Restaurants LLC | SERVICE SOLUTIONS OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #6349 | |
| Red Lobster Restaurants LLC | SERVICE SOLUTIONS OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #6295 | 43,852.48 |
| Red Lobster Restaurants LLC | SERVICE SOLUTIONS OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #0416 | |
| Red Lobster Restaurants LLC | SERVICE SOLUTIONS OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #0691 | |
| Red Lobster Restaurants LLC | SERVICE SOLUTIONS OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #6308 | |
| Red Lobster Restaurants LLC | SERVICE SOLUTIONS OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #0545 | |
| Red Lobster Restaurants LLC | SERVICE SOLUTIONS OF TEXAS LLC | Facility Service Agreement (Hvac) For Restaurant #0334 | |
| Red Lobster Hospitality, LLC | SHAWNEE MILLING COMPANY CORPORATION | Formulation Agreement Dated 01/31/2024 | 0.00 |
| Red Lobster Hospitality, LLC | SHEER ENTERPRISES INC | General Services Agreement | 29,639.37 |
| Red Lobster Hospitality, LLC | SHEER ENTERPRISES, INC | Facilities Service Agreement For Restaurant #0179 Dated 07/07/2021 | |
| Red Lobster Restaurants LLC | SHEER ENTERPRISES, INC | Facility Service Agreement For Restaurant #0348 | 0.00 |
| Red Lobster Hospitality, LLC | SHEER ENTERPRISES, INC | Facilities Service Agreement For Restaurant #0179 Dated 07/07/2021 | |
| Red Lobster Hospitality, LLC | SILVER STATE REFRIGERATION & HVAC LLC | General Services Agreement | |
| Red Lobster Hospitality, LLC | SILVER STATE REFRIGERATION & HVAC LLC | Facility Service Agreement (Hvac) For Restaurant #6391 | |
| Red Lobster Restaurants LLC | SILVER STATE REFRIGERATION & HVAC LLC | Facility Service Agreement (Hvac) For Restaurant #0339 | 40,179.30 |
| Red Lobster Restaurants LLC | SILVER STATE REFRIGERATION & HVAC LLC | Facility Service Agreement (Hvac) For Restaurant #6257 | |
| Red Lobster Sourcing LLC | SLADE GORTON & CO., INC. | Tenth Amendment Dated 07/01/2016 | 0.00 |
| Red Lobster Canada, Inc. | SLADE GORTON & COMPANY, INC. | Authorized Use Agreement Dated 06/29/1998 | 0.00 |
| Red Lobster Hospitality, LLC | SMARTEST ENERGY | Service Agreement | 0.00 |
| Red Lobster Restaurants LLC | SMARTEST ENERGY US, LLC | Master Sales Agreement Dated 03/28/2023 | 0.00 |
| Red Lobster Hospitality, LLC | SOLANO MALL | Restaurant #727 Mall Sign Contribution And Maintenance Agreement Dated 12/13/1995 | 0.00 |
| Red Lobster Hospitality, LLC | SOUTHEAST MECHANICAL INC | Facility Service Agreement (Hvac) For Restaurant #6369 | 3,158.04 |
| Red Lobster Hospitality, LLC | STANLEY STEEMER INTERNATIONAL INC | General Services Agreement | 2,195.00 |
| Red Lobster Hospitality, LLC | STAR-WEST SOLANO LLC | Restaurant #727 First Amendment To Advertisement Agreement Dated 7/15/2021 | 0.00 |
| Red Lobster Restaurants LLC | STEVE DOVE | Facility Service Agreement (Snow) For Restaurant #0393 | 1,305.00 |
| Red Lobster Sourcing LLC | SUGAR FOODS CORPORATION | General Terms And Conditions | 0.00 |
| Red Lobster Canada, Inc. | SUN LIFE ASSURANCE COMPANY OF CANADA | Group Annuity Policy Dated 04/01/2008 | |
| Red Lobster Canada, Inc. | SUN LIFE ASSURANCE COMPANY OF CANADA | Group Annuity Policy Dated 07/28/2014 | 0.00 |
| Red Lobster Canada, Inc. | SUN LIFE ASSURANCE COMPANY OF CANADA | Service And Fee Agreement Dated 07/28/2014 | |
| Red Lobster Hospitality, LLC | SUPERIOR ALARM, INC. | Facilities Service Agreement For Restaurant #0685 Dated 01/19/2024 | 0.00 |
| Red Lobster Hospitality, LLC | SYMMETRY ENERGY SOLUTIONS, LLC | Transaction Confirmation 815378 Related To Base Contract / Gas Sales Agreement Dated 07/22/2014 | |
| Red Lobster Hospitality, LLC | SYMMETRY ENERGY SOLUTIONS, LLC | Transaction Confirmation Dated 12/21/2022 Related To Base Contract Dated 7/29/2014 | |
| Red Lobster Hospitality, LLC | SYMMETRY ENERGY SOLUTIONS, LLC | Transaction Confirmation Dated 12/7/2023 Related To Base Contract Dated 7/22/2014 | |
| Red Lobster Restaurants LLC | SYMMETRY ENERGY SOLUTIONS, LLC | Transaction Confirmation 859365 Related To Base Contract / Gas Sales Agreement Dated 07/29/2014 | 0.00 |
| Red Lobster Restaurants LLC | SYMMETRY ENERGY SOLUTIONS, LLC | Transaction Confirmation 815396 Related To Base Contract / Gas Sales Agreement Dated 07/29/2014 | |
| Red Lobster Restaurants LLC | SYMMETRY ENERGY SOLUTIONS, LLC | Transaction Confirmation 867056 Related To Base Contract / Gas Sales Agreement Dated 07/29/2014 | |
| Red Lobster Restaurants LLC | SYMMETRY ENERGY SOLUTIONS, LLC | Transaction Confirmation 803522 Related To Base Contract / Gas Sales Agreement Dated 07/29/2014 | |
| Red Lobster Sourcing LLC | TAMPA MAID FOODS | General Terms And Conditions Dated 06/26/2023 | 0.00 |
| Red Lobster Sourcing LLC | THE PROCTER & GAMBLE DISTRIBUTING LLC | Supply Agreement Dated 11/16/2023 | 0.00 |
| Red Lobster Sourcing LLC | THE PROCTER & GAMBLE DISTRIBUTING LLC | General Terms End Conditions Dated 06/13/2023 | |
| Red Lobster Hospitality, LLC | THE WALDINGER CORPORATION | Facility Service Agreement (Hvac) For Restaurant #6209 | |
| Red Lobster Hospitality, LLC | THE WALDINGER CORPORATION | Facility Service Agreement (Hvac) For Restaurant #6278 | |
| Red Lobster Restaurants LLC | THE WALDINGER CORPORATION | General Services Agreement | |
| Red Lobster Restaurants LLC | THE WALDINGER CORPORATION | Facility Service Agreement (Hvac) For Restaurant #0060 | 86,999.73 |
| Red Lobster Restaurants LLC | THE WALDINGER CORPORATION | Facility Service Agreement (Hvac) For Restaurant #0605 | |
| Red Lobster Restaurants LLC | THE WALDINGER CORPORATION | Facility Service Agreement (Hvac) For Restaurant #6365 | |
| Red Lobster Restaurants LLC | THE WALDINGER CORPORATION | Facility Service Agreement (Hvac) For Restaurant #0063 | |
| Red Lobster Restaurants LLC | THE WALDINGER CORPORATION | Facility Service Agreement (Hvac) For Restaurant #6232 | |
| Red Lobster Sourcing LLC | THE WASSERSTROM COMPANY | SUPPLY AGREEMENT DATED 04/01/2024 | 890,953.30 |
| Red Lobster Sourcing LLC | THE WASSERSTROM COMPANY | Supply Agreement Dated 02/01/2015 | 531,350.62 |
| Red Lobster Restaurants LLC | TIGER, INC | Transaction Confirmation Dated 6/10/2022 Related To Base Contract 7/16/2014 | 0.00 |
| Red Lobster Restaurants LLC | TIGER, INC | Transaction Confirmation Dated 4/17/2023 Related To Base Contract 7/16/2014 | |
| Red Lobster Canada, Inc. | TRANSALTA ENERGY MARKETING CORP | Retail Electricity Services Agreement Dated 12/6/2023 | 0.00 |
| Red Lobster Sourcing LLC | TRENTON COLD STORAGE INC | Addendum To Agreement Dated 07/01/2023 | 0.00 |
| Red Lobster Sourcing LLC | TRULY GOOD FOODS | General Terms And Conditions Dated 01/03/2024 | 0.00 |
| Red Lobster Hospitality, LLC | TWC SERVICES INC | General Services Agreement | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0479 | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0435 | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0075 | |
| Red Lobster Hospitality, LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0730 | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0079 | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #6303 | |
| Red Lobster Hospitality, LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #6220 | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0205 | |
| Red Lobster Hospitality, LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0330 | 5,768.85 |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0207 | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0365 | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0476 | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0285 | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #6348 | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0895 | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0620 | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0173 | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0883 | |
| Red Lobster Restaurants LLC | TWC SERVICES INC | Facility Service Agreement (Hvac) For Restaurant #0045 | |
| Red Lobster Canada, Inc. | TYCO INTEGRATED FIRE & SECURITY CANADA, INC | Statement Of Work Dated 07/01/2021 | TBD[2] |
| Red Lobster Canada, Inc. | TYCO INTEGRATED FIRE & SECURITY CANADA, INC. | Facilities Service Agreement For Restaurant #8184 Dated 04/19/2018 | 0.00 |
| Red Lobster Canada, Inc. | TYCO INTEGRATED FIRE & SECURITY CANADA, INC. D/B/A JOHNSON CONTROLS | Master Agreement For Security And Fire Life Safety Systems Dated 07/01/2021 | 0.00 |
| Red Lobster Canada, Inc. | TYCO INTEGRATED SECURITY CANADA, | Master Agreement For Protective Signaling Service Dated 09/12/2014 | 0.00 |
| Red Lobster Canada, Inc. | UBER PORTIER B.V. | Master Framework Letter Agreement Dated 11/03/2020 | 0.00 |
| Red Lobster Canada, Inc. | UBER PORTIER CANADA INC. | Amended And Restated Master Framework Letter Agreement Dated 07/01/2021 | 0.00 |
| Red Lobster Restaurants LLC | UBER TECHNOLOGIES, INC. | Amended And Restated Master Framework Letter Agreement Dated 07/01/2021 | 0.00 |
| Red Lobster Restaurants LLC | UGI ENERGY SERVICES, LLC | Customer Confirmation Agreement Dated 10/5/2021 | |
| Red Lobster Restaurants LLC | UGI ENERGY SERVICES, LLC | Customer Confirmation Agreement Dated 1/31/2023 | 0.00 |

[2]As described in the *Debtors' September 3, 2024 Status Report Regarding Cure Objection* [ECF No. 1105], the Parties need additional time to resolve the counterparty's cure objection.

**RED LOBSTER**
*Assumed Executory Contracts*

| Debtor | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|
| Red Lobster Restaurants LLC | UGI ENERGY SERVICES, LLC | Customer Confirmation Agreement Dated 8/1/2023 | |
| Red Lobster Sourcing LLC | UNILEVER FOOD SOLUTIONS | General Terms And Conditions | 0.00 |
| Red Lobster Hospitality, LLC | UNITED ENERGY TRADING, LLC | Transaction Confirmation Dated 1/24/2023 | 0.00 |
| Red Lobster Restaurants LLC | UNITED ENERGY TRADING, LLC | Natural Gas Base Contract Dated 10/6/2021 | |
| Red Lobster Canada, Inc. | UNITED FOOD AND COMMERCIAL WORKERS CANADA  LOCAL 401 | Memorandum Of Agreement Dated 02/28/2024 | 0.00 |
| Red Lobster Canada, Inc. | UNITED FOOD AND COMMERCIAL WORKERS CANADA  LOCAL1006A | Collective Agreement Dated 07/06/2022 | 0.00 |
| Red Lobster Restaurants LLC | UNITED MECHANICAL INC | General Services Agreement | 1,147.93 |
| Red Lobster Restaurants LLC | UNITED MECHANICAL INC | Facility Service Agreement (Hvac) For Restaurant #6379 | |
| Red Lobster Hospitality, LLC | UNITED PARCEL SERVICE, INC. | Restaurant #844 Temporary Parking Agreement Dated 10/25/2021 | 0.00 |
| Red Lobster Restaurants LLC | USA CONSTRUCTION & PROJECT MGMT EXCHANGE LLC | General Services Agreement | 8,519.76 |
| Red Lobster Hospitality, LLC | VAN HOOK SERVICE CO INC | General Services Agreement | |
| Red Lobster Restaurants LLC | VAN HOOK SERVICE CO INC | Facility Service Agreement (Hvac) For Restaurant #0410 | |
| Red Lobster Restaurants LLC | VAN HOOK SERVICE CO INC | Facility Service Agreement (Hvac) For Restaurant #0663 | 65,504.15 |
| Red Lobster Restaurants LLC | VAN HOOK SERVICE CO INC | Facility Service Agreement (Hvac) For Restaurant #0616 | |
| Red Lobster Restaurants LLC | VAN HOOK SERVICE CO INC | Facility Service Agreement (Hvac) For Restaurant #6252 | |
| Red Lobster Restaurants LLC | VAN HOOK SERVICE CO INC | Facility Service Agreement (Hvac) For Restaurant #0445 | |
| Red Lobster Restaurants LLC | VANCO COMMERCIAL SERVICE  LLC | General Services Agreement | |
| Red Lobster Restaurants LLC | VANCO COMMERCIAL SERVICE  LLC | Facility Service Agreement (Hvac) For Restaurant #0070 | |
| Red Lobster Restaurants LLC | VANCO COMMERCIAL SERVICE  LLC | Facility Service Agreement (Hvac) For Restaurant #6260 | 2,327.77 |
| Red Lobster Restaurants LLC | VANCO COMMERCIAL SERVICE  LLC | Facility Service Agreement (Hvac) For Restaurant #0076 | |
| Red Lobster Restaurants LLC | VANCO COMMERCIAL SERVICE  LLC | Facility Service Agreement (Hvac) For Restaurant #0585 | |
| Red Lobster Sourcing LLC | VENTURA FOODS, LLC | General Terms And Conditions Dated 01/17/2024 | 0.00 |
| Red Lobster Hospitality, LLC | WARDEN PROTECTION SERVICES LLC. | Security Service Agreement For Restaurant #0696 Dated 10/01/2021 | 0.00 |
| Red Lobster Hospitality, LLC | WARREN STROMME | Facility Service Agreement (Hvac) For Restaurant #0661 | 2,938.00 |
| Red Lobster Hospitality, LLC | WEATHERITE CORPORATION | General Services Agreement | |
| Red Lobster Hospitality, LLC | WEATHERITE CORPORATION | Facility Service Agreement (Hvac) For Restaurant #0518 | |
| Red Lobster Hospitality, LLC | WEATHERITE CORPORATION | Facility Service Agreement (Hvac) For Restaurant #0513 | |
| Red Lobster Hospitality, LLC | WEATHERITE CORPORATION | Facility Service Agreement (Hvac) For Restaurant #0270 | |
| Red Lobster Hospitality, LLC | WEATHERITE CORPORATION | Facility Service Agreement (Hvac) For Restaurant #0651 | |
| Red Lobster Hospitality, LLC | WEATHERITE CORPORATION | Facility Service Agreement (Hvac) For Restaurant #0510 | |
| Red Lobster Hospitality, LLC | WEATHERITE CORPORATION | Facility Service Agreement (Hvac) For Restaurant #0525 | 90,758.14 |
| Red Lobster Hospitality, LLC | WEATHERITE CORPORATION | Facility Service Agreement (Hvac) For Restaurant #0519 | |
| Red Lobster Hospitality, LLC | WEATHERITE CORPORATION | Facility Service Agreement (Hvac) For Restaurant #0577 | |
| Red Lobster Hospitality, LLC | WEATHERITE CORPORATION | Facility Service Agreement (Hvac) For Restaurant #6327 | |
| Red Lobster Hospitality, LLC | WEATHERITE CORPORATION | Facility Service Agreement (Hvac) For Restaurant #0608 | |
| Red Lobster Hospitality, LLC | WEATHERITE CORPORATION | Facility Service Agreement (Hvac) For Restaurant #0511 | |
| Red Lobster Hospitality, LLC | WEATHERITE CORPORATION | Facility Service Agreement (Hvac) For Restaurant #0516 | |
| Red Lobster Restaurants LLC | WGL ENERGY SERVICES, INC. | Firm Gas Confirmation Dated 5/1/2023 | 0.00 |
| Red Lobster Restaurants LLC | WGL ENERGY SERVICES, INC. | Purchase And Sales Agreement Dated 5/1/2023 | |
| Red Lobster Hospitality, LLC | WIND RIVER SERVICES INC | General Services Agreement | 14,164.00 |
| Red Lobster Hospitality, LLC | YOUR MAINTENANCE DEPT INC | General Services Agreement | 18,086.37 |

Assigned Unexpired Leases[2]

---

[2] For the avoidance of doubt, the Unexpired Leases of non-residential real property listed herein shall include any amendments, supplements or modifications thereto and any related agreements.

**RED LOBSTER**

*Assigned Unexpired Leases*

| Debtor | Assignee | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|---|
| Red Lobster Management LLC | RL Investor Holdings, LLC | PIEDMONT CNL TOWERS ORLAND LLC | Lease for Corporate Office | 0.00 |

Assigned Executory Contracts

**RED LOBSTER**
*Assigned Executory Contracts*

| Debtor | Assignee | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|---|
| Red Lobster Management LLC | RL Investor Holdings LLC | 11 TH HOUR BUSINESS CENTERS LLC DBA 11 TH HOUR BUSINESS SOLUTIONS | Services Agreement | $0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | 1-800-GOT-JUNK | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | 22SQUARED INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | 2537 S WABASH CHI LLC | License Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | 3CINTERACTIVE CORP | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | 3CSTUDIOS INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | 3F CONSULTING LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | 4 CORNER RESOURCES LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | 4 Corners Resources LLC | Red Lobster Service Agreement dated as of October 17, 2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | 5NINE SOFTWARE INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | A ARNOLD MOVING COMPANY D.B.A A ARNOLD WORLD CLASS RELOCATION | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | A B CLOSING CORPORATION | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | A CLOSER LOOK LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | A&E TELEVISION NETWORKS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | A&G REALTY PARTNERS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AA JOHNNY | Facilities Service Agreement 08/22/2007 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AAJ COMPUTER SERVICES INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AARON GORDON | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ABBY USA SOFTWARE HOUSE INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ABC GROUP USA LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ABHISHEK SUNDARRAJ | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ABSOLUTE SOFTWARE CORPORATION | Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACCERTIFY INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACCURATE BACKGROUND, LLC | End User Agreement Dated 9/30/2016 | 8,386.60 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACCURATE BACKGROUND, LLC | Insurance Policy (Property) Policy Number Cs D95041413 001 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACE AMERICAN INSURANCE COMPANY | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACE INSIGHTS LLC | Addendum 12 Dated 12/13/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Addendum No. 01 Dated 04/14/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Addendum 10 Dated 03/01/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Addendum 11 Dated 12/28/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Addendum No. 02 To Service Masters Agreement Dated 07/29/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Addendum No. 04 To Agreement No. D-349 Dated 06/30/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Addendum No. 04 To Application Services Master Agreement No. D-349 Dated 02/02/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Addendum No. 9 To Application Services Master Agreement No. D-349 Dated 05/01/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Addendum No. 01 To Application Services Master Agreement No.D-349 Dated 04/14/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Amendment 01 To The Aci Application Services Master Agreement No. D-349 Dated 07/29/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Amendment 1 To Master Agreement No. D-340 Dated 07/30/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Amendment 2 To Master Agreement No. D-349 Dated 05/05/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Amendment 3 To Master Agreement No. D-349 Dated 12/03/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Amendment 4 To Master Agreement No. D-349 Dated 03/31/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Addendum 13 To Application Services Master Agreement No. D-299 Dated 05/21/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Schedule 1 To Application Services Master Agreement No. D-345 Dated 05/21/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Schedule 2 To Application Services Master Agreement No. D349 Dated 03/31/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Schedule 3 To Application Services Master Agreement No. D-349 Dated 03/31/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Amendment 02 To Schedule 1 To The Application Services Master Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Amendment 03 To Schedule 1 To The Application Services Master Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Addendum 7 To Application Services Master Agreement No. D-349 Dated 03/10/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Addendum 11 To The Application Services Master Agreement No. D-349 Dated 07/23/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Addendum 14 To The Application Services Master Agreement No. D-349 Dated 09/11/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Addendum 8 To The Application Services Master Agreement No. D-349 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Application Services Master Agreement No. D-349 Dated 03/31/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACI WORLDWIDE CORP | Addendum No. 5 To Master Service Agreement Dated 10/11/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ACTIVE IDENTITY MANAGEMENT INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADO PROFESSIONAL SOLUTIONS INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADOBE INC. | Adobe Sales Order Dated 11/24/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADOBE INC. | Sales Order Dated 06/09/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADOBE INC. | Sales Order Dated 09/02/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADOBE INC. | Sales Order Dated 08/26/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADOBE INC. | Sales Order Dated 11/14/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADOBE INC. | Sales Order Dated 06/19/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADOBE INC. | Sales Order Dated 12/21/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADOBE INC. | Sales Order Dated 03/01/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADOBE INC. | Sales Order Dated 07/21/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADOBE INC. | Sales Order Dated 08/28/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADOBE INC. | Sales Order Dated 12/16/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADOBE INC. | Sales Order Dated 11/23/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADP , INC | Fourth Amendment To Global Master Services Agreement Dated 03/22/2023 | 5,611.79 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADP , INC. | Third Amendment To Global Master Services Agreement Dated 10/13/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADP LLC | Global Master Service Agreement Dated 03/24/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADP , LLC | Second Amendment | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADP, LLC | First Amendment To Global Master Services Agreement Dated 07/01/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADP , LLC | Second Amendment To Global Master Services Agreement Dated 08/22/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ADVERTIX COMMUNICATIONS, INC. DBA MACY'S MARKETING | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Aetna | Benefits Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AFAQ H SHAIK | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AFCO CREDIT CORPORATION | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIG Insurance Company of Canada | Basis Ad&D Group Insurance Contract Dated 7/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Master Service Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Order Form Number: Q-20505 Dated 04/29/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Order Form Number: Q-18820 Dated 11/20/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Order Form Number: Q-19484 Dated 01/20/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Order Form Number: Q-23325 Dated 09/15/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Order Form Number: Q-18308 Dated 12/09/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Order Form Number: Q-28324 Dated 07/26/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Order Form Number: Q-15851 Dated 05/20/2021 | 96,282.23 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Order Form Number: Q-14498 Dated 05/26/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Order Form Number: Q-17878 Dated 10/01/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Order Form Number: Q-27659 Dated 06/12/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Order Form Number: Q-22343 Dated 09/19/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Order Form Number: Q-22345 Dated 09/14/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Order Form Number: Q-25223 Dated 01/18/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AIRSHIP GROUP, INC. | Sales Order Dated 10/06/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ALASKA SEAFOOD MARKETING INSTITUTE | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ALIGHT SOLUTIONS LLC | Master Services Agreement Dated 2/23/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ALLIED WORLD INSURANCE COMPANY | Insurance Policy (First Excess Cyber) Policy Number 0311-5731 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ALSCO INC | Master Service Agreement | 69,441.68 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ALTERITY GROUP LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AMARANTA MARTINEZ | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AMAZON.COM | Services Agreement | 10,333.44 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AMERICAN GUARANTEE AND LIABILITY | Insurance Policy (First Excess Liability) Policy Number AEC-628199-02 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AMERICAN INTERNATIONAL REINSURANCE COMPANY, LTD. | Insurance Policy (First Excess Employment Practices) Policy Number 16153196 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | American Registry for Internet Numbers | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AMERICAN SOCIETY FOR TRAINING AND DEVELOPMENT INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AMERICAN WASTE CONTROL INC | Computer Agreement For Restaurant #0191 Dated 09/30/2004 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AMERIPRISE TRUST COMPANY | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ANALYTICS ACCELERATORS LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ANALYTICS QUOTIENT SERVICES INDIA PVT LTD | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ANDREW JOHN MANIE | Consulting Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ANT BRAINS CORPORATION | It Contracts | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ANTELOPE VALLEY SHOP LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ANYHILL | Services Agreement Dated 08/22/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS LLC | Amendment 1 To The Service Agreement, Dated 08/07/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS LLC | Amendment 2 To The Service Agreement Dated 09/05/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS LLC | Exhibit A To The Agreement Dated 02/02/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS LLC | Exhibit A To The Agreement Dated 08/29/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS LLC | Exhibit A To The Agreement Dated 02/16/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS LLC | Services Agreement And Statement Of Work Dated 05/13/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS LLC | Attachment To It Services Agreement- Attachment A 11 Statement Of Work Dated 02/13/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS LLC | Attachment To It Services Agreement Attachment A 31 Statement Of Work Dated 09/11/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS LLC | Statement Of Work 13 Dated 09/05/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS LLC | Attachment To It Services Agreement Attachment A 18 Statement Of Work Dated 09/11/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS LLC | Attachment To It Services Agreement- Attachment A-3 Statement Of Work Dated 03/18/2019 | |

**RED LOBSTER**
*Assigned Executory Contracts*

| Debtor | Assignee | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|---|
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | Attachment To It Services Agreement- Attachment A-5 Statement Of Work Dated 07/19/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | Attachment To It Services Agreement Attachment A-17 Statement Of Work, Dated 09/11/2023 | 73,260.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | Exhibit A To The Agreement Dated 06/07/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | It Services Agreement Dated 02/01/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | It Services Agreement Dated 04/03/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | It Services Agreement Dated 08/21/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | It Services Agreement Dated 09/18/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | It Services Agreement Dated 09/25/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | It Services Agreement Dated 09/27/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | It Services Agreement Dated 10/10/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | It Services Agreement Dated 10/17/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | It Services Agreement Dated 02/22/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | It Services Agreement Dated 07/25/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | It Services Agreement Dated 11/11/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APEX SYSTEMS, LLC | It Services Agreement Dated 08/28/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | APIAN STRATEGIES LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | APIS BUSINESS INTELLIGENCE LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | APP SOC INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | APPLE STUDIOS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | APPLIED PREDICTIVE TECHNOLOGIES, INC | It Contracts | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | APPS ASSOCIATES LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ARCH INSURANCE COMPANY | Insurance Policy (Arch Essential Excess Policy) Policy Number Abn1000391-00 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ARCHWAY MARKETING SERVICES INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Aris | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ARLENE HARD | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ARAMARK / Vestis | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ASSET MANAGEMENT TECHNOLOGIES (AKA MRE) | Master Order Form Agreement Dated 12/30/2016 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ASSET MANAGEMENT TECHNOLOGIES INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ASTUTE, INC | Customer Order Dated 07/12/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ASTUTE, INC | Master Agreement Dated 07/07/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ASTUTE, INC | Customer Order Dated 02/09/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ASTUTE, INC | Customer Order Dated 08/03/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ASTUTE, INC | Customer Order Dated 05/03/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ASTUTE, INC | Customer Order Dated 05/11/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ATHOS GROUP LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ATLANTIC LOGISTICS INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ATLAS VAN LINES INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ATOM TECH, INC | Master Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ATOM TECH, INC | Statement of Work | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AUDIO VISUAL INNOVATIONS INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AUGEO CLO INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AUTH0, INC | Sales Order Dated 10/15/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AUTH0, INC | Sales Order Dated 06/25/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AUTH0, INC | Identity Management Platform Subscription Agreement Dated 06/25/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AUTOMATED DATA PROCESSING TECHNICIANS INC | Master Service Agreement | 292.55 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AUTOMOX INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AVANADE INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AVtech | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AWX | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AXA XL - PROFESSIONAL INSURANCE | Insurance Policy (Excess Directors and Officers Liability - Run Off Policy) Policy Number Elu 196981-24 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AXA XL - PROFESSIONAL INSURANCE | Insurance Policy (Excess Directors and Officers Liability) Policy Number Elu 196981-24 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | AXIS EXCESS INSURANCE | Insurance Policy (Second Excess Cyber) Policy Number P-001-001294526-01 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AXIS INSURANCE COMPANY | Insurance Policy (Second Excess Directors and Officers Liability) Policy Number P-001-000411104-03 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | AXONIOUS, INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | B LINGO COMMUNICATIONS SDN BHD | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BADIA SPICES INC | License Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BADIA SPICES, INC | License Agreement Dated 7/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BALANCED PANTRY, LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANC OF AMERICA MERCHANT SERVICES, LLC | The Master Services Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANC OF AMERICA MERCHANT SERVICES, LLC | The Premium Gift Card Processing Agreement Dated 10/15/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANC OF AMERICA MERCHANT SERVICES, LLC | Amendment No. 12 Emv Addendum - User Acceptance And Regression Testing Dated 05/17/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANC OF AMERICA MERCHANT SERVICES, LLC | Amendment No. 4 Emv Addendum - User Acceptance And Regression Testing Dated 02/27/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANC OF AMERICA MERCHANT SERVICES, LLC | Amendment No. 5 Of The Master Services Agreement Dated 03/09/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANC OF AMERICA MERCHANT SERVICES, LLC | Amendment No. 7 Of The Master Services Agreement Dated 11/29/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANC OF AMERICA MERCHANT SERVICES, LLC | Amendment No. 5 Of The Master Services Agreement Dated 04/07/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANC OF AMERICA MERCHANT SERVICES, LLC | Amendment No. 3 Emv Addendum - User Acceptance And Regression Testing Dated 05/25/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANC OF AMERICA MERCHANT SERVICES, LLC | Amendment No. 11 Of The Master Services Agreement Dated 07/06/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANC OF AMERICA MERCHANT SERVICES, LLC | Amendment No. 6 Of The Master Services Agreement Dated 06/25/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANC OF AMERICA MERCHANT SERVICES, LLC | Amendment No. 10 Of The Master Services Agreement Dated 11/05/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANC OF AMERICA MERCHANT SERVICES, LLC | Statement Of Work No. 1 User Acceptance And Regression Testing Dated 02/17/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANC OF AMERICA MERCHANT SERVICES, LLC | Master Services Agreement Dated 08/22/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANC OF AMERICA MERCHANT SERVICES, LLC | Premium Gift Card Processing Agreement Dated 07/28/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANK OF AMERICA | Amendment No. 2 Data File Manager Addendum To Master Services Agreement Dated 06/30/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANK OF AMERICA | Amendment No. 4 Emv Addendum - User Acceptance And Regression Testing Dated 02/27/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANK OF AMERICA | Amendment No. 5 Of The Master Services Agreement Dated 03/09/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANK OF AMERICA | Amendment No. 7 Of The Master Services Agreement Dated 11/29/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANK OF AMERICA MERCHANT SERVICES, LLC | Amendment No. 2 Data File Manager Addendum To Master Services Agreement Dated 06/30/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANK OF AMERICA, N.A. | Amendment No. 12 Emv Addendum - User Acceptance And Regression Testing Dated 05/17/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANK OF AMERICA, N.A. | Amendment No. 3 Emv Addendum - User Acceptance And Regression Testing Dated 05/25/2016 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANK OF AMERICA, N.A. | Master Services Agreement Dated 08/22/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANK OF AMERICA, N.A. | Amendment No. 11 Of The Master Services Agreement Dated 10/05/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANK OF AMERICA, NA | Amendment No. 6 To The Master Services Agreement Dated 07/06/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANK OF AMERICA, NA | Amendment No. 8 Of The Master Services Agreement Dated 04/25/2018 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANK OF AMERICA, NA | Amendment No. 10 Of The Master Services Agreement Dated 11/05/2018 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BANK OF AMERICA, NA | Statement of Work No. 1 User Acceptance And Regression Testing Dated 02/17/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BARCLAYS BANK PLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BARKLEY, INC | Advertising Agency Services Agreement Dated 07/01/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BCD M&I LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BCD TRAVEL USA LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BEACON HILL STAFFING GROUP, LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BEAUTIFUL DAY PRODUCTIONS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BELL CANADA | Master Service Agreement | 190.23 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BENEFITED, LLC | Professional Service Agreement - Program Summary Dated 09/08/2022 | 278.87 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BENJAMIN M JOHNSON LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BENTON STOUT | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BERA | Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BEYONDTRUST SOFTWARE INC | It Services Agreement Dated 06/29/2016 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BFT ENTERTAINMENT, LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BILLIE NARDOZZI | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BLACK BOX INTELLIGENCE | Order Form Dated 06/01/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BLACK HILLS INFORMATION SECURITY LLC | It Services Agreement Dated 02/19/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BLACKBOARD INC. (AKA BBONE) | Master Service Agreement | 0.00 |
| RLSV, Inc. | RLSV II LLC | BLACKHAWK ENGAGEMENT SOLUTIONS | Merchant Agreement Dated 01/22/2018 | 325.63 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BLACKHAWK NETWORK INC | Services Agreement | 35,764.03 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BLACKHAWK US | Us Card Participation Agreement Dated 10/10/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BLINDSTER INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BLOOMBERG INDUSTRY GROUP INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BLUE CROSS AND BLUE SHIELD OF FLORIDA INC | Administrative Services Agreement Dated 01/01/2018 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Blue Shock | Executive Search Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BLUE WAVE RESOURCE PARTNERS LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Bluepaas | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BOILER & PROPERTY CONSULTING LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BOLD ORANGE COMPANY LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BOYS & GIRLS CLUB OF FARMINGTON | Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BRAND SYSTEMS INC | It Contracts | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BRANDI MILLOY INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BRASK ENTERPRISES, INC | Computer Agreement For Restaurant #0452 Dated 05/01/2009 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BRAVE SOFT TECH INC | It Services Agreement Dated 01/25/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BRAVE SOFT TECH INC | Attachment A-1: Statement Of Work Dated 01/25/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BRIGHT ROAD PRODUCTIONS, INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BRIGHTHOUSE NETWORKS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BRINK'S, INCORPORATED | Amendment To Services Agreement Dated 06/30/2015 | 767.76 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BRINKS CANADA LIMITED | Acquisition Agreement Dated 08/08/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BRINKS CANADA LIMITED / BRINKS CANADA LIMITED | Rider 2 Dated 09/12/2016 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BRINK'S U.S. | Services Agreement Dated 11/13/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BRINK'S U.S. | Services Agreement Dated 08/01/2009 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BRINK'S US A DIVISION OF BRINKS INCORPORATED | Services Agreement Dated 11/13/2014 Plus Amendments | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BRONIEC ASSOCIATES, INC. | Master Service Agreement | 0.00 |

**RED LOBSTER**
*Assigned Executory Contracts*

| Debtor | Assignee | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|---|
| Red Lobster Management LLC | RL Investor Holdings LLC | BUDGET TRUCK RENTAL LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BULLETIN INTELLIGENCE LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BUSINESS EXPRESS COURIER SERVICES INC | Services Agreement | 512.91 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BUSINESS FOR SOCIAL RESPONSIBILITY | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BUYATAB ONLINE INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BUYER ADVERTISING INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | BUYER ADVERTISING, INC | It Services Agreement October 9, 2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | C&S PRESS, INC | Services Agreement Dated 02/27/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | C3 | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CAMERON HENDERSON | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CARD CONNECT | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CARDFREE, INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CARDLYTICS INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CAREER ARC GROUP LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CARIBBEAN SUSTAINABLE FISHRIES USA INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CASHSTAR INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CASTLES TECHNOLOGY | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CATAPULT SYSTEMS | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CBRE INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CBS TELEVISION STUDIOS | Supply Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CCH A WOLTERS KLUWER BUSINESS | Services Agreement Dated 07/16/2021 | 0.00 |
| Red Lobster International Holdings, LLC | RL International Holdings Limited | Celus Holdings Limited | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CENTRAL FLORIDA COPY CTR | Services Agreement | 512.50 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CENTRAL FLORIDA PRESS | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CENTRIC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CENTRIC ACTUARIAL SOLUTIONS, LLC | Services Agreement Dated 01/21/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CENTURYLINK DBA LUMEN TECHNOLOGIES | Master Service Agreement | 55,589.52 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CERNA SOLUTIONS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CHAD BYERLY PHOTOGRAPHY | License Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CHAIN BRANDS INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CHANCEY'S TOWING | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CHARGEPOINT INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Charter | Services Agreement | 283.07 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CHASE PAYMENTECH | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CHECK THE GATE PRODUCTIONS | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CHEESECAKE FACTORY INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CHEQUED.COM | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CHEQUED COM (NKA AND SEE OUTMATCH) | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CIC PLUS, INC | Services Agreement Dated 01/09/2018 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CINGULAR AT&T | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CINTAS CORPORATION NO 2 | Master Service Agreement | 346,119.93 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CISION (FKA PR NEWSWIRE) | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CITRUS SPRINGS GROUP LLP | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CLARITY CONSULTING INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CLASS ACTION CAPITAL RECOVERY LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CLIFTONLARSON ALLEN | Services Agreement Dated 04/04/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CLIFTONLARSONALLEN LLP | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CM SYSTEMS LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CMS PAYMENTS INTELLIGENCE INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CNL PLAZA LTD | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COBBS ALLEN CAPITAL LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COGENSIA, LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COLLABERA, INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COLLEGE OF ENGINEERING AND COMPUTER SCIENCE INTERDISCIPLINARY DESIGN PROGRAM | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COLUMBIA CASUALTY COMPANY | Insurance Policy (Property) Policy Number Rmp 7035039490 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COLUMBIA CASUALTY COMPANY | Insurance Policy (Cyber) Policy Number 596488025 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMBINED RESOURCE SOLUTIONS, INC./CREATIVE RESTAURANT SOLUTIONS, INC. (CRS | Exit Interview Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC | First Amendment Dated 09/15/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC | Amendment No. 2 Dated 02/25/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC | Amendment No. 1 Dated 01/29/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC | Amendment No. 3 Dated 06/30/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC | Amendment No. 4 Dated 12/13/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC | Amendment No. 6 Dated 05/17/2022 | 89,542.31 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC | Amendment No. 5 Dated 02/22/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC | Amendment No. 7 Dated 06/14/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC | Managed Services Dated 04/11/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC | Managed Services Dated 10/12/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMCAST ENTERPRISE MANAGED SERVICES | Master Services Agreement Dated 03/29/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMCAST ENTERPRISE SERVICES | Sales Order Form Dated 04/18/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMCAST ENTERPRISE SERVICES | Sales Order Form Dated 08/01/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMCAST ENTERPRISE SERVICES | Sales Order Form Dated 04/18/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMM WORKS INVESTMENT HOLDING COMPANY | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMMER BEVERAGE CONSULTING | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMPETITRACK, INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMPSYCH CORPORATION | Administrative Services Agreement Dated 01/01/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMPSYCH CORPORATION | Business Associate Agreement Dated 03/05/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMPUCOM SYSTEMS, INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMPUSENSE INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMPUTER AID, INC (CAI) | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMPUWARE HOLDING CORP | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COMVOX SYSTEMS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONCEPTA TECHNOLOGIES LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONNECTRIA CORPORATION | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONNOR CODDINGTON | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONQUEST TECHNOLOGY SERVICES | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONSOLIDATED CATFISH PRODUCER LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONSTANT CONTACT | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONSTELLATION (ENERGY) | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONTINENTAL AMERICAN INSURANCE COMPANY | Master Application For Group Accidental Injury Dated 01/01/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONTINENTAL AMERICAN INSURANCE COMPANY | Master Application For Group Critical Illness Insurance Dated 01/01/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONTINENTAL AMERICAN INSURANCE COMPANY | Group Master Application Dated 07/28/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONTINENTAL INSURANCE | Insurance Policy (Lead Umbrella) Policy Number 7036157702 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONTINENTAL MILLS INC | License Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONTINENTAL MILLS, INC | License Agreement Dated 09/13/2012 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONTINENTAL MILLS, INC | Second Amendment To The License Agreement Dated 12/16/2013 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONTINENTAL MILLS, INC | First Amendment To The License Agreement Dated 02/27/2013 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONTINENTAL MILLS, INC | License Agreement Dated 09/13/2012 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONTINENTAL MILLS, INC | Master Intellectual Property License Agreement Dated 08/05/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONTRAST SECURITY, INC | End User Term Of Service Dated 05/14/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CONVERSANT LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COOPERATIVE PURCHASING GROUP LLC | Services Agreement | 2,500.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CORNERSTONE ONDEMAND, INC. | Order Form Dated 08/08/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | CORNERSTONE ONDEMAND, INC. | Master Agreement Dated 05/25/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | CORNERSTONE ONDEMAND, INC. | Order Form Dated 09/26/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CORNERSTONE ONDEMAND, INC. | Statement Of Work No. 3 Dated 09/22/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | CORNERSTONE ONDEMAND, INC. | Statement Of Work Dated 08/11/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | CORPORATE CREATIONS INTERNATIONAL INC. | Registered Agent Services Agreement Dated 09/15/2014 | 128.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COVINGLOR & BUFLING LLP | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | COX COMMUNICATIONS LAS VEGAS, INC. | Telecommunications Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Cradlepoint, Inc. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Cradlepoint, Inc. | Services Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | CREATIVE CIRCLE, LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CREATIVE FINANCIAL STAFFING LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CREATIVE RESTAURANT SOLUTIONS INC | Services Agreement | 727.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CROWDLY, INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CROWDTAP, INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Crown Castle Fiber | Vendor Agreement | 0.00 |

**RED LOBSTER**
*Assigned Executory Contracts*

| Debtor | Assignee | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|---|
| Red Lobster Management LLC | RL Investor Holdings LLC | CRYSTAL KENDALL DBA KENDALL | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CT CORPORATION SYSTEM | License Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CU SOLUTIONS GROUP INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CULINAIRE STAFFING LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CULINARY CONCEPTS GROUP, LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CUMULUS BROADCASTING, LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CURION LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CURLEY & PYNN PUBLIC RELATIONS MANAGEMENT INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CVENT, INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | CYLANCE INC. | License Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DARDEN CORPORATION | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DARDEN CORPORATION | License Agreement | 0.00 |
| RLSV, Inc. | RLSV II LLC | Darden, SV | Gift Card Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DARIO PIGNATELLI PHOTOGRAPHY | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DATABANK IMX, LLC | Services Agreement Dated 01/16/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DATACETTE COMPANY | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DATASSENTIAL INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DATASSENTIAL, INC. | Subscription Agreement Dated 10/17/2021 Plus Amendments | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DATATRANS LTD | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DAYACO INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DAVID DOBBS ENTERPRISES INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DAVID HIGGINS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DAYM GOOD ENTERTAINMENT INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DB ADVISOR LLC | Services Agreement Dated 12/07/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DB PERFORMANCE INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DC COLLECTIVE LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DCM STAFFING LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DDN PICTURES, INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DEBORAH HARBIN | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DEEPWATCH, INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Delicias Orange | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DELOITTE & TOUCHE LLP | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DELOITTE & TOUCHE LLP | Engagement Letter Dated 04/10/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Delta Dental | Benefits Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DEMISTO INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DEPENDABLE AUTO SHIPPERS, INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DESTINATION NASHVILLE | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DETERMINISTICS INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DEX IMAGING, INC. | It Services Agreement Dated 01/29/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DEX IMAGING, INC. | Statement Of Work A-L Dated 01/29/2021 | 3,262.35 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DIANA MARIE SHINN | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DIETRICH LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DIRECT SOURCE SEAFOOD | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DIRECTIONS RESEARCH INC | Master Service Agreement | 24,860.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DIRECTIONS RESEARCH INC | Professional Services Agreement Dated 07/09/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DIRECTV, LLC | Commercial Viewing Agreement Dated 06/30/2013 | 76,749.48 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DIRECTV, LLC | Commercial Viewing Agreement Dated 04/02/2012 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | DISCOVER PRODUCTS INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DISCOVERY COMMUNICATIONS, LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DIVERSEY, INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DIVERSIFIED COMMUNICATIONS | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DMX LLC | Master Service Agreement | 112,905.82 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOCUSIGN, INC | Order Form Dated 12/17/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOCUSIGN, INC | Order Form Dated 11/15/2011 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOCUSIGN, INC | Order Form Dated 12/17/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOCUSIGN, INC. | Order Form Dated 12/02/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOCUSIGN, INC. | Order Form Dated 12/27/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOCUSIGN, INC. | Order Form Dated 12/27/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOIT INTERNATIONAL LTD. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DONNELLY COMMUNICATIONS | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOOR DASH INC. | Amendment No. 6 To Doordash Agreement Dated 10/20/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOOR DASH INC. | Amendment No. 8 To The Delivery & Promotion Agreement Dated 03/26/2024 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOOR DASH INC. | Amendment No. 7- Alcohol Addendum Dated 11/07/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOORDASH INC | Delivery And Promotion Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOORDASH, INC. | Amendment No. 2 To Delivery And Promotion Agreement Dated 12/17/2020 | 1,057,204.51 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOORDASH, INC. | Electronic Record Of Contracts Dated 10/21/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOORDASH, INC. | Amendment No. 5 To Delivery And Promotion Agreement Dated 09/28/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOORDASH, INC. | Amendment No. 4 To Delivery And Promotion Agreement Dated 09/01/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOORDASH,INC | Delivery & Promotion Agreement Dated 01/11/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOUBLE TEASE LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DOWNTOWN DISCOUNT PRODUCE INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DR PEPPER/SEVEN UP INC. | Fountain Agreement Dated 06/30/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DR. PEPPER SEVEN UP INC | Amendment To Fountain Support Agreement Dated 01/23/2024 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DRESS THE DRINK, LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DRIVEN ACQUISITION INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DRMG MEDIA LTD | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DUFF & PHELPS HOLDINGS CORPORATION | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DUNBAR ARMORED INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DYNATA LLC | It Services Agreement Dated 10/30/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | DYNATA, LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Dynatrace LLC | Master License and Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EAN SERVICES LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EAN SERVICES, LLC | Global Corporate Services Dated 01/01/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EBIQUITY INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Eclipse | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ECOVA INC. | Total Energy & Sustainability Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ECOVA, INC. | Total Energy & Sustainability Service Agreement Dated 07/28/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ECOVA, INC. | Total Energy & Sustainability Service Agreement Dated 07/28/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ECOVA, INC. | Amendment No. 1 To Total Energy & Sustainability Service Agreement Dated 07/01/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | EDGEWATER TECHNOLOGY-ZEROZEN INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EDGEWOOD PARTNERS INSURANCE CENTER | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EGODITOR GMBH | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EGS ENGGIST & GRANDJEAN SOFTWARE SA | Master Customer Agreement Dated 08/30/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ELASTICSEARCH INC. | Order Form Dated 05/27/2021 | 30,979.64 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ELASTICSEARCH, INC | Order Form Dated 09/26/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ELASTICSEARCH, INC | Order Form Dated 01/17/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ELATICSEARCH INC | Subscription Addendum Dated 08/30/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ELEARNINGFORCE CORP. LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ELECTRO WATCHMAN, INC | Monitoring Agreement Dated 09/19/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EMAD MARWAN | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EMBARCADERO TECHNOLOGIES, INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EMKAY INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EMPLIFI INC. | Sales Order Dated 07/26/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EMPLIFI INC. | Fixed Priced Engagement Dated 07/27/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | EMPLOYMENTGROUP INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EMPLOYMENTGROUP INC. | Master Services Agreement Dated October 18, 2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EMPOW CYBER SECURITY INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ENDURANCE ASSURANCE CORPORATION | Insurance Policy (Directors And Officers Difference In Conditions Liability) Policy Number Adl300528R0900 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ENGIE | Services Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ENLIVEN, LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ENTERPRISE FLEET MANAGEMENT, INC | Master Equity Lease Agreement Dated 08/18/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ENTERPRISE FLEET MANAGEMENT, INC | Statement Of Policy And Procedures Dated 07/16/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ENTERPRISE FM TRUST | Master Equity Lease Agreement Dated 08/18/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ENTERPRISE FM TRUST, | Master Equity Lease Agreement Dated 08/14/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ENVIRONMENTAL HEALTH TESTING LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EPAX SYSTEMS, INC | Compactor Agreement For Restaurant #0186 Dated 02/23/2006 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EPB Fiber | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EPLUS TECHNOLOGY | It Services Agreement Dated 05/24/2023 | 496.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EPLUS TECHNOLOGY, INC. | Letter Agreement Dated 05/24/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | EPLUS TECHNOLOGY, INC. | Letter Agreement Dated 12/22/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EPSILON DATA MANAGEMENT, LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EPSON AMERICA, INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EQUIFAX WORKFORCE SOLUTIONS LLC | Universal Service Agreement Dated April 1, 2024 And All Amendments | |
| Red Lobster Management LLC | RL Investor Holdings LLC | EQUIFAX WORKFORCE SOLUTIONS LLC | Universal Service Agreement Dated July 1, 2014 And All Amendments | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EQUIFAX WORKFORCE SOLUTIONS LLC | Service Agreement Dated 04/01/2024 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | EQUINIX LLC | Sales Order Dated 12/10/2014 | |

**RED LOBSTER**

*Assigned Executory Contracts*

| Debtor | Assignee | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|---|
| Red Lobster Management LLC | RL Investor Holdings LLC | EQUINIX LLC | Sales Order Dated 01/01/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | EQUINIX LLC | Global Terms And Conditions Dated 12/10/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EQUINIX LLC | Sales Order Dated 11/28/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | EQUINIX LLC | Sales Order Dated 11/28/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ERNST & YOUNG | Services Agreement Dated 11/06/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ERNST & YOUNG LLP | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ETQ MANAGEMENT CONSULTANTS INC | It Contracts | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EVANIOS LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EVENTURES UNLIMITED INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EVEREST INDEMNITY INSURANCE COMPANY | Insurance Policy (Property) Policy Number Rp5p000227-231 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EVEREST NATIONAL INSURANCE COMPANY | Insurance Policy (Directors And Officers Liability) Policy Number Pc5cn00582-221 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EXCENTUS CORPORATION | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EXPRESS SCRIPTS, INC. | Master Service Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | EZCATER, INC. | Amendment No. 1 To Attachment A-1 Statement Of Work Dated 02/14/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | EZCATER, INC | Services Agreement Dated 07/24/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | FACEBOOK, INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FACTIVA | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FASOLD GLOBAL CONSULTING LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FASTLY, INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FEDERAL EXPRESS CORPORATION | Master Service Agreement | 91,957.48 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FEDERAL INSURANCE COMPANY | Insurance Policy (Employed Lawyers Liability & Crime) Policy Number 8255-3603 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FERRARA JERUM INTERNATIONAL | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FIELDPRINT - FINGERPRINTING | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FIFTH THIRD BANK | Master Service Agreement | 86,813.76 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FINANCIAL ENGINES ADVISORS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FINKEL, MARTWICK & COLSON | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FIRECRACKER FILMS LIMITED | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FIREMAN'S FUND INSURANCE COMPANY | Insurance Policy (Layered Excess Liability) Policy Number Us0026022232 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FIRST ADVANTAGE - LEXIS NEXIS | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FIRST DATA MERCHANT SERVICES LLC | Statement Of Work No. 1 User Acceptance And Regression Testing Dated 02/17/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FIRST DATA MERCHANT SERVICES LLC | Amendment No. 11 Of The Master Services Agreement Dated 10/05/2023 | |
| RLSV, Inc. | RLSV II LLC | FIRST DATA RESOURCES, LLC | Amendment No. 3 To The Customer Agreement Dated 07/16/2021 | |
| RLSV, Inc. | RLSV II LLC | FIRST DATA RESOURCES, LLC | Amendment No. 4 To The Customer Agreement Dated 07/28/2021 | 0.00 |
| RLSV, Inc. | RLSV II LLC | FIRST DATA RESOURCES, LLC | Amendment No. 5 To The Customer Agreement Dated 07/28/2021 | |
| RLSV, Inc. | RLSV II LLC | First Data Resources, LLC (F/k/a Transaction Wireless, Inc.) | Customer Agreement dated July 28, 2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | FIRST INSURANCE FUNDING OF CANADA INC | Services Agreement | 0.00 |
| RLSV, Inc. | RLSV II LLC | FISERV (GIFT CARDS US & CANADA) | Customer Agreement Dated 07/28/2014 | 0.00 |
| RLSV, Inc. | RLSV II LLC | FISERV CN (CREDIT CARDS) | Customer Agreement Dated 10/13/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FISERV US (CREDIT CARDS) | Master Services Agreement Dated 08/22/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FISHBOWL, INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FITFORCOMMERCE | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FITNESS INTERACTIVE | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FLEETMODE | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FLORIDA BLUE | Health Policy Dated 01/01/2018 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FLORIDA BLUE | Insurance Policy (Stop Loss Insurance) Policy Number Bcf11073 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | FOOD DONATION CONNECTION | Service Agreement Dated 08/04/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FOOD DONATION CONNECTION LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FOODIE TRIBE | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FOODLOGIQ | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FOODLOGIQ | Order Form Dated 02/11/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | FOODORA | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FOODSTYLING.COM INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FORTRA LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FOUNDRY.AI | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FOURTH ENTERPRISES, LLC | Services Order Form | 198.87 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FOURTH ENTERPRISES, LLC | Services Order Form | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FREEDOMPAY | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FREEMANN EXPOSITIONS | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FREMANTLEMEDIA (DEADLIEST CATCH) | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FRONT RANGE PATROL | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FRWD | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FSV PAYMENT SYSTEMS INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FTI CONSULTING | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FULFILLMENT PARTNERS INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FUNDSTREAM INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | FUTURES COMPANY WORLDWIDE LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GALE PARTNERS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GALLEY SOLUTIONS, INC. | Master Subscription Agreement Dated 09/13/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GARDA CANADA SECURITY CORP | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Garden Road Capital Advisors | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GAVRISH COLLECTIBLES LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL | Services Agreement Dated 11/20/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GEORGE AKRAM | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GEORGE RANDALL WARD | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GEOTAG INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GERALD L LEDUC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GLADDING S. MARKUNAS LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GLOBAL CASH CARD, INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GLOBAL CORE SOFTWARE, A TRADENAME OF GRANITE COMPLETE SOLUTIONS, LLI | Authorized Use Agreement Dated 09/21/1998 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GLOBAL GHOST GEAR INITIATIVE | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GLOBAL SUSTAINABLE SEAFOOD INITIATIVE | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GLOBAL TRUSTED ADVISORS (SEAFOOD INSPECTOR) | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GLOBIX SOLUTIONS LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GLOBOFORCE LIMITED DBA WORKHUMAN | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GNC CONSULTING, INC. | Form Of Attachment To It Services Agreement Dated 04/05/2023 | 77.50 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GNC CONSULTING, INC. | It Services Agreement Dated 10/07/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GOCHI CONSULTING LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GoDaddy | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GOLDEN BARREL PRODUCTS (M SIMON ZOOK CO) | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GOLDNER ASSOCIATES INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GOODWIN & ASSOCIATES HOSPITALITY SERVICES | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GOODWIN HOSPITALITY | Fee Agreement Dated 12/16/2014 And All Amendments | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GOODWIN HOSPITALITY | Fee Agreement/Amendments Dated 10/28/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GOOGLE | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GoToAssist | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GOVDOCS INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GOVDOCS INC | Program Subscription License From 12/1/2023 - 11/30/2024 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GRAEBEL VAN LINES, INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GRAND OLE OPRY LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GREATAMERICA FINANCIAL SERVICES CORPORATION | Compactor Agreement For Restaurant #0265 Dated 10/29/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GREATAMERICA FINANCIAL SERVICES CORPORATION | Compactor Agreement For Restaurant #0265 Dated 10/29/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GREATAMERICA FINANCIAL SERVICES CORPORATION | Compactor Agreement For Restaurant #0329 Dated 10/29/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GREATAMERICA FINANCIAL SERVICES CORPORATION | Compactor Agreement For Restaurant #0329 Dated 10/29/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GREATAMERICA FINANCIAL SERVICES CORPORATION | Compactor Agreement For Restaurant #0424 Dated 10/29/2018 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GREATAMERICA FINANCIAL SERVICES CORPORATION | Compactor Agreement For Restaurant #0424 Dated 10/29/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GREATAMERICA FINANCIAL SERVICES CORPORATION | Compactor Agreement For Restaurant #0557 Dated 10/29/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GREATAMERICA FINANCIAL SERVICES CORPORATION | Compactor Agreement For Restaurant #0605 Dated 10/29/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GREATAMERICA FINANCIAL SERVICES CORPORATION | Compactor Agreement For Restaurant #6217 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GREEN CABBAGE MARKETING, LLC | Subscription Agreement Dated 04/24/2023 | 8,146.07 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GRUBFATHER INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GRUBHUB HOLDINGS INC | It Services Agreement Dated 09/25/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GRUBHUB HOLDINGS INC. | Amendment No. 1 To Attachment A-1 Statement Of Work Dated 09/11/2018 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GRUBHUB HOLDINGS INC. | Amendment No. 2 To Attachment A-1 Dated 09/20/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GRUBHUB HOLDINGS INC. | It Services Agreement Dated 09/25/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GUIDEPOINT SECURITY LLC | Attachment To It Services Agreement Dated 07/14/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GUIDEPOINT SECURITY LLC | Red Lobster Services Agreement Dated 11/17/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GUIDEPOINT SECURITY LLC | Services Agreement Dated 11/17/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GUIDEPOINT SECURITY LLC | Attachment A-5: To It Services Agreement Dated 09/30/2020 | 9,920.25 |
| Red Lobster Management LLC | RL Investor Holdings LLC | GUIDEPOINT SECURITY LLC | Threat & Attack Simulation Services Professional Services Dated 11/11/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GUIDEPOINT SECURITY LLC | Attachment To It Services Agreement Dated 07/14/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | GUIDEPOINT SECURITY LLC | Sales Proposal Dated 12/13/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | HACKERONE INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HALLMARK BUSINESS CONNECTIONS INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HANNA23 LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HARRIS INSIGHTS & ANALYTICS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HARTFORD FIRE INSURANCE COMPANY | Insurance Policy (Business Travel Accident) Policy Number 10-Gta-101873 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HARTFORD LIFE & ACCIDENT INSURANCE COMPANY | Services Agreement | 0.00 |

**RED LOBSTER**

*Assigned Executory Contracts*

| Debtor | Assignee | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|---|
| Red Lobster Management LLC | RL Investor Holdings LLC | HARTO INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HAVI GLOBAL SOLUTIONS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HEALTHTRUST PURCHASING GROUP LP | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HEATHER HODGMAN | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HEI ST. LOUIS LLC (DBA THE WESTIN ST. LOUIS) | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HelloWorld | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HERC RENTALS INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HERO CONTENT | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HEWITT ASSOCIATES LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HEWLETT-PACKARD COMPANY | Print Services And Support Schedule Dated 04/30/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | HEWLETT-PACKARD COMPANY | Amendment No. 3 To Print Services And Support Schedule Dated 09/17/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | HEWLETT-PACKARD COMPANY | Amendment No. 4 To Print Services And Support Schedule Dated 03/02/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HEWLETT-PACKARD COMPANY | Amendment No. 2 Dated 06/08/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | HEWLETT-PACKARD COMPANY | Amendment No. 1 To Print Services And Support Schedule Dated 04/03/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | HIPAAX LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HIZZONER, LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HJW EXECUTIVE SEARCH LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HODGES-MACE LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HOTEL, APPRAISALS LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HOWROYD WRIGHT EMPLOYMENT AGENCY INC (DBA APPLE ONE) | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HRMALL INC (AFFILIATE OF IQ BACKOFFICE) | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HSA BANK | Employer Enrollment Agreement Dated 01/17/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | HSA BANK | Health Plan | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HSA BANK | Business Associate Addendum Dated 12/20/20 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | HSA BANK® | Employer Enrollment Agreement Dated 12/20/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HUGHES NETWORK SYSTEMS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HUMDINNER INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HYATT LEGAL PLANS, INC. | Agreement Dated 01/01/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HYATT REGENCY TAMAYA RESORT & SPA | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | HYDE PARK GROUP LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IANYWHERE SOLUTIONS INC | License Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IBM CREDIT LLC | Transaction Finance Agreement Dated 02/13/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ICIMS, INC | New Business Order Form Dated 05/30/20/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ICIMS, INC | Statement Of Work Dated 05/30/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ICIMS, INC. | Subscription Agreement Dated 05/30/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ICON INTERNATIONAL INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ICONTROL | Services Agreement Dated 08/01/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ICONTROL SYSTEMS USA LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ID WatchDog Inc. | Group Plan Agreement Dated 1/1/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IDOCUMENTS LLC DBA ICERTAINTY LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IMPACTWEATHER, INC | Master Services Agreement Dated 07/17/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IMPRACTICAL PRODUCTIONS LLC | Master Service Agreement | 0.00 |
| RLSV, Inc. | RLSV II LLC | INCOMM | Product Provider Master Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INCOMM CARD PARTICIPATION | Card Participation Agreement Dated 07/09/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INCONTACT INC | Services Agreement | 24,520.14 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INDEED, INC. | Subscription Service Agreement Dated 3/31/2024 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INFINITE TALENT, INC | Master Subscription Agreement Dated 06/01/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INFLIGHT CORPORATION | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INFORMATICA CORPORATION | License To Use Informatica Software Dated 10/31/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INFOSYS | Services Agreement Dated 05/12/2015 | 13,483.85 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INFOSYS BPM LIMITED | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INGENICO INC | Axium Hardware And Software Schedule Dated 09/20/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INGENICO INC | Acknowledgement Of Bill And Hold Transaction Dated 05/23/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INGENICO INC | Service Schedule Dated 09/20/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INGENICO INC | Master Agreement Dated 09/20/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INGENICO INC | Pos Terminal Purchase Agreement Dated 05/18/2016 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INGENICO INC | Service Agreement Dated 03/18/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INGENICO INC | Resolution Of Outstanding Issues Dated 03/26/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INGENICO INC | Hardware And Software Schedule Dated 09/20/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INGENICO INC | Master Agreement Dated 09/20/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INHARVEST INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INS BROKERS INC | Master Service Agreement | 166.20 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INSIGHT DIRECT USA INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INSIGHT GLOBAL LLC | Services Agreement Dated 07/01/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INSIGHT GLOBAL LLC | It Services Agreement Dated 07/01/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INSIGHT GLOBAL LLC | Attachment To It Services Agreement Dated 08/26/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INSIGHT GLOBAL LLC | Attachment To It Services Agreement Dated 10/20/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INSIGHT GLOBAL LLC | It Services Agreement Dated 12/18/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INSIGHT GLOBAL LLC | Attachment A-7: Statement Of Work Dated 09/12/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INSIGHT GLOBAL LLC | Attachment To It Services Agreement Dated 07/01/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INSIGHT GLOBAL LLC | Attachment Dated 03/01/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INSIGHT GLOBAL LLC | Attachment A-7: Statement Of Work Dated 08/14/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INSIGHT GLOBAL LLC | Attachment A-8: Statement Of Work Dated 08/14/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INSOURCE INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INTEGRICY CORPORATION | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INTELEPEER CLOUD COMMUNICATIONS LLC' | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INTERACTIVE COMMUNICATIONS INTERNATIONAL INC | Incomm Card Participation Agreement dated July 30, 2019, (the "Incomm Card Participation Agreement") | 19,947.21 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Interactive Communications International, Inc. | Incomm Card Participation Agreement dated July 30, 2019, (the "Incomm Card Participation Agreement") | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INTERFACE SECURITY SYSTEMS | Service Agreement 2014 Dated 07/28/2014 | 2,430.90 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INTERNATIONAL BUSINESS MACHINES | Statement Of Work 14-3Ibwk3 Dated 07/21/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | INTERNATIONAL BUSINESS MACHINES | Client Relationship Agreement Dated 04/14/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | INTRALINKS INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IPFS CORPORATION OF CALIFORNIA | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IPSWITCH INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | Amendment To The Master Services Agreement Dated 09/13/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | Amendment To Master Services Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | Renewal Schedule A: Program Pricing Schedule Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | Master Services Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | Renewal Schedule A: Program Pricing Schedule Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | Amendment No.3 To The Master Services Agreement Dated 12/01/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | Statement Of Work No. 1 Dated 12/01/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | Amendment To The Master Services Agreement Dated 09/20/2018 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IRON MOUNTAIN CANADA OPERATIONS | Amendment To Master Services Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IRON MOUNTAIN SECURE SHREDDING CANADA, INC. | Amendment No.3 To The Master Services Agreement Dated 12/01/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ISPOS MMA, INC. | Services Agreement Dated 08/06/2014 Plus Amendments | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ISPOT TV INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ITW FOOD EQUIPMENT GROUP | Agreement Dated 07/28/2014 | 14,796.10 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ITW FOOD EQUIPMENT GROUP LLC | Amendment to Installment Sales and Security Agreement made as of January 15, 2019, together with exhibits and orders issued thereunder | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | IUS JURIS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | J.R. SIMPLOT COMPANY | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | JAMES G SCELFO MD PA | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | JAMES GIBSON (DBA GIBSON CREATIVE SERVICES) | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | JAMF SOFTWARE, LLC | End User License And Services Agreement Dated 04/27/2018 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | JFS AND ASSOCIATES INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | JIMMY DEFLIPPO PHOTOGRAPHY | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | JOEL L SEES | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | JOEL AACH | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | JOEL AACH, DBA JOEL AACH CONSULTING | Services Agreement Dated 12/02/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | JOHN DUCEY | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | JOLT AUTOMATION LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | JONES LANG LASALLE BROKERAGE INC | Master Service Agreement | 49,500.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | JP MORGAN CHASE BANK NA | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Kaiser | Benefits Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KANGAROO REWARDS | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KANSET SERVICES INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KBACE TECHNOLOGIES INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KEA CLOUD INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KENNY SMITH ENTERTAINMENT GROUP LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KEPLER GROUP LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KERRY INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KEYSIGHT TECHNOLOGIES INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KFORCE INC. | Attachment A-2 Dated 05/22/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | KFORCE INC. | Services Agreement Dated 05/16/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | KFORCE INC. | Attachment A-3: Statement Of Work Dated 05/24/2021 | |

**RED LOBSTER**

*Assigned Executory Contracts*

| Debtor | Assignee | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|---|
| Red Lobster Management LLC | RL Investor Holdings LLC | KFORCE INC. | Attachment A-4: Statement Of Work Dated 04/01/2022 | 4,960.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KFORCE INC. | Attachment A-5: Statement Of Work Dated 05/19/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | KFORCE INC. | Attachment A-4: Statement Of Work Dated 07/25/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | KFORCE INC. | Attachment A-4: Statement Of Work Dated 06/01/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | KIMLEY-HORN AND ASSOCIATES INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KNOWLEDGELAKE INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KOLTER SOLUTIONS | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KONICA MINOLTA BUSINESS SOLUTIONS USA INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KORE WIRELESS INC | Master Terms And Conditions Agreement Dated 04/05/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KORE WIRELESS INC | Order Form Dated 04/21/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | KORE WIRELESS INC. | Master Terms And Conditions Agreement Dated 04/20/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | KPMG LLP | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | KPMG LLP | Master Professional Services Agreement Dated 07/30/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | LANGUAGE LOGIC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LARSEN & TOUBRO INFOTECH LIMITED | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LEASE QUERY LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LEONE MARKETING LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LEVEL 3 COMMUNICATIONS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LEXMARK INTERNATIONAL INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LIERA PAGAN | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LIFEWORKS (US) LTD | It Services Agreement Dated 08/01/2022 | 4,007.55 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LIFEWORKS (US) LTD | Statement Of Work (Sow) #2 Dated 06/13/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | LIFEWORKS (US) LTD | Statement Of Work (Sow) #1 Dated 06/13/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | LINEAGE LOGISTICS LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LITMUS SOFTWARE INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LITTLETON CONCIERGE MEDICINE, PLLC | Amendment No. 1 To Statement Of Work A-1 Dated 02/01/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LITTLETON CONCIERGE MEDICINE, PLLC | Services Agreement Dated 01/27/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | LL&D INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LLAD INC DBA RESPOND NEW MEXICO | Services Agreement Dated 03/01/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LLOYD'S OF LONDON | Insurance Policy (Terrorism And Sabotage Insurance) Policy Number B0509bowm2350802 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LLOYD'S UNDERWRITER SYNDICATE 1 - KLN 510 | Insurance Policy (Property) Policy Number B0509bowpn2352678 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LOCKTON COMPANIES | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Lockton Investment Advisors, LLC | Advisory Services Agreement Dated 9/20/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LOEWS SAPPHIRE FALLS RESORT | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LOGMEIN, INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LOOMIS ARMORED U.S., LLC | General Terms And Conditions For Services Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LOOMIS ARMORED U.S., LLC | Amendment No 1 Dated 05/01/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | LOOMIS ARMORED U.S., LLC | Amendment No. 1 Dated 06/23/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | LOOMIS ARMORED U.S., LLC | Agreement Dated 12/05/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | LOOMIS ARMORED US, LLC | Services Agreement Dated 12/05/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LOVE IT PRODUCTIONS | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LOXIA TECHNOLOGIES | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LOYALTY & CO | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | LUKES SEAFOOD | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | M SQUARED ONSTAGE INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MACDADE CONSTRUCTION INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MACHADO MANAGEMENT CONSULTING | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MAD MOBILE | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MAINSAIL HOUSING PARTNERS LLC | Master Service Agreement | 2,887.65 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MANAGED CARE ADVISORY GROUP | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MANHATTAN TELECOMMUNICATIONS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MANY HATS | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MARIO ROQUE | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MARITZ MOTIVATION | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MARK KENNETH ESCANO ALANO | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MARKEL BERMUDA LIMITED | Insurance Policy (Primary Employment Practices Liability Insurance) Policy Number Mkltt25gp0005943 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MARKETLAB INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MARNIE BROPHY | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MARSH USA INC | First Amendment To Agreement Dated 10/01/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MARSH USA INC | Agreement Dated 10/01/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MARSH USA INC. | Second Amendment To Agreement Dated 10/01/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MARSH USA LLC | Amendment To Agreement - 001 Dated 08/01/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MARSH USA LLC | Statement Of Work Dated 04/21/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MARTHA BARSS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MASTERCARD | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MCCI LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MDVIP, INC | Services Agreement Dated 01/25/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MEARS TRANSPORTATION GROUP | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MEDCOR INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MELTON FRANCHISE SYSTEMS INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MENTIMETER AB (PUBL) | Service Agreement Dated August 21, 2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MERCER (CANADA) LIMITED | Project Initiation Form Dated 01/18/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MERCER INVESTMENT CONSULTING, INC. | Engagement Letter Agreement Dated 04/29/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MERCHANT LINK LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MERCHANTLINK (ACQUIRED BY SHIFT 4) | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MERCURY TECHNOLOGIES INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MERKLE INC | It Services Agreement Dated 07/31/2018 | 391,365.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | METLIFE LEGAL PLANS | Renewal Agreement Dated 07/14/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | METLIFE LEGAL PLANS, INC. | Renewal Agreement Dated 07/25/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY | Group Insurance Program Agreement Dated 1/1/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICHAEL TRIMBOLI | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSOFT CORPORATION | Services Work Order Dated 11/10/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSOFT CORPORATION | Amendment To Contract Documents Dated 11/01/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSOFT CORPORATION | Product Giveaway Agreement Dated 07/12/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSOFT CORPORATION | Enterprise Enrollment Dated 11/01/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSOFT CORPORATION | Consulting Services Work Order Dated 06/18/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSOFT CORPORATION | Consulting Services Work Order Amendment# 1 Dated 06/02/2015 | 54,295.01 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSOFT CORPORATION | Consulting Services Work Order Dated 04/20/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSOFT CORPORATION | Server And Cloud Enrollment Dated 11/13/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSOFT CORPORATION | Consulting Services Work Order Dated 11/03/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSOFT CORPORATION | Consulting Services Work Order Dated 06/09/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSOFT CORPORATION | Consulting Services Work Order Dated 10/03/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSOFT CORPORATION | Server And Cloud Enrollment Amendment Dated 11/24/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSOFT CORPORATION | Product Giveaway Agreement Dated 05/24/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | Microsoft Corporation | Enterprise Enrollment (Direct) dated October 18, 2013, as renewed on October 20, 2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSTRATEGY SERVICES CORPORATION | Master Software License Agreement Dated 01/15/2013 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSTRATEGY SERVICES CORPORATION | Price Quotation And Purchase Agreement Dated 12/03/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSTRATEGY SERVICES CORPORATION | Master Software License And Services Agreement Dated 12/05/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MICROSTRATEGY SERVICES CORPORATION | Master Software License And Services Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MIDTOWN CONSULTING GROUP INC | Consulting Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MILWAUKEE WORLD FESTIVAL, INC. | Sponsorship Agreement Dated 2/1/2018 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MILWAUKEE WORLD FESTIVAL, INC. | Settlement Agreement Dated 2/20/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MIMECAST NORTH AMERICA | General Terms And Conditions Dated 03/30/2018 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MIMECAST NORTH AMERICA, INC | Statement Of Work No. 1 Dated 03/30/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MIMECAST NORTH AMERICA, INC. | Service Order Dated 03/30/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MJ CORPORATE SALES INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MOBI WIRELESS MANAGEMENT LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MOBILE DEMAND LC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MOBIVITY | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MOMENTFEED INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MOMENTFEED INC. | Master Services Agreement Dated 06/01/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MONTEREY BAY AQUARIUM FOUNDATION | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MOREDIRECT INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MOSS ADAMS LLP | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MOVES LIKE JAGGERS LC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MULESOFT INC. | Professional And Training Services Dated 11/29/2016 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MULESOFT INC. | Master Subscription Agreement Dated 11/29/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MULESOFT INC. | Master Subscription Agreement Dated 12/19/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MULESOFT, INC. | Master Subscription Agreement Dated 11/16/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | Multicultural Foodservice and Hospitality Alliance | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MVD COMMUNICATIONS LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MVP SYSTEMS SOFTWARE INC | Agency Services Agreement Dated 07/17/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MWW GROUP LLC | Amendment No. 12 To Services Agreement Dated 06/01/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MWW GROUP LLC | Amendment No. 7 To Services Agreement Dated 01/01/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MWW GROUP LLC | Amendment No. 9 To Services Agreement Dated 04/01/2021 | |

**RED LOBSTER**

*Assigned Executory Contracts*

| Debtor | Assignee | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|---|
| Red Lobster Management LLC | RL Investor Holdings LLC | MWW GROUP LLC | Amendment No. 10 To Services Agreement Dated 07/08/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MWW GROUP LLC | Amendment No. 11 To Services Agreement Dated 10/01/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MWW GROUP LLC | Amendment No. 13 To Services Agreement Dated 06/01/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MWW GROUP LLC | Amendment No. 14 To Services Agreement Dated 09/26/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | MWW GROUP LLC | Amendment No. 4 To Services Agreement Dated 06/01/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MWW GROUP LLC | Amendment No. 5 To Services Agreement Dated 06/01/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MWW GROUP LLC | Amendment No. 6 To Services Agreement Dated 04/01/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MWW GROUP LLC | Services Agreement Dated 06/01/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MWW GROUP LLC | Amendment No.1 To Services Agreement Dated 06/01/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | MWW GROUP LLC | Amendment No.2 To Services Agreement Dated 06/01/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | NAS RECRUITMENT SERVICES LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NAS RECRUITMENT SERVICES, LLC | Master Services Agreement 4/18/2019 Plus Sows | |
| Red Lobster Management LLC | RL Investor Holdings LLC | NATIONAL GIFT CARD CORP | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NATIONAL RESTAURANT ASSOCIATION | Services Agreement | 13,146.20 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NATIONAL RESTAURANT ASSOCIATION SOLUTIONS | Master Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NATIONAL SERVICE SOURCE INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NATIONAL SERVICE SOURCE INC | Master Service Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | NATIXIS SECURITIES AMERICAS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NATURALLY SLIM | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NAVIGATOR EXECUTIVE ADVISORS INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NAVISITE LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NCR CORPORATION | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NEHHEA TECHNOLOGY LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NERD MOUNTAIN LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NERDERY | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NETSKOPE, INC. | End User License Agreement Dated 10/17/2018 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NEUSTAR INFORMATION SERVICE INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NEW BENEFITS LTD | Employer Agreement For List Billing Dated 1/1/2024 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NEW DAY RECRUITING LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NEWS AMERICA MARKETING FSI LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NEXTBITE BRANDS LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NFL PRODUCTIONS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NHR NEWCO HOLDINGS LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NIELSEN CONSUMER LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NITIN VIKRAMRAO WAGH | General Terms And Conditions For Inspection Services Dated 06/01/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NORTHSTAR LEGAL INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NUCO2 LLC | Bill Of Sale Dated 05/26/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | NUCO2 LLC | Amendment No.1 To The Master Purchase Agreement Dated 05/02/2017 | 264,617.95 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NUCO2 LLC | Service Agreement For Restaurant #0172 Dated 08/30/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | NUCO2 LLC | Master Purchase Agreement Dated 10/01/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | NUTRICLINICAL SOLUTIONS LLC | Services Agreement Dated 08/28/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NUWAVE COMMUNICATIONS | Service Agreement Dated 06/13/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | NUWAVE COMMUNICATIONS, INC. | Services Agreement Dated 06/10/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | OCH SERVICES LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | OCH SERVICES LLC | Services Agreement Dated 08/03/2022 Plus Amendments | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ODP BUSINESS SOLUTIONS LLC | Supply Agreement | 15,107.44 |
| Red Lobster Management LLC | RL Investor Holdings LLC | OFDC COMMUNICATIONS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | OLIVE AND GOOSE LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | OMNI HOTELS & RESORTS | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ONDEMAND RESOURCES | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ONDEMAND RESOURCES LLC | Attachment A-2 To Services Agreement Dated 09/01/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ONEDINE LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ONETRUST LLC | Assignment And Assumption Agreement Dated 01/25/2024 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ONETRUST LLC | Renewal Order Form Dated 03/01/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ONETRUST LLC | Renewal Order Form Dated 12/06/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ONETRUST, LLC | Terms And Conditions - Cloud Deployment Dated 06/26/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ONSITERS LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | OPTUMRX, INC | Amendment 1 To Commitment Agreement Dated 01/01/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | OPTUMRX, INC. | Transparency Reporting Services Addendum  Healthtrust/Contrust Coalition Clients Dated 09/01/2024 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | OPTUMRX, INC. | Amendment 2 To Commitment Agreement Dated 01/01/2024 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE AMERICA, INC. | Master Agreement Dated 08/30/2013 and (i) any modifications or amendments thereto and (ii) any related active agreements | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE AMERICA, INC. | License And Services Agreement Dated 05/31/2012 and (i) any modifications or amendments thereto and (ii) any related active agreements | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE AMERICA, INC. | Master Agreement Amendment Two Dated 05/12/2020 and (i) any modifications or amendments thereto and (ii) any related active agreements | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE AMERICA, INC. | Ordering Document Dated 02/14/2015 and (i) any modifications or amendments thereto and (ii) any related active agreements | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE AMERICA, INC. | Master Agreement Dated 02/17/2015 and (i) any modifications or amendments thereto and (ii) any related active agreements | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE AMERICA, INC. | Master Agreement Dated 02/14/2015 and (i) any modifications or amendments thereto and (ii) any related active agreements | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE AMERICA, INC. | Master Agreement Dated 05/01/2015 and (i) any modifications or amendments thereto and (ii) any related active agreements | 322,829.51 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE AMERICA, INC. | Ordering Document Dated 04/01/2020 and (i) any modifications or amendments thereto and (ii) any related active agreements | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE AMERICA, INC. | Confidential Settlement Agreement And Release Dated 03/15/2016 and (i) any modifications or amendments thereto and (ii) any related active agreements | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE AMERICA, INC. | Ordering Document Dated 07/13/2018 and (i) any modifications or amendments thereto and (ii) any related active agreements | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE AMERICA, INC. | Ordering Document Dated 12/02/2019 and (i) any modifications or amendments thereto and (ii) any related active agreements | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE AMERICA, INC. | Ordering Document Dated 06/01/2015 and (i) any modifications or amendments thereto and (ii) any related active agreements | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE AMERICA, INC. | Ordering Document Dated 08/20/2015 and (i) any modifications or amendments thereto and (ii) any related active agreements | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE CREDIT CORPORATION | Payment Schedule Dated 05/21/2020 and (i) any modifications or amendments thereto and (ii) any related active agreements | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORACLE CREDIT CORPORATION | Payment Plan Agreement Dated 04/01/2020 and (i) any modifications or amendments thereto and (ii) any related active agreements | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORANGE COUNTY PARKS & RECREATION | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORION TECHNOLOGY SERVICES LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ORION TRADING WORLDWIDE, LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | OT TECHNOLOGY INC. | Assignment And Assumption Agreement Dated 03/25/2024 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | OT TECHNOLOGY INC. | Renewal Order Form Dated 07/07/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | OUTWARD INTELLIGENCE LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | OXFORD RELOCATION CENTER INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PAK-RITE RENTALS, INC. | Compactor Agreement For Restaurant #0241 Dated 11/05/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PAK-RITE RENTALS, INC. | Compactor Agreement For Restaurant #0566 Dated 11/03/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | PALMS INSURANCE COMPANY, LIMITED | Insurance Policy (Property) Policy Number 23-Pap-0009 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | PANAYA INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PANDERA SYSTEMS PLLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PARABLESOFT | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PARADIGM TAX GROUP HOLDING COMPANY | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PARQUET PUBLIC AFFAIRS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PARR RECOVERY INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PARSIFAL CORP | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PARTECH, INC | Software License Agreement Dated 07/25/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PARTECH, INC. | Amendment No. 1 To  Software License Agreement Dated 08/18/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | PARTNERS FILM INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PARTNERS IN LEADERSHIP LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PATHSOLUTIONS INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PATRICE & ASSOCIATES FRANCHISING INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PATRICK HARRIGAN | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PATRICK HENRY CREATIVE PROMOTIONS INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PATRICK SCHRADER | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PATRICK VERCNOCKE | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PAYFACTORS GROUP LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PAYLOGIX LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PAYNUITY INE LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PAYPAL | Merchant Agreement Dated 10/24/2016 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PAYPAL INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PEDRO LIMA | Master Services Agreement | 5,250.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PENNSYLVANIA TOURISM SIGNING TRUST | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PETER PAPPAS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PGI | License Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PHAIDON INTERNATIONAL (U S.) INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PHANTOM CYBER CORPORATION | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PILE AND COMPANY INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PLAY WITH A PURPOSE | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PLURALSIGHT | Sales Order Dated 08/07/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PLURALSIGHT | Sales Order Dated 09/14/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | POLARIS OWNERS ASSOCIATION INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PORTIER, LLC | Amendment No. 1 To Master Framework Agreement Dated 01/01/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PORTIER, LLC | Master Framework Letter Agreement Dated 10/03/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | Postmann | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | POSTMATES INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PR NEWSWIRE ASSOCIATION LLC | Services Agreement Dated 04/04/2017 Plus Amendments | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PREFERRED FREEZER SERVICES OF NORFOLK LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PRESTON MACK INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PREVALENT, INC. | Sales Proposal 36627-3 Dated 06/25/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PREVALENT, INC. | Software Service Subscription Agreement Dated 06/24/2021 | |

**RED LOBSTER**
*Assigned Executory Contracts*

| Debtor | Assignee | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|---|
| Red Lobster Management LLC | RL Investor Holdings LLC | PREVALENT, INC. | Statement Of Work No. 1 Dated 06/24/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | PRINCETON PUBLIC SPEAKING | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PRINCIPAL LIFE INSURANCE COMPANY | Adoption Agreement Dated 1/1/2024 With Amendments | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PRIZELOGIC LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PRODUCT EVALUATIONS INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PROFITALITY LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PROTIVITI INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PROTOBRAND SCIENCES INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PUBLICIS CANADA INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PUBLICIS KAPLAN THALER NY (PKT) | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PURE STORAGE, INC | End User Agreement Dated 10/12/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | PYTHIAN SERVICES USA INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | QBE | Insurance Policy (Excess Directors And Officers Liability - Run Off Policy) Policy Number 130007168 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | QBE | Insurance Policy (Excess Directors And Officers Liability) Policy Number 130007168 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | QSR AUTOMATIONS, INC. | Amended And Restated Pibchase License Agreement For Software And Services Dated 07/01/2009 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | QSR AUTOMATIONS, INC. | Purchase Order Reservation Quote Dated 08/24/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | QSR AUTOMATIONS, INC. | Automations Purchase Agreement Dated 07/22/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | QSR AUTOMATIONS, INC. | Amended And Restated Purchase License Agreement For Software And Services Dated 07/01/2009 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | QSR AUTOMATIONS, INC. | Assignment And Assumption | 11,080.96 |
| Red Lobster Management LLC | RL Investor Holdings LLC | QSR AUTOMATIONS, INC. | Assignment And Assumption Agreement Dated 09/24/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | QSR AUTOMATIONS, INC. | Amendment No. 1 To Automations Purchase Agreement Dated 11/01/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | QSR AUTOMATIONS, INC. | Understanding And Agreement Dated 04/03/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | QSR AUTOMATIONS, INC. | Automations Purchase Agreement Dated 07/15/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | QUANTIFIND INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Quest Software (Toad) | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | QUISITIVE LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | R. R. DONNELLEY & SONS COMPANY | Master Purchase Agreement Dated 08/05/2014 | 39.87 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RACKSPACE US INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RAINMAKER THINKING INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RANDALL R RICHMOND LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RANDSTAD TECHNOLOGIES LP | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Rare Hospitality International | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | READY NETWORKS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | REAF MARKETING INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RED CANARY INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RED DAWN SEI BUYER INC | Administrative Support Services Agreement Dated 07/28/2014 | 5,762.85 |
| RLSV, Inc. | RLSV II LLC | RED LOBSTER  KANSAS LLC | Gift Card Program Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster International Holdings, LLC | RL International Holdings LLC | RED LOBSTER ASIA SDN BHD | System Development Services Agreement Dated 12/31/2018 | 0.00 |
| Red Lobster International Holdings, LLC | RL International Holdings LLC | RED LOBSTER ASIA SDN BHD | System Development Services Agreement Dated 12/31/2018 | 0.00 |
| Red Lobster International Holdings, LLC | RL International Holdings LLC | RED LOBSTER ASIA, SDN. BHD | System Development Services Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster International Holdings, LLC | RL International Holdings LLC | RED LOBSTER ASIA, SDN. BHD. | Financial Services Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RED LOBSTER CANADA, INC. | Administrative Support Services Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RED LOBSTER HOSPITALITY LLC | Administrative Support Services Agreement Dated 07/28/2014 | 0.00 |
| RLSV, Inc. | RLSV II LLC | RED LOBSTER HOSPITALITY LLC | Royalty And Licensing Agreement Dated 07/28/2014 | 0.00 |
| RLSV, Inc. | RLSV II LLC | RED LOBSTER HOSPITALITY LLC | Gift Card Program Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster International Holdings, LLC | RL International Holdings LLC | RED LOBSTER INTERNATIONAL HOLDINGS LLC | Financial Services Agreement Dated 12/31/2018 | 0.00 |
| Red Lobster International Holdings, LLC | RL International Holdings LLC | RED LOBSTER INTERNATIONAL HOLDINGS LLC | System Development Services Agreement Dated 12/31/2018 | 0.00 |
| Red Lobster International Holdings, LLC | RL International Holdings LLC | RED LOBSTER INTERNATIONAL HOLDINGS LLC | Administrative Support Services Agreement Dated 12/31/2018 | 0.00 |
| Red Lobster International Holdings, LLC | RL International Holdings LLC | RED LOBSTER MANAGEMENT LLC | System Development Services Agreement Dated 12/31/2018 | 0.00 |
| Red Lobster International Holdings, LLC | RL International Holdings LLC | RED LOBSTER MANAGEMENT LLC | Financial Services Agreement Dated 12/31/2018 | 0.00 |
| Red Lobster International Holdings, LLC | RL International Holdings LLC | RED LOBSTER MANAGEMENT LLC | Administrative Support Services Agreement Dated 12/31/2018 | 0.00 |
| RLSV, Inc. | RLSV II LLC | RED LOBSTER MANAGEMENT LLC | Employee Management And Services Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RED LOBSTER RESTAURANTS LLC | Administrative Support Services Agreement Dated 07/28/2014 | 0.00 |
| RLSV, Inc. | RLSV II LLC | RED LOBSTER RESTAURANTS LLC | Gift Card Program Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster International Holdings, LLC | RL International Holdings LLC | Red Lobster Retail Asia Co., Ltd | Franchise Agreement | |
| Red Lobster International Holdings, LLC | RL International Holdings LLC | Red Lobster Retail Asia Co., Ltd | Franchise Agreement | 0.00 |
| Red Lobster International Holdings, LLC | RL International Holdings LLC | Red Lobster Retail Asia Co., Ltd | Franchise Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | REDDY RENTALS INC | Conpactor Agreement For Restaurant #0443 Dated 10/18/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | REED PAINTING LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | REFINITIV US LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | REGUS | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RELATIVE INSIGHT INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | REPUTATION INSTITUTE INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RESEARCH NOW GROUP INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RESEARCH NOW GROUP LLC | It Services Agreement Dated 10/30/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RESIDENCE INN BY MARRIOTT | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Restaurantes Unidos Restuama | Franchise Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RESTAURANTS OPERATORS INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Retail & Hospitality Information Sharing and Analysis Center (RH-ISAC) | Vendor Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | RETAIL CONSULTING SERVICES INC | Consulting Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RETAIL DEVELOPMENT CONSULTING | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RETAIL FINANCE INTERNATIONAL (AKA | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RETAIL TECHNOLOGY GROUP INCORPORATED | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RETARUS INC | Master Service Agreement | 2,229.56 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RINGCENTRAL INC. | Initial Order Form Dated 07/28/2017 | 48,840.48 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RINGCENTRAL, INC. | Change Order Form- Mvp Services Dated 12/21/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | RINGCENTRAL, INC. | Office Plan Purchase Agreement Dated 07/31/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | RINGCENTRAL, INC. | Change Order Form- Mvp Services | |
| Red Lobster Management LLC | RL Investor Holdings LLC | RINGCENTRAL, INC. | Change Order Form- Mvp Services Dated 12/21/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RINGCENTRAL, INC. | Statement Of Work No. 3 For Implementation Services Dated 11/17/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | RINGCENTRAL, INC. | Statement Of Work No. 2 For Implementation Services Dated 10/30/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | RINGCENTRAL, INC. | Office Plan Purchase Order Form Dated 07/28/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | RISHA GRANT | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Risk Strategies | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RIVERSIDE RISK ADVISORS | Consulting Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RLSV, INC. | Administrative Support Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RLSV, INC. | Employee Management And Services Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ROBERT HALF | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ROBERT T CARRELL | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ROCHESTER ARMORED CAR COMPANY, INC. | Services Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ROCKET SOCIAL IMPACT | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ROGERS COMMUNICATIONS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RONALD MICHEL | Supply Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RR DONNELLEY | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RTECH SOLUTIONS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RTOOR INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RUBICON GLOBAL LLC | Master Service Agreement | 13,420.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RUNZHEIMER | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RUSSELL EVANS | Services Agreement Dated 04/01/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RUSSELL L EVANS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | RYNE TECHNOLOGIES LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SADA SYSTEMS INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SADA SYSTEMS, INC. | Business License Agreement Dated 09/23/2024 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SAFE AND SOUND ARMED COURIER SERVICE INC. | Services Agreement Dated 07/29/2019 | 380.91 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SAFE AND SOUND ARMED COURIER SERVICES INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SAK THEATRE CO | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SALESFORCE, INC. | Order Form Dated 07/31/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SALESFORCE, INC. | Professional Services Addendum To The Master Subscription Agreement Dated 09/14/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SALESFORCE, INC. | Expert Service Statement Of Work Dated 09/14/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SALESFORCE.COM, INC. | Master Subscription Agreement Dated 09/22/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SALESFORCE.COM, INC. | Order Form Dated 09/28/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SANDERS CONSULTING GROUP INC. | Services Agreement Dated 08/01/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SANDY ALEXANDER INC | Master Service Agreement | 3,283.25 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SANIS ULTRACLEAN | Facilities Service Agreement For Restaurant #6228 Dated 09/30/2005 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SAS INSTITUTE INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SATISFI LABS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SAVE ON MECHANICAL SERVICES LTD | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SAWTOOTH SOFTWARE | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SCENTAIR | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SCHOLARSHIP AM TUITION REIM | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SCHOOX, INC. | First Amendment To Amended And Restated Services Agreement Dated 10/01/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SCHOOX, INC. | Second Amended And Restated Services Agreement Dated 10/01/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SCHOOX, INC. | First Amendment To Services Agreement Dated 08/01/2018 | 967.74 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SCHOOX, INC. | Second Amendment To Services Agreement Dated 03/19/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SCHOOX, INC. | Services Agreement Dated 11/02/2016 | |

**RED LOBSTER**
*Assigned Executory Contracts*

| Debtor | Assignee | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|---|
| Red Lobster Management LLC | RL Investor Holdings LLC | SCHOOX, INC. | Amended And Restated Services Agreement Dated 10/01/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SCHOOX, LLC | Order Form Dated 11/28/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SCHOOX, LLC | Order Form Dated 10/23/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SCLOGIC | License Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SCOTT BARNETT & ASSOCIATES | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SCOUT EXCHANGE LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SCRIPPS NETWORKS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SEAHORSE AGENCY & ASSOCIATE | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SEAHORSE AGENCY & ASSOCIATE | Facilities Services Agreement For Restaurant #0116 Dated 03/01/2005 | 4,658.13 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SEAN GANNON | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SEAON'S COLD STORAGE | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SEATTLE SHRIMP AND SEAFOOD COMPANY INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SECURITYMETRICS, INC | Services Agreement Dated 10/06/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SECURITYMETRICS, INC. | Attachment To It Services Agreement Dated 03/21/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SECURITYMETRICS, INC. | Attachment To It Services Agreement Dated 04/03/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SECURITYMETRICS, INC. | Attachment A-5 Statement Of Work Dated 08/11/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SECURITYMETRICS, INC. | Attachment A-5 Statement Of Work Dated 09/21/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SECURITYMETRICS, INC. | Pci Dss Onsite Assessment Statement Of Work A-10 Dated 05/18/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SECURITYMETRICS, INC. | Attachment A-6 Statement Of Work Dated 06/08/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SECURITYMETRICS, INC. | Attachment A-7 Statement Of Work Dated 06/08/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SECURITYMETRICS, INC. | Attachment A-9 Statement Of Work Dated 05/18/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SECURITYMETRICS, INC. | Attachment A-5 Statement Of Work Dated 07/13/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SECURITYSCORECARD | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SENSE 360 INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SENSORY SPECTRUM INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SENSORY SPECTRUM, INC | Services Agreement Dated 01/06/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SENTRY HOUSEHOLD SHIPPING INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SENYON STAFFING SERVICES INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Service Express | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SERVICE MANAGEMENT GROUP INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SERVICENOW, INC. | Master Ordering Agreement Dated 06/29/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SERVICENOW, INC. | Order Form Dated 02/14/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SGS NORTH AMERICA INC. | Supply Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SGS SOCIETE GENERALE DE SURVEILLANCE S.A. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SHERRIE TAN, SOLE PROPRIETOR | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SHI INTERNATIONAL CORP. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SIEENA DBA DEFINITY FIRST | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SIEGFRIED CEDAR LLP | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SIERRA CEDAR LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SIFT SCIENCE INC | Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SIGN UP4 LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SIGNATURE COMMERCIAL SOLUTIONS, LLC D/B/A SIGNATURE CONSULTANT) | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SILLIKER INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SIMPLELEGAL, INC. | Order Form Amendment Dated 07/21/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SIMPLELEGAL, INC. | Master Services Agreement Dated 02/25/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SIMPLELEGAL, INC. | Order Form Dated 02/27/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SINGLEPLATFORM LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SINGULAR LABS INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SKILLSOFT | License Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | S-L SNACKS NATIONAL, LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SLADE  GORTON & CO., INC | Amended And Restated Service Agreement Dated 07/01/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SLADE  GORTON & CO., INC | Amended And Restated Service Agreement T Dated 07/01/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SLADE GORTON & CO., INC | Second Amended And Restated Service Agreement Dated 01/01/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SLADE GORTON & CO., INC | Service Agreement Dated 12/31/1998 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SLADE GORTON & CO, INC | Third Amended And Restated Service Agreement Dated 07/01/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SLADE GORTON & CO., INC | Third Amended And Restated Service Agreement Dated 07/01/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SLADE GORTON & COMPANY, INC. | Authorized Use Agreement Dated 09/21/1998 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SLM WASTE & RECYCLING SERVICES INC | Master Service Agreement | 4,860.70 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SmartBear | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SNAGAJOB.COM INC | Master Service Agreement | 33,064.08 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SNAGAJOB.COM,INC. | Services Agreement Dated 6/16/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SNOWFLAKE INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SOC PRIME INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SOCIALYTE LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SOCRATIC TECHNOLOGIES INC | Master Service Agreement | 15,500.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SOCRATIC TECHNOLOGIES, INC. | Services Agreement Dated 01/12/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SOFTCHOICE CORPORATION | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SOFTGEN TECHNOLOGIES LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SOFTWAREONE, INC. | Amendment To Contract Documents Dated 11/01/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SOMOROFF STUDIOS, INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SOUNDHOUND, INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SOUTHWEST AIRLINES CO. | Master Service Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SOUTHWEST AIRLINES CO. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SOUTHWEST AIRLINES CO., | Subscriber's Agreement Dated 02/01/2024 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SPARK FOUNDRY | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Spectrum | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SPLASH BUSINESS INTELLIGENCE INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SPRINKLR INC | License Order Form (Lof) No. 3 Dated 04/30/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SPRINKLR INC. | License Order Form No. 4 Dated 06/01/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SPRINKLR, INC. | Statement Of Work (Sow) No. 4 Dated 04/30/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SPRINKLR, INC. | Master Service Agreement Dated 03/24/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SPRINKLR, INC. | Master Service Agreement Dated 03/24/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SPRINKLR, INC. | Order Form Dated 06/01/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SPRINKLR, INC. | Statement Of Work (Sow) No. 3 Dated 04/30/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SPRINKLR, INC. | Master Service Agreement Dated 03/17/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SPRINKLR, INC. | License Order Form (Lof) Dated 05/24/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SPRINKLR, INC. | Statement Of Work (Sow) Dated 05/24/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | SPRINT SOLUTIONS, INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SRINIVAS AMUDA | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STACY ROMYLO | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Starlink | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STARSTONE SPECIALTY INSURANCE COMPANY | Insurance Policy (Property) Policy Number U87784230icsp | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STATISTA INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STEFAN JOHNSON | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STELLAR DIGITAL MARKETING, LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STEPHANIE KRYSTAL NICOLA | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STEPHEN E BANDOR | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STERLING VENTURES | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STETON TECHNOLOGY GROUP INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STORMGEO, INC | Fourth Amendment Dated 07/23/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | STORMGEO, INC | Third Amendment Dated 07/23/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | STORMGEO, INC. | Second Amendment Dated 06/07/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STORMGEO, INC. | Fifth Amendment Dated 06/07/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | STORMGEO, INC. | Second Amendment Dated 06/07/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | STORMGEO, INC | Fourth Amendment  To Master Services Agreement Number 20140624-24534 Dated 07/23/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | STORMGEO, INC. (FORMERLY IMPACTWEATHER, INC | First Amendment Dated 06/17/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STORMGEO, INC. (FORMERLY IMPACTWEATHER, INC | First Amendment Dated 06/17/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STRATEGIC SOLUTIONS, INC. | Attachment A-3: Statement Of Work Dated 01/31/2018 | 23,498.81 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STRATEGIC SOLUTIONS, INC. | Master Services Agreement Dated 08/15/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | STRATEGIC SOLUTIONS, INC. | Managed I.T. Services Statement Of Work No. 1 Dated 08/21/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STRATEGIC SOLUTIONS, INC. | It Services Agreement Dated 04/12/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | STRATEGIC SOLUTIONS, INC. | Attachment A-2: Statement Of Work Dated 01/18/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | STRIDE HEALTH INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | STUDIO PECK LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SUMMERDALE PRODUCTIONS, LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SUNFIRE COMMUNICATIONS INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SUSTAINABILITY INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SUZANNE CONSIGLIO | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SWISS RE CORPORATE SOLUTIONS ELITE INSURANCE CORPORATION | Insurance Policy (Property) Policy Number Nap 2005752-00 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SWOON GROUP, LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SYMPHONY CORPORATE HOUSE SDN BHD | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SYNERGY INTERACTIVE | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | SYSTEM ONE HOLDINGS LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TABLETOP MEDIA, LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TALENTREEF, INC. | Statement Of Work #001 Dated 03/14/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TALENTREEF, INC. | Master Subscription Services Agreement Dated 12/21/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TALK CORPORATION | Amendment To The Universal Service Agreement Dated 05/11/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TALON-BUNTIN AMERICA | Master Services Agreement Dated 03/26/1997 Plus Amendments | |

**RED LOBSTER**
*Assigned Executory Contracts*

| Debtor | Assignee | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|---|
| Red Lobster Management LLC | RL Investor Holdings LLC | TALX CORPORATION | Schedule A - Compliance Center Service Dated 06/01/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TALX CORPORATION | Universal Service Agreement Dated 07/01/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TALX CORPORATION | Schedule A - Compliance Center Service Dated 01/01/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TAMARI CONSULTING GROUP, LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TANIUM INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TAYLOR CORPORATION | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TCI ACQUISITION CORPORATION | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, INC. DBA BLACK BOX INTELLIGENCE | Statement of Work Dated 11/01/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, INC. DBA BLACK BOX INTELLIGENCE | Attachment A-3: Statement Of Work Dated 05/31/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, LLC | People Report Membership Service Agreement Dated 07/25/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, LLC | Membership Service Agreement Dated 09/19/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, LLC DBA BLACK BOX INTELLIGENCE | Attachment A-5: Statement Of Work Dated 04/30/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, LLC DBA BLACK BOX INTELLIGENCE | Attachment A-11: Statement Of Work Dated 08/01/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, LLC DBA BLACK BOX INTELLIGENCE | Attachment A-16: Statement of Work Dated 08/01/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, LLC DBA BLACK BOX INTELLIGENCE | Attachment A-17: Statement Of Work Dated 01/01/2024 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, LLC DBA BLACK BOX INTELLIGENCE | Attachment A-9: Statement Of Work Dated 10/26/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, LLC DBA BLACK BOX INTELLIGENCE | Attachment A-12: Statement Of Work Dated 05/01/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, LLC DBA BLACK BOX INTELLIGENCE | Attachment A-13: Statement Of Work Dated 05/01/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, LLC DBA BLACK BOX INTELLIGENCE | First Amendment To Services Agreement Dated 05/25/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, LLC DBA BLACK BOX INTELLIGENCE | Attachment A-10: Statement Of Work Dated 02/01/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, LLC DBA BLACK BOX INTELLIGENCE | Attachment A-13: Statement of Work Dated 01/01/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, LLC DBA BLACK BOX INTELLIGENCE | Attachment A-7: Statement Of Work Dated 09/02/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TDN2K, LLC DBA BLACK BOX INTELLIGENCE | Attachment A-8: Statement Of Work Dated 09/30/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEAMCENTRIC TECHNOLOGIES LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TECHNOMIC INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEKSYSTEMS INC | Attachment A-10 Staff Augmentation: Statement Of Work Dated 10/20/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEKSYSTEMS, INC | Attachment A-5 Staff Augmentation: Statement Of Work Dated 05/15/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEKSYSTEMS, INC | Statement Of Work Dated 02/02/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEKSYSTEMS, INC | Attachment A-15: Statement of Work Dated 10/20/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEKSYSTEMS, INC | Attachment A-16: Statement Of Work Dated 10/20/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEKSYSTEMS, INC | Attachment A-12 Staff Augmentation: Statement Of Work Dated 11/23/2015 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEKSYSTEMS, INC. | Attachment A-13 : Statement Of Work Dated 03/22/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEKSYSTEMS, INC. | Attachment A-12 : Statement Of Work Dated 09/18/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEKSYSTEMS, INC. | Attachment A-11: Statement Of Work Dated 10/28/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEKSYSTEMS, INC. | Attachment A-9 Staff Augmentation: Statement Of Work Dated 09/02/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEKSYSTEMS, INC. | Attachment A-8 Staff Augmentation: Statement Of Work Dated 08/20/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEKSYSTEMS, INC. | Attachment A-7 Staff Augmentation: Statement Of Work Dated 09/02/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TENFOLD LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TERVIS TUMBLER COMPANY | Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TESTPLANT INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TETRAD COMPUTER APPLICATIONS INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEWS COMPANY | Services Agreement Dated 03/26/2015 | 3,640.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEWS CONSULTING, INC., DBA TEWS COMPANY | Statement Of Work A-4 – Contract For Sharepoint Developer Dated 06/06/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEWS CONSULTING, INC. DBA TEWS COMPANY | Statement Of Work A-5 – Sr. Software Engineer Bi Dated 09/06/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TEWS CONSULTING, INC., DBA TEWS COMPANY | Statement Of Work A-3 – Contract To Hire Sr. Systems Engineer, Etl Data Management Dated 12/02/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | THE COLEMAX GROUP LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | THE COMEDIAN COMPANY | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | THE COMTEK GROUP LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | THE CULINARY EDGE INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | THE DIGITAL ACCESSIBILITY CENTRE LTD | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | THE ECOLOGY GROUP INC | Service And Management Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | THE HERRING IMPACT GROUP LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | THE JAY GROUP INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | THE NPD GROUP LP | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | THE NPD GROUP, INC. | Services Agreement Dated 07/16/2014 Plus Amendments | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | THE OHIO CASUALTY INSURANCE COMPANY | Insurance Policy (Second Excess Liability) Policy Number Eco(23) 59038503 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | THE TRAVELERS INDEMNITY COMPANY | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | THELAB, LLC | Attachment A-2: Statement Of Work Dated 06/22/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | THELAB, LLC | Amendment No. 1 To Attachment A-3 Dated 04/01/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | THELAB, LLC | Services Agreement Dated 09/01/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | THELAB, LLC | Attachment A-4: Statement Of Work Dated 11/01/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | THELAB, LLC | Attachment A-5: Statement Of Work Dated 12/01/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | THELAB, LLC | Attachment A-6: Statement Of Work Dated 07/15/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | THELAB, LLC | Attachment A-7: Statement Of Work Dated 08/01/2022 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | THELAB, LLC | Attachment A-8: Statement Of Work Dated 03/01/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | THELAB, LLC | Attachment A-10: Statement of Work Dated 08/01/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | THELAB, LLC | Attachment A-9: Statement Of Work Dated 08/01/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | THREE TREES STUDIOS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TIDAL SOFTWARE, LLC | Order Form To Master Software Subscription And Services Agreement Dated 12/15/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TIK TOK INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TINES SECURITY SERVICES LIMITED | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | T-MOBILE | Telecommunications Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TOKENEX, INC. | Standard Terms Of Service Agreement 09/23/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TOLUNA USA INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TOTAL ARMORED CAR | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TOTAL ARMORED CAR SERVICES, INC. | Services Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TOTAL PRINT USA | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TOTUS GIFT CARD MANAGEMENT LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TOUCHPOINT INC | Services Agreement Dated 05/05/2016 | 2,233.01 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TOUCHSTONE MERCHANDISE GROUP | Master Service Agreement | 249.15 |
| RLSV, Inc. | RLSV II LLC | TRANSACTION WIRELESS, INC. | Amendment I To Customer Agreement Dated 10/20/2014 | 0.00 |
| RLSV, Inc. | RLSV II LLC | TRANSACTION WIRELESS, INC. | Customer Agreement Dated 08/26/2014 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TRANSACTION WIRELESS, INC. | Services Agreement Dated 02/12/2014 | 0.00 |
| RLSV, Inc. | RLSV II LLC | TRANSACTION WIRELESS, INC. | Amendment No. 2 To The Customer Agreement Dated 11/06/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TRANSLATIONS.COM INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TRASH FREE SEAS ALLIANCE | Services Agreement | 0.00 |
| RLSV, Inc. | RLSV II LLC | TRAVEL TAGS (TAYLOR CORP.) | Master Agreement Dated 04/11/2022 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | Insurance Policy (Third Excess Liability) Policy Number Ex-1W48163a-22-Nf | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TRENTON COLD STORAGE INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TRIAL PAY INC. | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TRIDENT SEAFOODS CORP | Supply Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TRINTECH INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TRINTECH INC | License Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TRIP ADVISOR | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TRIOVA, LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TURNER TRADE GROUP INC. | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TYCO INTEGRATED SECURITY LLC | Amendment To Master Agreement Dated 10/01/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | TYCO INTEGRATED SECURITY LLC | Master Agreement For Protective Signaling Service Dated 09/12/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | TYCO INTEGRATED SECURITY LLC | Master Service Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | UBER TECHNOLOGIES, INC. | Apt Additional Licensing Agreement Dated 03/13/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Ubesall | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | UI PATH SOFTWARE | Purchase Agreement Dated 02/04/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | UIPATH INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNINANCE WORLDWIDE INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNITED PARCEL SERVICE INC | Master Service Agreement | 172,195.21 |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNITED PARCEL SERVICE, INC. | Amendment No. 2 Dated 07/13/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNITED PARCEL SERVICE, INC. | Amendment No. 6 Program Agreement Dated 08/27/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNITED PARCEL SERVICE, INC. | Amendment No. 7 Program Agreement Dated 05/01/2023 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNITED PARCEL SERVICE, INC. | Amendment No. 1 Dated 07/02/2016 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNITED PARCEL SERVICE, INC. | Amendment No. 8 Dated 10/10/2021 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNITED PARCEL SERVICE, INC. | Amendment No. 5 Dated 09/20/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNITED STATES TREASURY | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNITED VAN LINES LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNITEDLEX CORPORATION | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNIVERSAL TELEVISION LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNIVERSAL TELEVISION LLC DATED 03/05/2020 | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNIVERSAL'S CABANA BAY BEACH RESORT | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | UNIVERSITY OF MAINE | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | UPSIDE SERVICES, INC. D.B.A. UPSIDE | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | URBAN AIRSHIP INC, D/B/A AIRSHIP | Amendment No. 2 To Order Form No. Q-08129 Dated 04/01/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | URBAN AIRSHIP INC., DBA AIRSHIP | Amendment No. 1 To The Order Form Dated 01/08/2020 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | URBAN AIRSHIP, INC. DBA AIRSHIP | Sales Order Dated 10/31/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | URBAN AIRSHIP, INC. DBA AIRSHIP | Master Subscription Agreement Dated 10/31/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | US BANK/FIRSTAR | Master Service Agreement | 32,916.03 |
| Red Lobster Management LLC | RL Investor Holdings LLC | US CLOUD LLC | It Services Agreement Dated 09/29/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | US CLOUD LC | Statement of Work No. 1 Dated 09/29/2023 | |

**RED LOBSTER**

*Assigned Executory Contracts*

| Debtor | Assignee | Counterparty | Description of Agreement | Final Cure Amount |
|---|---|---|---|---|
| Red Lobster Management LLC | RL Investor Holdings LLC | USER FRIENDLY CONSULTING, INC. | Consulting Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | UTILISAVE | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | VALASSIS | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | VAL-PAK DIRECT MARKETING SYSTEMS INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | VELOCITY TECHNOLOGY SOLUTIONS INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | Venafi | Vendor Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | VEREDUS CORPORATION | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | VERIFONE INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | VERITAS DIGITAL | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | VERITIV (PREVIOUSLY UNISOURCE WORLDWIDE) | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | VERIZON (LATER DBA CELLCO) | Telecommunications Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | VERTEX, INC. | It Services Agreement Dated 08/10/2016 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | VERTEX, INC. | Software License Agreement Dated 08/12/2016 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | VERTEX, INC. | Statement Of Work Number 2 Dated 07/29/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | VIACODE CONSULTING LLC | Support Escalation Agreement Dated 10/10/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | VIKING CLOUD | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | VISA USA | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | VISIBLE | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WAD PRODUCTIONS | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WAGEWORKS, INC. | Business Associate Agreement Dated 01/01/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | WAGEWORKS, INC. | Order Form Dated 01/01/2018 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WAGEWORKS, INC. | Order Form Dated 01/01/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | WALTERS MEDIA AND DESIGN | Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WAVE CONSULTING CORPORATION | It Contracts | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WEE BEASTIE | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WELLS FARGO & COMPANY | Agreement To Amend Certain Qualified Financial Contracts Dated 11/22/2019 | 80,010.90 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WELLS FARGO BANK, N.A. | Relocation Mortgage Program Agreement Dated 05/15/2015 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | WELLS FARGO BANK, N.A. | Institutional Client Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | WELLS FARGO BANK, N.A. | Administrative Services Agreement Dated 07/28/2024 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | WELLS FARGO BANK, N.A. | Agreement To Amend Certain Qualified Financial Contracts Dated 11/22/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WELLS FARGO BANK, N.A. | Institutional Client Agreement Dated 08/28/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | WELLS FARGO BANK, NATIONAL ASSOCIATION | Amendment To Commercial Card Agreement Dated 12/17/2020 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | WELLS FARGO BANK, NATIONAL ASSOCIATION | Commercial Card Agreement Dated 08/14/2017 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WELLS FARGO SECURITIES, LLC | Agreement To Amend Certain Qualified Financial Contracts Dated 11/22/2019 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WELLS FARGO SECURITIES, LLC | Institutional Client Agreement Dated 08/28/2019 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | WEST PUBLISHING CORPORATION | License Agreement | 540.18 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WESTCHESTER FIRE INSURANCE COMPANY | Insurance Policy (Management Liability) Policy Number G71828128 003 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WESTERN SURETY COMPANY | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WESTROCK COMPANY | Total Energy & Sustainability Service Agreement Dated 07/28/2014 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WESTROCK RKT COMPANY | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WHITE BOX SOCIAL INTELLIGENCE, INC. | Master Agreement Dated 03/27/2017 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | WHITE BOX SOCIAL INTELLIGENCE, INC. | Attachment A-6: Statement Of Work Dated 04/30/2021 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WHITE BOX SOCIAL INTELLIGENCE, INC. | Attachment A-2: Statement Of Work Dated 05/31/2018 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | WHITE IRON MARKETING | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WILLSON INTERNATIONAL LIMITED | Services Agreement | 279.42 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WINDLEY ELY | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WOMENS FOODSERVICE FORUM | Services Agreement | 8,105.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WORLD OF WONDER PRODUCTIONS INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WORLD WILDLIFE FUND INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | WYNN LAS VEGAS LLC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | XCELERATE MEDIA INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | xMatters, Inc. | Hosted Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | XO COMMUNICATIONS SERVICES LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | YASABELL RUIZ | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | YESMAIL INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | YOUGOV AMERICA INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | YP ADVERTISING & PUBLISHING LLC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZACKS ENTERPRISES INC | Master Service Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZENRIN USA INC. | License Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZOOM VIDEO COMMUNICATIONS INC | Services Agreement | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZOOM VIDEO COMMUNICATIONS INC. | Services Agreement Dated 03/28/2023 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZURICH AMERICAN INSURANCE COMPANY | Insurance Policy (Worker's Compensation) Policy Number Wc 0176233 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZURICH AMERICAN INSURANCE COMPANY | Insurance Policy (Foreign Casualty) Policy Number Zc 3320827-09 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZURICH AMERICAN INSURANCE COMPANY | Insurance Policy (Umbrella Liability) Policy Number Auc 281999-03** | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZURICH AMERICAN INSURANCE COMPANY | Insurance Policy (General Liability) Policy Number Glo 0176236 08 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZURICH AMERICAN INSURANCE COMPANY | Insurance Policy (Commercial Auto) Policy Number Bap 0176235 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZURICH AMERICAN INSURANCE COMPANY | Insurance Policy (Worker's Compensation (Retro)) Policy Number Wc 0176234 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZURICH AMERICAN INSURANCE COMPANY | Insurance Policy (Commercial General Liability) Policy Number Glo 0378588-03 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZURICH AMERICAN INSURANCE COMPANY | Services Agreement | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZURICH AMERICAN INSURANCE COMPANY | Insurance Policy (Commercial Auto) Policy Number Bap 0176235 08 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZURICH CANADA | Insurance Policy (Commercial Auto) Policy Number Ac 9801814 | 0.00 |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZURICH CANADA | Insurance Policy (Property) Policy Number 8843326 | |
| Red Lobster Management LLC | RL Investor Holdings LLC | ZURICH NORTH AMERICA | Insurance Policy (Property) Policy Number Ppr 0176332-09 | 0.00 |

# **EXHIBIT B**

**[Schedule of Post-Confirmation Date Negotiated Leases]**

| Debtor | Counterparty | Store Number | Description of Agreement | Extension Date |
|---|---|---|---|---|
| Red Lobster Restaurants LLC | FCPT Holdings LLC (Non-Master Lease) | Four Corners | Extension for Master Lease Four Corners | 9/12/2024 |
| Red Lobster Restaurants LLC | FCPT Holdings, LLC | RL1_6258 | Extension for Store Number RL1_6258 | 9/12/2024 |
| Red Lobster Restaurants LLC | FCPT Holdings, LLC | RL1_0685 | Extension for Store Number RL1_0685 | 9/12/2024 |
| Red Lobster Hospitality LLC | FCPT Holdings, LLC | RL1_0616 | Extension for Store Number RL1_0616 | 9/12/2024 |
| Red Lobster Hospitality LLC | FCPT Holdings, LLC | RL1_0569 | Extension for Store Number RL1_0569 | 9/12/2024 |
| Red Lobster Restaurants LLC | FCPT Holdings, LLC | RL1_0547 | Extension for Store Number RL1_0547 | 9/12/2024 |
| Red Lobster Restaurants LLC | FCPT Holdings LLC (Non-Master Lease) | RL1_0547 | Extension for Store Number RL1_0547 | 9/12/2024 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio III, LLC | ARCP III Portfolio | Extension for Master Lease ARCP III Portfolio | 9/15/2024 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio IV, LLC | ARCP IV Portfolio | Extension for Master Lease ARCP IV Portfolio | 9/15/2024 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio IX, LLC | ARCP IX Portfolio | Extension for Master Lease ARCP IX Portfolio | 9/15/2024 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio V, LLC | ARCP V Portfolio | Extension for Master Lease ARCP V Portfolio | 9/15/2024 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VI, LLC | ARCP VI Portfolio | Extension for Master Lease ARCP VI Portfolio | 9/15/2024 |
| Red Lobster Hospitality LLC | ARCP RL Portfolio VII, LLC | ARCP VII Portfolio | Extension for Master Lease ARCP VII Portfolio | 9/15/2024 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio VIII, LLC | ARCP VIII Portfolio | Extension for Master Lease ARCP VIII Portfolio | 9/15/2024 |
| Red Lobster Restaurants LLC | ARCP RL Portfolio X, LLC | ARCP X Portfolio | Extension for Master Lease ARCP X Portfolio | 9/15/2024 |
| Red Lobster Restaurants LLC | Spirit Master Funding IX, LLC | Spirit | Extension for Master Lease Spirit | 9/15/2024 |
| Red Lobster Hospitality LLC | CLK Ann Arbor, LLC | RL1_0260 | Extension for Store Number RL1_0260 | 10/20/2024 |
| Red Lobster Hospitality LLC | EIRREK RLF LLC | RL1_0345 | Extension for Store Number RL1_0345 | 10/20/2024 |
| Red Lobster Hospitality LLC | Barlas Enterprises, Inc. | RL1_0356 | Extension for Store Number RL1_0356 | 10/20/2024 |
| Red Lobster Hospitality LLC | Keystone Fiesta Plaza, LLC | RL1_0369 | Extension for Store Number RL1_0369 | 10/20/2024 |
| Red Lobster Hospitality LLC | Mascall Family Trust dated 10/14/2008 | RL1_0381 | Extension for Store Number RL1_0381 | 10/20/2024 |
| Red Lobster Hospitality LLC | Joe Amato East End Centre, LP | RL1_0445 | Extension for Store Number RL1_0445 | 10/20/2024 |
| Red Lobster Hospitality LLC | Krishnamoorti Family LP | RL1_0492 | Extension for Store Number RL1_0492 | 10/20/2024 |
| Red Lobster Hospitality LLC | Hanabi | RL1_0579 | Extension for Store Number RL1_0579 | 10/20/2024 |
| Red Lobster Hospitality LLC | Marine Iron & Ship Building Company | RL1_0630 | Extension for Store Number RL1_0630 | 10/20/2024 |
| Red Lobster Hospitality LLC | Century Plaza Commercial LLC | RL1_0653 | Extension for Store Number RL1_0653 | 10/20/2024 |
| Red Lobster Hospitality LLC | Anne Mohr, Trustee of The Horst Mohr Trust and Norman Mohr | RL1_0710 | Extension for Store Number RL1_0710 | 10/20/2024 |
| Red Lobster Hospitality LLC | Ironwood I LLC | RL1_0339 | Extension for Store Number RL1_0339 | 10/20/2024 |
| Red Lobster Hospitality LLC | GSMS 2011-GC5 East Broadway Boulevard, LLC | RL1_0869 | Extension for Store Number RL1_0869 | 10/20/2024 |
| Red Lobster Hospitality LLC | Steve Hongdur Lin/Carol Yao Lin Revocable Trust | RL1_0383 | Extension for Store Number RL1_0383 | 10/20/2024 |
| Red Lobster Hospitality LLC | Far Horizons Trailer Village LLC | RL1_0335 | Extension for Store Number RL1_0335 | 10/20/2024 |
| Red Lobster Hospitality LLC | RH Tacoma Place Associates, LLC and H.I.R. 3 | RL1_0453 | Extension for Store Number RL1_0453 | 10/20/2024 |
| Red Lobster Hospitality LLC | Office Complex Enterprises, Inc. | RL1_0568 | Extension for Store Number RL1_0568 | 10/20/2024 |
| Red Lobster Restaurants LLC | Aasthi, LLC | RL1_6257 | Extension for Store Number RL1_6257 | 10/20/2024 |
| Red Lobster Restaurants LLC | JPS Realty Management, LLC | RL1_0571 | Extension for Store Number RL1_0571 | 10/20/2024 |
| Red Lobster Restaurants LLC | NADG NNN RLOB (May-NJ) LP | RL1_0575 | Extension for Store Number RL1_0575 | 10/20/2024 |
| Red Lobster Restaurants LLC | GLR Property Management LLC | RL1_0563 | Extension for Store Number RL1_0563 | 10/20/2024 |
| Red Lobster Hospitality LLC | O'Beach, LLC | RL1_0678 | Extension for Store Number RL1_0678 | 10/20/2024 |
| Red Lobster Restaurants LLC | 2328 Commercial Way Properties LLC | RL1_0696 | Extension for Store Number RL1_0696 | 10/20/2024 |
| Red Lobster Restaurants LLC | Redwood NC LLC | RL1_6382 | Extension for Store Number RL1_6382 | 10/20/2024 |
| Red Lobster Hospitality LLC | K.I.R. Copiague L.P. | RL1_0614 | Extension for Store Number RL1_0614 | 10/20/2024 |
| Red Lobster Hospitality LLC | YYRL South Padre Island Drive Owner LLC; YYRL South Padre Island Drive | RL1_0163 | Extension for Store Number RL1_0163 | 10/20/2024 |
| Red Lobster Hospitality LLC | MI Claw LLC | RL1_0288 | Extension for Store Number RL1_0288 | 10/20/2024 |
| Red Lobster Hospitality LLC | JFCF Invest-3 LLC | RL1_0850 | Extension for Store Number RL1_0850 | 10/20/2024 |
| Red Lobster Hospitality LLC | Guima Brazil USA, LLC | RL1_6205 | Extension for Store Number RL1_6205 | 10/20/2024 |
| Red Lobster Restaurants LLC | 1359 SN Owners LLC | RL1_0874 | Extension for Store Number RL1_0874 | 10/20/2024 |
| Red Lobster Hospitality LLC | 3815 South Lamar, LP | RL1_0314 | Extension for Store Number RL1_0314 | 10/20/2024 |
| Red Lobster Restaurants LLC | Rod De Llano Family Partnership & Herbert & Isabel Wolfe Trust | RL1_6213 | Extension for Store Number RL1_6213 | 10/20/2024 |
| Red Lobster Hospitality LLC | Paul Family Trust dated 6/19/1997 | RL1_0393 | Extension for Store Number RL1_0393 | 10/20/2024 |
| Red Lobster Hospitality LLC | Smith Ranches; T&D Smith Family Trust dtd 7-2-1996 | RL1_0576 | Extension for Store Number RL1_0576 | 10/20/2024 |
| Red Lobster Hospitality LLC | Yavapai-Prescott Indian Tribe | RL1_0623 | Extension for Store Number RL1_0623 | 10/20/2024 |
| Red Lobster Restaurants LLC | Eastridge LP | RL1_0737 | Extension for Store Number RL1_0737 | 10/20/2024 |
| Red Lobster Hospitality LLC | Advanced Housing Developers Inc. | RL1_6246 | Extension for Store Number RL1_6246 | 10/20/2024 |
| Red Lobster Hospitality LLC | Broadway & Pearl Associates, LLC | RL1_6366 | Extension for Store Number RL1_6366 | 10/20/2024 |
| Red Lobster Hospitality LLC | Drury Development Corp | RL1_6286 | Extension for Store Number RL1_6286 | 10/20/2024 |
| Red Lobster Hospitality LLC | Briarholm, Inc. | RL1_0425 | Extension for Store Number RL1_0425 | 10/20/2024 |
| Red Lobster Hospitality LLC | Lincoln Holdings, LLC | RL1_6271 | Extension for Store Number RL1_6271 | 10/20/2024 |
| Red Lobster Hospitality LLC | 170 Wolf Road LLC | RL1_6228 | Extension for Store Number RL1_6228 | 10/20/2024 |
| Red Lobster Hospitality LLC | Rynako LP | RL1_6332 | Extension for Store Number RL1_6332 | 10/20/2024 |
| Red Lobster Canada, Inc | 714 Yonge Street Inc. | RLC_8119 | Extension for Store Number RLC_8119 | 10/20/2024 |
| Red Lobster Canada, Inc | KS AOB Toronto Inc. and Dundas Atrium Toronto Inc. | RLC_8176 | Extension for Store Number RLC_8176 | 10/20/2024 |
| Red Lobster Hospitality LLC | Edward Selby/Linda Selby Trust | RL1_0577 | Extension for Store Number RL1_0577 | 10/20/2024 |
| Red Lobster Restaurants LLC | ARMEL, LLC | RL1_0620 | Extension for Store Number RL1_0620 | 10/20/2024 |
| Red Lobster Restaurants LLC | JE Fuel, LLC | RL1_0607 | Extension for Store Number RL1_0607 | 12/4/2024 |

# EXHIBIT C

**[Zurich Agreement]**

## ASSUMPTION AND ASSIGNMENT AGREEMENT

THIS ASSUMPTION AND ASSIGNMENT AGREEMENT (this "Agreement"), dated as of September [●], 2024, is made by and among Red Lobster Management LLC ("Red Lobster"), on behalf of itself and its affiliated insureds (collectively and together with Red Lobster, the "Original Insureds"), RL Investor Holdings LLC (the "Assuming Entity"), and Zurich American Insurance Company, American Zurich Insurance Company, and American Guarantee and Liability Insurance Company, each on behalf of itself and its affiliates (collectively, "Zurich" and, together with the Original Insureds and the Assuming Entity, collectively, the "Parties," and each, a "Party").

WHEREAS, Zurich issued certain insurance coverage including, but not limited to, workers' compensation, automobile liability, general liability, property, and voluntary international employee compensation and employers' liability insurance to the Original Insureds under and subject to the terms, conditions and limitations of certain insurance policies (as renewed, amended, modified, endorsed or supplemented from time to time and for all policy periods and together with any agreements related thereto, collectively, the "Zurich Insurance Program");[1]

WHEREAS, as security for certain of the obligations under the Zurich Insurance Program (subject to the terms of the Zurich Insurance Program), the Original Insureds provided to Zurich (i) one or more irrevocable letters of credit in the current aggregate amount of $22,400,000.00 (collectively, as amended from time to time and together with the proceeds thereof, the "Existing LOCs"),[2] (ii) one or more loss funds in the current approximate aggregate amount of [$2,455,000.00] (collectively, the "Loss Fund"), and (iii) one or more collateral trust accounts in the current aggregate amount of $3,500,000.00 (collectively, and together with the funds contained therein, the "Trust Account" and together with the Existing LOCs, the Loss Fund, and any other cash, credits, letters of credit, or other collateral or security provided by or on behalf of the Original Insureds to Zurich and together with the proceeds of each of the foregoing, the "Zurich Collateral");[3]

---

[1] For the avoidance of doubt, the term Zurich as defined and used herein includes, but is not limited to, Zurich Services Corporation ("ZSC") and the term Zurich Insurance Program as defined and used herein includes, but is not limited to, any and all agreements by and among ZSC and any of the Original Insureds and that certain Paid Deductible and Paid Loss Retrospective Agreement by and among Red Lobster, on the one hand, and Zurich American Insurance Company and American Zurich Insurance Company, on the other hand, effective as of June 30, 2024 (as renewed, amended, modified, endorsed, or supplemented from time to time and including any exhibit or addenda thereto, the "Non-Policy Agreement").

[2] The Existing LOCs include, but are not limited to, that certain irrevocable letter of credit number IS000103616U issued by Wells Fargo, N.A. (the "Issuing Bank") in the current amount of $1,500,000 (as amended from time to time and together with the proceeds thereof, the "Released LOC"). The Existing LOCs other than the Released LOC shall be referred to herein as the "Non-Released LOCs."

[3] Any and all cash provided by or on behalf of the Original Insureds to Zurich and any and all credits shall be referred to herein as the "Cash Collateral" and is part of the Zurich Collateral. For the avoidance of doubt, the term Cash Collateral as defined and used herein shall not include the Existing LOCs and the Trust Account.

**WHEREAS**, on May 19, 2024 (the "Petition Date"), Red Lobster and certain of its affiliates (collectively, the "Debtors") filed petitions for relief commencing cases (collectively, the "Chapter 11 Case") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida (the "Court"), which cases were administratively consolidated at Case No. 6:24-bk-02486-GER;

**WHEREAS**, on May 20, 2024, the Debtors filed the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the New Insurance Program, (II) Authorizing Assumption of the Existing Insurance Program, and (III) Granting Related Relief* [Docket No. 41] (the "Assumption Motion"), seeking authority to, among other things, assume the Zurich Insurance Program in its entirety;

**WHEREAS**, on May 20, 2024, the Debtors filed the *Motion of the Debtors for Entry of Order (I)(A) Approving Bidding Procedures for Substantially all of the Debtors' Assets, (B) Authorizing the Debtors to Enter into Stalking Horse Agreement and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 49] (the "Sale Motion");

**WHEREAS**, on May 22, 2024, the Court entered the *Order (I) Authorizing the Debtors to Enter into the New Insurance Program, (II) Authorizing Assumption of the Existing Insurance Program, and (III) Granting Related Relief* [Docket No. 154] (the "Assumption Order"), granting the Assumption Motion and providing for, among other things, the assumption of the Zurich Insurance Program;

**WHEREAS**, on July 29, 2024, the Debtors filed the *Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates* [Docket No. 733] (as may be amended, modified, or supplemented from time to time, the "Plan") and the *Disclosure Statement for the Joint Chapter 11 Plan of Red Lobster Management LLC and Its Debtor Affiliates* [Docket No. 734] (the "Disclosure Statement");

**WHEREAS**, the Debtors now intend, and hereby represent and warrant that they intend, to proceed with the proposed sale of their assets pursuant to the Plan and not pursuant to the Sale Motion;

**WHEREAS**, in connection with the Plan and pursuant to that certain Amended and Restated Purchase Agreement by and among Red Lobster and the Assuming Entity, dated as of [August 22, 2024] (the "Purchase Agreement"), Red Lobster has agreed on behalf of itself and the other Original Insureds to sell, transfer and convey to the Assuming Entity, and the Assuming Entity has agreed to purchase, assume and acquire from the Original Insureds, as of the Closing Date (as such term is defined in the Purchase Agreement) all of the Original Insureds' right, title and interest in and to the Purchased Assets (as defined in the Purchase Agreement) and to assume

2

the Assumed Liabilities (as defined in the Purchase Agreement), as described more fully in the Purchase Agreement;

**WHEREAS**, on September [●], 2024, the Court entered the *[Findings of Fact, Conclusions of Law, and Order (I) Approving the Adequacy of the Disclosure Statement on a Final Basis and (II) Confirming the Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates]* [Docket No. [●]] (the "Confirmation Order"), which, among other things, approved the Disclosure Statement on a final basis, confirmed the Plan (including, without limitation, Article IV.A.3 of the Plan), approved the Purchase Agreement and this Agreement, and provides for the assignment of the Zurich Insurance Program to the Assuming Entity such that it shall become and remain liable in full for the Zurich Insurance Obligations (as defined herein);

**WHEREAS**, in furtherance of the transaction contemplated by the Purchase Agreement and pursuant to the Plan and Confirmation Order, the Assuming Entity has agreed to assume and to be bound by all liabilities, responsibilities and obligations of the Original Insureds under the Zurich Insurance Program including, but not limited to, the Zurich Insurance Obligations;

**WHEREAS**, the Original Insureds and the Assuming Entity have requested that Zurich consent to the assumption and assignment of the Zurich Insurance Program to the Assuming Entity, and as a condition for fulfilling such requests, Zurich has required, among other things, that the Original Insureds and the Assuming Entity execute this Agreement.

**NOW THEREFORE**, incorporating the foregoing herein, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound hereby, the Parties hereby agree as follows:

1.      <u>Conditions to Effectiveness</u>.  The effectiveness of this Agreement and Zurich's obligations hereunder shall be subject to the prior satisfaction of all of the following material conditions precedent:

1.1.    execution of this Agreement by all of the Parties;

1.2.    inclusion of this Agreement in the Plan Supplement (as such term is defined in the Plan) or as an exhibit to the Confirmation Order;

1.3.    entry of the Confirmation Order by the Court confirming the Plan and providing, among other things, that (i) this Agreement is approved and, subject to the execution of this Agreement by the Original Insureds, the Assuming Entity, and Zurich, the Original Insureds are authorized to and shall assign the Zurich Insurance Program and the Transferred Collateral (as defined herein) to the Assuming Entity, and the Assuming Entity shall assume and shall be liable for any and all now existing or hereinafter arising obligations, liabilities, terms, responsibilities, provisions and covenants of any of the Original Insureds under the Zurich Insurance Program, (ii) the Original Insureds are authorized to enter into this Agreement and grant a release to Zurich in relation to the Zurich Insurance Program, and (iii) the Confirmation Order is immediately effective upon its entry and any stay of the Confirmation Order pursuant to the Bankruptcy Code is waived, which Confirmation Order and Plan shall each be in a form acceptable to Zurich;

1.4.    assumption of the Zurich Insurance Program by the Original Insureds pursuant to the Plan and Confirmation Order;

1.5.    payment in full by the Original Insureds of all liquidated sums currently due and owing to Zurich under the Zurich Insurance Program;

1.6.    confirmation of receipt by Zurich of the Draw Funds (as defined herein);

1.7.    occurrence of the Closing Date (as such term is defined in the Purchase Agreement); and

1.8.    occurrence of the Effective Date of the Plan (as such term is defined in the Plan).

2.    <u>Transfer, Assignment and Assumption of Zurich Insurance Program</u>.  Subject to the occurrence of the date on which all of the conditions set forth in Section 1 hereof have been satisfied (such date, the "<u>Agreement Effective Date</u>"), and notwithstanding anything to the contrary in the Purchase Agreement, the Plan, the Disclosure Statement, the Confirmation Order, the Sale Motion, any other Definitive Document (as defined in the Plan), any motion, notice or order regarding cure amounts, any contracts schedule, any other order of the Court, and/or any document related to any of the foregoing:

2.1.    as of the Closing Date, the Original Insureds convey, transfer, and assign to the Assuming Entity and the Assuming Entity hereby accepts and assumes from the Original Insureds all currently existing and hereinafter arising rights, claims, title, interests, and responsibilities of the Original Insureds in, to, under, in connection with or relating to the Zurich Insurance Program, and the Assuming Entity agrees to observe, pay, perform, satisfy, fulfill and discharge any and all now existing or hereafter arising duties, terms, provisions, covenants, monetary and non-monetary obligations and liabilities of the Original Insureds or any of them under the Zurich Insurance Program, including, without limitation, any and all liabilities and obligations to pay or reimburse losses, defenses costs, expenses, and/or other amounts within any applicable deductibles and/or self-insured retentions, provide collateral and/or security as required by Zurich in accordance with the terms of the Zurich Insurance Program, pay premiums to Zurich, and pay service fees and/or other amounts to any applicable third party administrator (collectively and, for the avoidance of doubt, including any amounts not paid pursuant to paragraph 1.5 hereof, the "<u>Zurich Insurance Obligations</u>"); <u>provided</u>, <u>however</u>, that notwithstanding anything to the contrary in this Agreement and without altering the foregoing assumption of the Zurich Insurance Obligations by the Assuming Entity, the Assuming Entity is not entitled to coverage under the Zurich Insurance Program for claims against or by the Assuming Entity where the date of loss preceded the Closing Date (or as to claims-made policies, for claims made on or before the Closing Date), and, subject to the occurrence of the Agreement Effective Date, the Assuming Entity shall only be entitled to coverage under the Zurich Insurance Program pursuant to the terms of this Section 2 hereof; <u>provided</u>, <u>further</u>, that the Original Insureds shall remain

4

entitled to the coverage, if any, to which they were entitled under the Zurich Insurance Program for claims against or by the Original Insureds where the date of loss preceded the Closing Date (or as to claims-made policies, for claims made prior to the Closing Date);

2.2.   after the Agreement Effective Date, and notwithstanding anything to the contrary contained in the Zurich Insurance Program, Zurich shall endorse the Zurich Insurance Program to amend the Zurich Insurance Program to, as of the Closing Date, remove the Original Insureds as named insureds or insureds thereunder or party thereto and add the Assuming Entity as the named insured under and party to the Zurich Insurance Program, in each instance solely for the period from and after the Closing Date (collectively, the "<u>Amendment</u>"), and, as of and after the Closing Date, Zurich may enforce its rights under the Zurich Insurance Program against the Assuming Entity as though the Assuming Entity was the original named insured thereunder and a party thereto and, except as expressly set forth herein, the terms, conditions, limitations, deductibles, retentions, coverages, and policy periods under the Zurich Insurance Program remain unchanged and in full force and effect and enforceable against the Assuming Entity; <u>provided</u>, <u>however</u>, for the avoidance of doubt, the Assuming Entity shall only be entitled to the coverage that was provided to the Original Insureds under the Zurich Insurance Program and such coverage shall not include coverage for assets, operations or claims that were not otherwise covered by the terms and conditions of the coverage provided to the Original Insureds;

2.3.   as of and after the Closing Date, and subject to the terms of this Agreement including, without limitation, this Section 2 hereof, the Assuming Entity is entitled to receive all insurance benefits under the Zurich Insurance Program and the right, if any, to any return premiums, loss payments, expense adjustments, return of loss funds, and other benefits under the Zurich Insurance Program shall belong to the Assuming Entity, and not to the Original Insureds, and Zurich shall provide or pay all insurance benefits under the Zurich Insurance Program to the Assuming Entity as though the Assuming Entity were the original named insured under and party to the Zurich Insurance Program, which insurance benefits may include, but are not limited to, any return premiums, loss payments, expense adjustments, and return of loss funds under the Zurich Insurance Program; <u>provided</u>, <u>however</u>, that such agreement by Zurich is conditioned on and subject to the Assuming Entity's assumption and performance of all duties and obligations to Zurich under the Zurich Insurance Program including, but not limited to, the Zurich Insurance Obligations;

2.4.   as of the Closing Date, (i) the Original Insureds convey, transfer, and assign to the Assuming Entity and the Assuming Entity hereby accepts and assumes, subject to the continuing security interests and liens of Zurich, any and all of the Original Insureds' rights, claims, title, and interest, including, without limitation, any residual or contingent interest, in, to, under, in connection with or relating to the Draw Funds (as defined herein), the Loss

5

Fund, and the Cash Collateral (all of the foregoing, collectively, the "Transferred Collateral"), (ii) the Original Insureds hereby waive and release, and shall not have, any right, claim, title, or interest, including, without limitation, any residual or contingent interest, in, to, under, in connection with or relating to any of the Transferred Collateral, and (iii) the Transferred Collateral shall be deemed to have been provided by and/or on behalf of the Assuming Entity to Zurich, provided, that the Draw Funds are not and shall not be deemed to be property of any and all of respective bankruptcy estates of any of the Original Insureds and/or the Assuming Entity that exist, or that may exist, now, hereafter, or at any time; provided, further, that any and all of the Assuming Entity's reversionary interest, in, to, under, in connection with or relating to the Transferred Collateral is preserved; and

2.5.  **AS OF AND AFTER THE CLOSING DATE, NONE OF THE ORIGINAL INSUREDS SHALL BE INSURED UNDER, OR IN ANY WAY ENTITLED TO COVERAGE UNDER, THE ZURICH INSURANCE PROGRAM; PROVIDED, THAT THE ORIGINAL INSUREDS SHALL REMAIN ENTITLED TO COVERAGE TO WHICH THEY WERE ENTITLED UNDER THE ZURICH INSURANCE PROGRAM FOR CLAIMS AGAINST OR BY THE ORIGINAL INSUREDS WHERE THE DATE OF LOSS PRECEDED THE CLOSING DATE (OR AS TO CLAIMS-MADE POLICIES, WHERE THE CLAIM IS MADE PRIOR TO THE CLOSING DATE). FOR THE AVOIDANCE OF DOUBT, (A) THE ORIGINAL INSUREDS UNDERSTAND AND AGREE THAT, SUBJECT TO THE OCCURRENCE OF THE AGREEMENT EFFECTIVE DATE, AS OF THE CLOSING DATE, THEY WILL NO LONGER HAVE OR BE ENTITLED TO COVERAGE UNDER THE ZURICH INSURANCE PROGRAM FOR CLAIMS AGAINST OR BY THEM FOR LOSSES AFTER THE CLOSING DATE (OR AS TO CLAIMS-MADE POLICIES, WHERE THE CLAIM IS MADE ON OR AFTER THE CLOSING DATE), AND (B) THE ASSUMING ENTITY UNDERSTANDS AND AGREES THAT THIS AGREEMENT DOES NOT CREATE A RIGHT TO COVERAGE FOR IT UNDER THE ZURICH INSURANCE PROGRAM FOR CLAIMS AGAINST OR BY THE ASSUMING ENTITY PRIOR TO THE CLOSING DATE.**

3.  No Alteration of Zurich Insurance Program. Except as expressly set forth herein, nothing alters the terms and conditions of the Zurich Insurance Program and/or the availability or scope of coverage under the Zurich Insurance Program. For the avoidance of doubt, any discharge and/or release granted to the Original Insureds pursuant to the Plan, the Confirmation Order, any order granting the Sale Motion, and/or the Bankruptcy Code shall not prohibit any third-party claimants with claims against the Original Insureds from seeking relief from the injunctions set forth in Article VIII.A of the Plan from the Bankruptcy Court to proceed with their claims nominally against any of the Original Insureds in the appropriate judicial or administrative forum to recover under the Zurich Insurance Program including, without limitation, with respect to any

deductibles or self-insured retentions in accordance with the terms and conditions of the Zurich Insurance Program and applicable non-bankruptcy law; provided, however, that nothing herein lifts or modifies the automatic stay of section 362(a) of the Bankruptcy Code and/or the injunctions set forth in Article VIII.A of the Plan or the corresponding provisions in the Confirmation Order with respect to any such claims; provided, further, however, that the Original Insureds and/or the Assuming Entity, as applicable, shall comply with and satisfy any and all duties to cooperate with the defense of any claims in accordance with the terms of the Zurich Insurance Program.

4.      No Obligation or Liability of Zurich to Allocate Coverage.  As of the Agreement Effective Date, (i) Zurich shall be under no obligation whatsoever to determine the applicability of any insurance policy that makes up the Zurich Insurance Program, and/or the availability of coverage or proceeds thereunder, with respect to any underlying claim against the Original Insureds, the Assuming Entity, or both, except in the normal course of responding to the tender of a claim; (ii) without altering Zurich's ability to determine if coverage exists under the Zurich Insurance Program and how losses, insurance proceeds or benefits are allocated between or among multiple insureds or claimants, issues regarding allocation of losses, insurance proceeds or benefits as between the Original Insureds and the Assuming Entity shall otherwise be determined by and between the Original Insureds and the Assuming Entity, at their sole cost and expense; (iii) Zurich shall in no event be responsible or liable for any allocation or alleged misallocation of coverage or proceeds between the Original Insureds and the Assuming Entity; and (iv) the Original Insureds and the Assuming Entity hereby release and the Assuming Entity holds Zurich harmless from any responsibility or liability for any loss, cost, damage, or expense actually or allegedly incurred by the Original Insureds or the Assuming Entity relating to such allocation or misallocation as between the Original Insureds and the Assuming Entity and the Assuming Entity agrees to defend and indemnify Zurich with respect thereto.

5.      No Obligation of Zurich to Renew.  Zurich shall have no obligation to extend and/or renew any insurance coverage provided by Zurich to the Original Insureds including any insurance coverage conveyed, transferred, or assigned to, and accepted and assumed by, the Assuming Entity pursuant to this Agreement. **NO FURTHER NOTICE FROM ZURICH SHALL BE REQUIRED TO ALLOW THE ZURICH INSURANCE PROGRAM OR ANY PORTION THEREOF TO EXPIRE AND TERMINATE AT THE END OF ANY CURRENTLY APPLICABLE POLICY TERM.**

6.      No Limitation of Liability to Zurich.  Notwithstanding anything to the contrary in the Plan, the Purchase Agreement, the Disclosure Statement, the Confirmation Order, the Sale Motion, any other Definitive Document, any motion, notice or order regarding cure amounts, any contracts schedule, any other order of the Court, and/or any document related to any of the foregoing, as of the Closing Date any provision which reduces, limits or excludes (or purports to reduce, limit or exclude) the Assuming Entity's liability and/or obligations for all or any part of the Original Insureds' liabilities with respect to insurance shall not be applicable to, or reduce, limit, exclude, modify or impair in any respect, the Assuming Entity's liabilities and/or obligations to Zurich related to the Zurich Insurance Obligations, the Zurich Insurance Program, and/or this Agreement. The liabilities and obligations of the Assuming Entity under the Zurich Insurance Program shall be determined pursuant to the terms and conditions of the Zurich Insurance Program as though the Assuming Entity was the original named insured thereunder and a party thereto and as though the Chapter 11 Case had not occurred.

7

7. **Release by Original Insureds and Assuming Entity**. In consideration of the promises contained herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, upon the Agreement Effective Date, the Original Insureds, jointly and severally, on behalf of themselves, their bankruptcy estates and all parties claiming by, through or under each of them and each of their respective agents, employees, representatives, officers, attorneys, shareholders, members, partners, directors, successors, assigns, trustees, estates and predecessors in interest of each of the foregoing (collectively, and including any chapter 7 trustee appointed pursuant to the Bankruptcy Code, the "Original Insured Entities") and the Assuming Entity, jointly and severally, on behalf of itself and all parties claiming by, through or under it and its respective agents, employees, representatives, officers, attorneys, shareholders, members, partners, directors, successors, assigns, trustees, estates and predecessors in interest of each of the foregoing (collectively and together with the Original Insured Entities, the "Releasing Parties") hereby waive, release, acquit and forever discharge Zurich and each of its respective agents, employees, representatives, officers, attorneys, shareholders, directors, parents, subsidiary corporations, affiliates, successors, assigns, trustees and predecessors in interest (collectively, the "Zurich Releasees") from any and all claims, counterclaims, rights, demands, obligations, causes of action, actions, costs, damages, losses, liabilities, and attorneys' fees, arising under any statute, federal, state, or local regulation, ordinance or common law, whether asserted or unasserted, known or unknown, suspected or unsuspected, fixed or contingent, liquidated or unliquidated, matured or unmatured, foreseen or unforeseen, which exist or may exist that the Releasing Parties may have against any or all of the Zurich Releasees from the beginning of time through the Agreement Effective Date, arising out of or in any way related to the Zurich Insurance Program (including, but not limited to, any and all of such pursuant to §§ 362, 363, 364, 365, 542, 544, 547, 548, 549, and 550 of the Bankruptcy Code); provided, however, that the release set forth in this Section 7 shall not apply to (i) Zurich's obligations under, in connection with or relating to the Zurich Insurance Program; and (ii) the obligations expressly contained in this Agreement.

8. **Consent**. Zurich hereby consents to the Original Insureds' conveyance, assignment and transfer, and the Assuming Entity's assumption and acceptance of, the Zurich Insurance Program and the Zurich Insurance Obligations, and related benefits thereunder, subject to the terms and conditions of this Agreement.

9. **The Released LOC, the Full Draws, and Future Provision of Collateral.**

    9.1. Within five (5) business days after the date on which this Agreement is duly executed by the Parties, Zurich shall (i) fully and finally release the Released LOC to the Issuing Bank with instructions that the Released LOC may be cancelled in accordance with and subject to the terms of the Released LOC and/or applicable non-bankruptcy law, (ii) submit one or more requests to the Issuing Bank for a draw on the Non-Released LOCs in the full amount thereof in accordance with and subject to the terms of the Non-Released LOCs and/or applicable non-bankruptcy law (the "Full LOC Draw"), and (iii) withdraw all of the funds contained in the Trust Account (the "Full Trust Withdrawal," and together with the "Full LOC Draw," the "Full Draws"). The Original Insureds and the Assuming Entity hereby (i) agree that Zurich is authorized and permitted to effectuate the Full Draws notwithstanding anything to the contrary contained in any agreements

governing and/or applicable to the Non-Released LOCs and/or the Trust Account including, without limitation, the Non-Policy Agreement, (ii) agree and consent to the Full Draws, (iii) waive and release any and all rights to object to, oppose, or contest the Full Draws, and (iv) agree to and shall cooperate fully with Zurich in connection with and with respect to the Full Draws including, without limitation, by providing any and all documentation that may be necessary or appropriate to effectuate the Full Draws. The proceeds and/or funds received by Zurich as a result of the Full Draws shall be referred to herein collectively as the "Draw Funds."

9.2.    Except for the Assuming Entity replacing Red Lobster as the counterparty to the Non-Policy Agreement pursuant to Section 2.2 hereof, nothing amends, modifies, or otherwise alters the terms and conditions of the Non-Policy Agreement including, without limitation, any agreement to arbitrate disputes and any provisions regarding Zurich's rights to periodically review the collateral requirements under the Zurich Insurance Program and to adjust the collateral requirements at any time; provided, that the Assuming Entity hereby acknowledges and agrees (i) to deliver any additional collateral required by Zurich in order to secure the Assuming Entity's obligations to Zurich assumed hereunder within thirty (30) calendar days after Zurich's demand therefor, (ii) the Transferred Collateral and any and all other collateral provided by or on behalf of the Assuming Entity to Zurich shall secure all obligations and liabilities arising at any time under the Zurich Insurance Program subject to the terms of the Zurich Insurance Program, and (iii) in addition to any other remedies that Zurich may have, Zurich may draw on and/or apply all or any part of the Transferred Collateral and/or any and all other collateral securing the Assuming Entity's obligations to Zurich in each instance in which the Assuming Entity has failed to observe, pay, perform, satisfy, fulfill or discharge, in whole or in part, any of the Zurich Insurance Obligations subject to the terms of the Zurich Insurance Program and regardless of whether any of the Zurich Insurance Obligations arise prior to, on, or after the Closing Date.

10.    Billing. Following the Agreement Effective Date, the Assuming Entity shall be responsible for satisfaction in full of the Zurich Insurance Obligations, and Zurich will bill only the Assuming Entity directly for the Zurich Insurance Obligations.

11.    Further Assurances. Each Party agrees to take such further actions as may be reasonably necessary or as another Party may reasonably request in order to achieve the purpose and intent of this Agreement, or to consummate the transactions contemplated under this Agreement. If required by Zurich, an amendment to the Zurich Insurance Program, endorsements to any insurance policies that make up the Zurich Insurance Program, or similar documentation will be executed, in form and substance satisfactory to Zurich, by any of the Original Insureds, the Assuming Entity, and/or Zurich reflecting the terms of this Agreement including, but not limited to, the Assuming Entity's assumption of the Zurich Insurance Program and the Zurich Insurance Obligations pursuant to this Agreement.

12. <u>Notices</u>. All communications required under this Agreement shall be in writing, shall be deemed delivered when received, and shall be addressed as follows:

| | |
|---|---|
| **If to the Assuming Entity:** | RL Investor Holdings LLC |
| **In each instance to the Attention of:** | _____ |
| **Mail Address:** | _____ |
| | _____ |
| **Facsimile:** | _____ |
| **E-Mail:** | _____ |
| | |
| **If to the Original Insureds:** | Red Lobster Management LLC |
| **In each instance to the Attention of:** | _____ |
| **Mail Address:** | _____ |
| | _____ |
| **Facsimile:** | _____ |
| **E-Mail:** | _____ |
| | |
| **If to Zurich:** | Zurich American Insurance Company |
| | American Zurich Insurance Company |
| | American Guarantee and Liability Insurance Company |
| **In each instance to the Attention of:** | Office of General Counsel |
| **Mail Address:** | 1299 Zurich Way |
| | Schaumburg, Illinois 60196 |

13. <u>Representations and Warranties</u>.

13.1. The Original Insureds expressly represent and warrant that, as of the Closing Date (subject to the occurrence of the Agreement Effective Date), they will have no need for the insurance coverage previously provided to them by the Zurich Insurance Program through the Closing Date and the Original Insureds hereby waive and release any and all rights to object to or otherwise contest the Amendment (including as it relates to the removal of the Original Insureds).

13.2. The Original Insureds expressly warrant and represent that none of the claims being novated pursuant to this Agreement have been previously assigned or transferred in any way to any person.

13.3. The Assuming Entity acknowledges that it has the right and duty to obtain copies of the Zurich Insurance Program from the Original Insureds.

13.4. Each of the Original Insureds and the Assuming Entity acknowledges, represents, warrants and agrees that this Agreement including, but not limited to, the Amendment (including as it relates to the removal of the Original Insureds) is authorized by the Plan and Confirmation Order and each of the Original Insureds and the Assuming Entity shall jointly and severally defend and indemnify Zurich for any challenge by any party to

10

this Agreement, the Amendment and/or the transactions contemplated and effectuated thereby.

13.5.   Each of the Parties expressly warrants and represents that (i) the execution of this Agreement is fully authorized by each of them; (ii) that it has the right, power and authority to enter into the transactions described under this Agreement; (iii) the person or persons executing this Agreement have the necessary and appropriate authority to do so; and (iv) there are no pending agreements, transactions, or negotiations to which any of them are a party that would render this Agreement or any part thereof void, voidable or unenforceable.

14.   <u>Governing Law</u>.  This Agreement shall be construed in accordance with the laws of the State of New York without regard to those provisions or principles concerning conflicts of laws.

15.   <u>Good Faith</u>.  This Agreement is drafted in good faith.  Should the need arise, the Parties shall cooperate in demonstrating to a court or arbitration panel that this Agreement, together with any terms and provisions contained therein, were negotiated and drafted on a mutual basis by parties of equal bargaining power and in good faith.

16.   <u>No Admission or Representation of Insurance Coverage</u>.  This Agreement contains no admissions or representations whatsoever regarding insurance coverage.  This Agreement is not and shall not be interpreted as either a contract or policy of insurance or an admission of coverage for any claims brought under the Zurich Insurance Program.  The Zurich Insurance Program provides all terms, conditions and limitations with respect to insurance coverage.

17.   <u>Successors and Assigns</u>.  This Agreement shall be binding upon and shall inure to the benefit of the Parties and their respective heirs, executors, legal representatives, successors and assigns; <u>provided</u>, <u>however</u>, that the Zurich Insurance Program and/or the rights, proceeds, benefits, claims, interests, rights to payments and/or recoveries thereunder may not be sold, assigned or transferred by the Assuming Entity without Zurich's prior written consent; <u>provided, further</u>, that nothing requires Zurich to consent to any such sale, assignment, or transfer.

18.   <u>Counterparts</u>.  This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original and all of which shall constitute one and the same Agreement.  This Agreement shall be deemed fully executed when it has been signed by all of the Parties.

19.   <u>No Amendment or Modification</u>.  This Agreement may not be modified, amended, assigned or terminated except by written agreement signed by the Parties.  This Agreement is the entire agreement among all of the Parties and supersedes all other prior agreements and understandings, both written and oral, with respect to the subject matter hereof. The Parties understand and agree that they are not relying on any promise or representation that is not stated expressly herein.

[THE REMAINDER OF PAGE IS INTENTIONALLY LEFT BLANK]

11

IN WITNESS WHEREOF, the Parties have caused their duly authorized representatives to execute this Agreement on the dates set forth below, to be effective as of the Agreement Effective Date.

**ZURICH AMERICAN INSURANCE COMPANY**
(On behalf of itself and all of its affiliates)

By: _____

Printed Name: _____

Title: _____

Date: _____


**AMERICAN ZURICH INSURANCE COMPANY**
(On behalf of itself and all of its affiliates)

By: _____

Printed Name: _____

Title: _____

Date: _____


**AMERICAN GUARANTY AND LIABILITY COMPANY**
(On behalf of itself and all of its affiliates)

By: _____

Printed Name: _____

Title: _____

Date: _____


**RED LOBSTER MANAGEMENT LLC**
(On behalf of itself and its affiliated insured companies)

By: _____

Printed Name: _____

Title: _____

Date: _____

**RL INVESTOR HOLDINGS LLC**

By: _____

Printed Name: _____

Title: _____

Date: _____

# **EXHIBIT D**

**[Notice of Entry of Confirmation Order]**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| | |
| RED LOBSTER MANAGEMENT LLC, [8] | Case No. 6:24-bk-02486-GER |
| | Lead Case |
| | |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |
| | |
| Debtors. | |

_____/

**NOTICE OF CONFIRMATION OF PLAN,**
**PERMANENT INJUNCTION, AND VARIOUS DEADLINES**

    **PLEASE TAKE NOTICE** that on September ___, 2024, the United States Bankruptcy Court for the Middle District of Florida entered *Findings of Fact, Conclusions of Law, and Order (I) Approving the Adequacy of the Disclosure Statement on a Final Basis and (II) Confirming the Joint Chapter 11 Plan for Red Lobster Management LLC and its Debtor Affiliates* (the "Confirmation Order") confirming the *Second Amended Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates* as of September 4, 2024 (the "Plan") filed by Red

---

[8]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

Lobster Management LLC and its debtor affiliates, as debtors and debtors-in-possession in the above captioned chapter 11 cases (collectively, the "Debtors");

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order and the Plan may be obtained at https://dm.epiq11.com/RedLobster;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, the automatic stay of Section 362 of the United States Bankruptcy Code and in existence on the date of the confirmation of the Plan shall continue in full force and effect until the Plan Effective Date and the Debtors and the Estates shall be entitled to all of the protections afforded thereby, all in accordance with the Plan;

PLEASE TAKE FURTHER NOTICE that the Confirmation Order contains the following permanent injunction:

**Article VIII(A)(5):  Injunction**

**Except as otherwise expressly provided in the Plan or the Confirmation Order with respect to the Plan, all Persons[9] who have held, hold, or may hold any Claims or Causes of Action against, or Interests in, any of the Debtors that have been released, discharged, or are subject to release or exculpation hereunder are permanently enjoined, from and after the Plan Effective Date, from taking any of the following actions against any of the Debtors, the Reorganized Debtors, the Wind-Down Debtor(s), the GUC Trustee, as applicable, or any of the other Exculpated Parties or any of the Released Parties: (1) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with any such Claim, Cause of Action or Interest; (2) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against any of the Exculpated Parties or Released Parties on account of or in connection with any such Claim, Cause of Action or Interest; (3) creating, perfecting, or enforcing any Lien or encumbrance of any kind against any of the Exculpated Parties, Released Parties or their property on account of or in connection with or with respect to any such Claim, Cause of Action or Interest; and (4) asserting any right of setoff or subrogation against any obligation due from any of the Exculpated Parties, Released Parties or against their property on account of or in connection with any such Claim, Cause of Action or Interest unless, with respect to setoff, such holder has Filed a motion requesting the right to perform such setoff on or before the Plan Effective Date or Filed a Proof of Claim that asserts or preserves any such right, and until such motion has been granted or the Filed Proof of Claim is Allowed.**

**Upon entry of the Confirmation Order with respect to the Plan, all holders of Claims and Causes of Action against, and Interests in, any of the Debtors and their respective Related Parties shall be enjoined from taking any actions to interfere with the implementation of the Plan or the Sale Transaction.**

**NOTICE IS FURTHER GIVEN THAT** the Confirmation Order provides, among other things, the following deadlines:

---

[9] Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan.

a. **Administrative Expense Claims Bar Date (General)**. Other than holders of (a) DIP Claims, (b) Professional Fee Claims, (c) Administrative Expense Claims Allowed by an order of the Bankruptcy Court on or before the Plan Effective Date, or (d) Administrative Expense Claims that arose in the ordinary course of business under assumed Unexpired Leases or Executory Contracts, holders of any Administrative Expense Claim must File and serve upon Debtors' counsel, Plan Administrator's counsel, and the GUC Trustee's counsel, as applicable, a request for allowance and payment of such Administrative Expense Claim by no later than the Administrative Expense Claims Bar Date. Holders of Administrative Expense Claims that are required to File and serve a request for payment of such Administrative Claims that fail to do so shall be forever barred, estopped, and enjoined from asserting such Administrative Expense Claims against the Debtors, the Reorganized Debtors, Wind-Down Debtors, or the GUC Trustee, as applicable, or their respective property, and such Administrative Expense Claims shall be deemed discharged as of the Plan Effective Date without the need for any objection or any notice to any Person or an order of the Bankruptcy Court. The Plan defines the "Administrative Expense Claims Bar Date" as the deadline for Filing requests for payment of Administrative Expense Claims (other than DIP Claims and the Professional Fee Claims, which shall be paid in accordance with the DIP Orders and the Plan, as applicable), which shall be thirty (30) days after the Plan Effective Date, except as specifically set forth to the contrary in the Plan or a Final Order. The Debtors anticipate the Plan Effective Date to be on the first Business Day after the Confirmation Date on which (i) no stay of the Confirmation Order is in effect and (ii) all conditions precedent to the occurrence of the Plan Effective Date set forth in Article IX.A of the Plan have been satisfied or waived in accordance with Article IX.B of the Plan. Accordingly, the Administrative Expense Claims Bar Date will be on or about October 15, 2024. Soon after the Plan Effective Date, the Debtors shall File a notice of the Plan Effective Date on the main case docket of these Chapter 11 Cases, which can be accessed through an account obtained from PACER Service Center at 1-800-676-6856 or http://pacer.psc.uscourts.gov/. Notice of the Plan Effective Date will also be posted at https://dm.epiq11.com/RedLobster. At that time, please refer to the Notice of the Plan Effective Date to determine the Administrative Expense Claims Bar Date.

Any such person who fails to timely File and serve a request for payment of an Administrative Expense Claim will be **FOREVER BARRED** from seeking payment of such Administrative Expense Claim by the Debtors, Reorganized Debtors, Wind-Down Debtors or the GUC Trustee.

b. **Rejection Damage Claims Bar Date:** All Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to the Plan, if any, must be Filed with the Bankruptcy Court within thirty (30) days after the later of (1) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection, (2) the effective date of such rejection, or (3) the Plan Effective Date. The Debtors shall provide notice of such rejection and specify the appropriate deadline for the filing of such Proof of Claim. The deadline for filing a Proof of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to a prior order of the Bankruptcy Court shall be as set forth in such order. Each Claim arising from the rejection of any Executory Contract or Unexpired Lease shall be treated as a General Unsecured Claim subject to any applicable limitation or defense under the Bankruptcy Code and applicable law. Any entity that is required to File a Proof of Claim

arising from the rejection of an Executory Contract or an Unexpired Lease that fails to do so shall be forever barred, estopped, and enjoined from asserting such Claim, and such Claim shall not be enforceable, against the Debtors, their Estates, the Reorganized Debtors, the Purchaser, the Wind-Down Debtors, the Plan Administrator, the GUC Trust or the GUC Trustee, or any of their respective property, successors or assigns, and such Claims shall be forever discharged from any and all indebtedness and liability with respect to such Claim unless otherwise ordered by the Bankruptcy Court or as otherwise provided in the Plan. All such Claims will, as of the Plan Effective Date, be subject to the permanent injunction set forth in Article VIII of the Plan. If such Claim is untimely Filed, it shall not be Allowed for distribution purposes pursuant to the Plan, unless the Claims Objection Bar Date passes without an objection or other proceeding to disallow, or otherwise eliminate or reduce, such Claim having been initiated.

Dated:    September [●], 2024

Respectfully submitted,

*/s/ Paul Steven Singerman*

Paul Steven Singerman
Florida Bar No. 378860
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email:   singerman@bergersingerman.com

W. Austin Jowers (admitted *pro hac vice*)
Jeffrey R. Dutson (admitted *pro hac vice*)
Sarah L. Primrose (FL Bar No. 98742)
Christopher K. Coleman (admitted *pro hac vice*)
Brooke L. Bean (admitted *pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone:   (404) 572-4600
Email:   ajowers@kslaw.com
            jdutson@kslaw.com
            sprimrose@kslaw.com
            christopher.coleman@kslaw.com
            bbean@kslaw.com

- and –

Nicolette C. Vilmos
Florida Bar No. 469051
**BERGER SINGERMAN LLP**
111 N. Magnolia Avenue
Suite 1450
Orlando, FL 32801
Telephone: (407) 743-7900
Email: nvilmos@bergersingerman.com

– and –

Michael Fishel (admitted *pro hac vice*)
**KING & SPALDING LLP**
1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone:   (713) 751-3200
Email:   mfishel@kslaw.com

*Filer's Attestation:  Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Paul Steven Singerman attests that concurrence in the filing of this paper has been obtained.*

*Counsel for Debtors and Debtors-in-Possession*